**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>CAFE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-05837 (hb)<br><br>(Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

    Cafe Holdings Corp., Cafe Enterprises, Inc., CE Sportz LLC, and CES Gastonia LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of South Carolina (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

    These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

    The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

    In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Cafe Holdings Corp. (7910); Cafe Enterprises, Inc. (4946); CE Sportz LLC (2009); and CES Gastonia LLC (0863). The location of the Debtors' corporate headquarters is 4324 Wade Hampton Blvd., Suite B, Taylors, South Carolina 29687.

conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. Both the Schedules and the Statements contain the declaration of Eric Easton (in his capacity as CFO of each of the Debtors) that the information found therein is true and correct to the best of his knowledge, information and belief.

### Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On November 15, 2018 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 20, 2018, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 59].

**Except for cash values held in financial accounts listed on Schedule A/B 3, which are reported as of November 15, 2018, the asset information provided in the Schedules and Statements represents the asset data of the Debtors as of November 4, 2018, and the liability information provided herein represents the liability data of the Debtors as of November 15, 2018.**

3. <u>**Net Book Value of Assets**</u>. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on November 4, 2018, in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. <u>**Recharacterization**</u>.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. <u>**Real Property and Personal Property–Leased**</u>. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. <u>**Excluded Assets and Liabilities**</u>. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

Under the *Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) Arising Under the Perishable Agricultural Commodities Act and Similar Trust Fund Statutes, (B) Of Other Lien Claimants, and (C) Certain Critical Vendors and (II) Granting Certain Related Relief* [Docket No. 170] (the "PACA Order"), the Bankruptcy Court granted the Debtors authority to satisfy valid prepetition PACA claims. The Debtors have not listed on Schedule E/F any PACA obligations for which the Debtors have been granted authority to pay pursuant to the PACA Order.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain other outstanding Claims on a post-petition basis, including but not limited to, insurance claims, employee wages, gift cards etc. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) board appointed officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

12. **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts.

To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.  Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**15. Estimates and Assumptions**.   Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

**16. Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**17. Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of November 4, 2018, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of November 15, 2018. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Order (I) Authorizing the (A) Continued Use of Their Existing Cash Management System and (B) Use of Existing Bank Accounts and Business Forms; (II) Authorizing Payments of Prepetition Costs and Fees Associated with Customer Credit and Debit Card Transactions; (III) Waiving the Requirements of Section 345(B) of the Bankruptcy Code; and (IV) Granting Certain Related Relief* [Docket No. 9] (the "**Cash Management Motion**").

**Schedule A/B 7**. The Bankruptcy Court, pursuant to the *Final Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, (II) Deeming Utility Providers Adequately Assured of Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief* [Docket No. 165], has authorized the Debtors to provide adequate assurance of payment for postpetition utility services, including a deposit in the amount of

6

$150,000.00. Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.  The Debtors do not own any real property. The Debtors have listed their real property leases on Schedule A/B 55, including the value of any leasehold improvements.

**Schedule A/B 63**. The Debtors maintain a customer database. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on

Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all

exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 were made through the Debtors' consolidated cash management system maintained by Cafe Enterprises, Inc. and listed for that Debtor.

**Statement 4**. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**. The Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 13**. In the ordinary course of business, the Debtors have entered into and made settlement payments to vendors and landlords. The Debtors have excluded such settlement payments from Statement 13.

**Statement 26d**. In addition to the parties listed on Statement 26d, the Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not listed all parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 27**. The Debtors do not record inventory on a restaurant by restaurant basis. Accordingly, all inventory is reported on a corporate level basis.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** CAFE ENTERPRISES, INC.

**United States Bankruptcy Court for the:** District of South Carolina

**Case number (if known):** 18-05838

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| **Part 1:** | **Summary of Assets** |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B .................................................................................... $2,905,760.04

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ................................................................................. $3,275,719.70

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B .................................................................................... $6,181,479.74

| **Part 2:** | **Summary of Liabilities** |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................. $11,698,584.13

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F ......................................................... $1,936,157.93

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ........................... + $28,525,502.60

4. **Total liabilities**
   Lines 2 + 3a + 3b .................................................................................................................... $42,160,244.66

**Fill in this information to identify the case:**

Debtor name: CAFE ENTERPRISES, INC.

United States Bankruptcy Court for the: District of South Carolina

Case number (if known): 18-05838

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on hand**

| | | |
|---|---|---|
| 2.1. | LOCATION # 0001, WACCAMAW, SC | $1,000.00 |
| 2.2. | LOCATION # 0004, GAFFNEY, SC | $800.00 |
| 2.3. | LOCATION # 0005, EASLEY, SC | $800.00 |
| 2.4. | LOCATION # 0007, GREENWOOD, SC | $800.00 |
| 2.5. | LOCATION # 0009, FOREST DRIVE, SC | $800.00 |
| 2.6. | LOCATION # 0010, SENECA, SC | $800.00 |
| 2.7. | LOCATION # 0011, HENDERSONVILLE, NC | $800.00 |
| 2.8. | LOCATION # 0012, GREER, SC | $800.00 |
| 2.9. | LOCATION # 0013, BOILING SPRINGS, SC | $800.00 |
| 2.10. | LOCATION # 0014, ORANGEBURG, SC | $800.00 |
| 2.11. | LOCATION # 0015, ASHEVILLE, NC | $800.00 |
| 2.12. | LOCATION # 0016, SHELBY, NC | $1,200.00 |
| 2.13. | LOCATION # 0018, LEXINGTON, SC | $1,000.00 |
| 2.14. | LOCATION # 0019, FOREST CITY, NC | $600.00 |
| 2.15. | LOCATION # 0020, IRMO, SC | $900.00 |
| 2.16. | LOCATION # 0022, MORGANTON, NC | $800.00 |

Debtor    **CAFE ENTERPRISES, INC.**    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| 2.17. | LOCATION # 0023, GREENEVILLE, TN | $1,100.00 |
| 2.18. | LOCATION # 0024, LINCOLNTON, NC | $800.00 |
| 2.19. | LOCATION # 0025, FLORENCE, SC | $800.00 |
| 2.20. | LOCATION # 0026, EVANS, GA | $1,100.00 |
| 2.21. | LOCATION # 0027, ROCK HILL, SC | $800.00 |
| 2.22. | LOCATION # 0028, BRISTOL, TN | $800.00 |
| 2.23. | LOCATION # 0029, WINDER, GA | $800.00 |
| 2.24. | LOCATION # 0030, ROCKINGHAM, NC | $600.00 |
| 2.25. | LOCATION # 0032, MARION, NC | $700.00 |
| 2.26. | LOCATION # 0033, AIKEN, SC | $1,000.00 |
| 2.27. | LOCATION # 0034, ELIZABETHTON, TN | $800.00 |
| 2.28. | LOCATION # 0035, ANDERSON, SC | $800.00 |
| 2.29. | LOCATION # 0036, N CHARLESTON, SC | $800.00 |
| 2.30. | LOCATION # 0037, KINGSPORT, TN | $800.00 |
| 2.31. | LOCATION # 0038, CAMDEN, SC | $800.00 |
| 2.32. | LOCATION # 0039, CLINTON, SC | $800.00 |
| 2.33. | LOCATION # 0040, ATHENS, GA | $800.00 |
| 2.34. | LOCATION # 0042, BLAIRSVILLE, GA | $1,000.00 |
| 2.35. | LOCATION # 0043, DUBLIN, VA | $800.00 |
| 2.36. | LOCATION # 0045, JASPER, GA | $1,000.00 |
| 2.37. | LOCATION # 0046, CHERAW, SC | $1,000.00 |
| 2.38. | LOCATION # 0049, FRANKLIN, NC | $800.00 |
| 2.39. | LOCATION # 0050, LENOIR, NC | $800.00 |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | NBSC - NATIONAL BANK OF SOUTH CAROLINA | CONCENTRATION | 8001 | $51,009.65 |
| 3.2. | NBSC - NATIONAL BANK OF SOUTH CAROLINA | ZBA | 2601 | $0.00 |
| 3.3. | NBSC - NATIONAL BANK OF SOUTH CAROLINA | MANUAL LBW ACCOUNT | 8091 | $0.00 |
| 3.4. | NBSC - NATIONAL BANK OF SOUTH CAROLINA | MANUAL TAX ESCROW ACCOUNT | 1001 | $0.00 |
| 3.5. | NBSC - NATIONAL BANK OF SOUTH CAROLINA | MANUAL STORE CAPITAL RENT ACCOUNT | 8117 | $3,226.81 |
| 3.6. | NBSC - NATIONAL BANK OF SOUTH CAROLINA | UTILITY ACCOUNT | 9508 | $0.00 |
| 3.7. | BB&T | DEPOSITORY ACCOUNT | 8171 | $242.28 |
| 3.8. | BB&T | DEPOSITORY ACCOUNT | 7254 | $15,189.27 |
| 3.9. | TD BANK | DEPOSITORY ACCOUNT | 2229 | $3,712.14 |
| 3.10. | CITIZENS BANK | DEPOSITORY ACCOUNT | 5050 | $2,378.26 |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.**     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.11. | COMMUNITY FIRST | DEPOSITORY ACCOUNT | 3581 | $1,435.28 |
| 3.12. | COUNTY BANK | DEPOSITORY ACCOUNT | 9401 | $1,235.75 |
| 3.13. | CRESCOM BANK | DEPOSITORY ACCOUNT | 0938 | $829.90 |
| 3.14. | ENTEGRA BANK | DEPOSITORY ACCOUNT | 6057 | $1,432.69 |
| 3.15. | FIRST CITIZENS | DEPOSITORY ACCOUNT | 0007 | $1,410.41 |
| 3.16. | FIRST NATIONAL BANK | DEPOSITORY ACCOUNT | 1518 | $2,353.82 |
| 3.17. | PEOPLE'S BANK | DEPOSITORY ACCOUNT | 4911 | $2,527.64 |
| 3.18. | SOUTH BANK | DEPOSITORY ACCOUNT | 5939 | $7,254.31 |
| 3.19. | UNITED COMMUNITY | DEPOSITORY ACCOUNT | 7793 | $749.45 |
| 3.20. | UNION BANK | DEPOSITORY ACCOUNT | 9449 | $590.50 |
| 3.21. | 1ST BANK CHERAW | DEPOSITORY ACCOUNT | 3952 | $1,120.69 |
| 3.22. | META BANK/MONEY NETWORK | PAYROLL TRUST ACCOUNT | 0013 | $0.00 |

**4.**     **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**     **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $129,698.85 |
|---|

---

**Part 2:**   **Deposits and prepayments**

**6.**     **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

**7.**     **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | TN TAX BOND FOR SALE OF ALCOHOLIC BEVERAGES | $10,400.00 |
| | NORTH AMERICAN SPECIALTY INSURANCE COMPANY 5200 METCALF AVE OVERLAND PARK KS 66202-1391 | |
| 7.2. | UTILITY DEPOSIT | $37,372.14 |
| | NORTH AMERICAN SPECIALTY INSURANCE COMPANY 5200 METCALF AVE OVERLAND PARK KS 66202-1391 | |
| 7.3. | LANDLORD | $9,712.50 |
| | SUSO 3 DILL CREEK GP, LLC PO BOX 74185 CLEVELAND OH 44194 | |
| 7.4. | IMPREST HEALTH ACCOUNT | $34,000.00 |
| | UNITED HEALTH CARE 185 ASYLUM STREET HARTFORD CT 6103 | |

| Debtor | **CAFE ENTERPRISES, INC.** | Case number *(if known)* **18-05838** |
|---|---|---|

**7.**   **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | | Current value of debtor's interest |
|---|---|---|
| 7.5. | UTILITY DEPOSIT | $5,000.00 |
| | WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>475 N MARTINGALE RD<br>#1200<br>SCHAUMBURG IL 60173 | |
| 7.6. | TN TAX BOND FOR SALE OF ALCOHOLIC BEVERAGES | $10,700.00 |
| | WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>475 N MARTINGALE RD<br>#1200<br>SCHAUMBURG IL 60173 | |

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | | Current value of debtor's interest |
|---|---|---|
| 8.1. | D&O INSURANCE | $39,170.75 |
| | VALIDUS SPECIALITY | |

**9.**   **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$146,355.39

---

**Part 3:**   **Accounts receivable**

**10.**   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.**   **Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $245,099.33 | - $0.00 | = ........ → | $245,099.33 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $18,221.42 | - $0.00 | = ........ → | $18,221.42 |

**12.**   **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$263,320.75

---

**Part 4:**   **Investments**

**13.**   **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

Debtor    **CAFE ENTERPRISES, INC.**                                           Case number *(if known)* **18-05838**

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1.    _____    _____    $_____

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1.    CE SPORTZ LLC | 100.00% | _____ | UNDETERMINED |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1.    _____    _____    $_____

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| UNDETERMINED |
|---|

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| 19.1.  MEAT | 11/4/2018 | $162,794.09 | COST | $162,794.09 |
| 19.2.  GROCERY | 11/4/2018 | $213,646.68 | COST | $213,646.68 |
| 19.3.  BREAD | 11/4/2018 | $33,100.28 | COST | $33,100.28 |
| 19.4.  PRODUCE | 11/4/2018 | $43,940.83 | COST | $43,940.83 |
| 19.5.  DAIRY | 11/4/2018 | $32,169.96 | COST | $32,169.96 |
| 19.6.  DESSERT | 11/4/2018 | $37,717.59 | COST | $37,717.59 |
| 19.7.  BEVERAGE | 11/4/2018 | $35,974.70 | COST | $35,974.70 |
| 19.8.  BEER | 11/4/2018 | $79,973.99 | COST | $79,973.99 |
| 19.9.  WINE | 11/4/2018 | $25,512.78 | COST | $25,512.78 |
| 19.10. LIQUOR | 11/4/2018 | $70,992.44 | COST | $70,992.44 |
| 19.11. BAR SUPPLIES | 11/4/2018 | $13,526.98 | COST | $13,526.98 |
| **20.    Work in progress** | | | | |
| 20.1.  _____  _____ | | $_____ | _____ | $_____ |
| **21.    Finished goods, including goods held for resale** | | | | |
| 21.1.  _____  _____ | | $_____ | _____ | $_____ |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**22.    Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1. MISCELLANEOUS | 11/4/2018 | $72,578.68 | COST | $72,578.68 |

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$821,929.00

**24.    Is any of the property listed in Part 5 perishable?**

☐ No
☒ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes Book value: $1,001,312.20 Valuation method: COST Current value: $1,001,312.20

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.    Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.    Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.    Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1.  OWNED - LOCATION # 0001, WACCAMAW, SC | $23.73 | Net Book Value | $23.73 |
| 39.2.  OWNED - LOCATION # 0004, GAFFNEY, SC | $1,130.14 | Net Book Value | $1,130.14 |
| 39.3.  OWNED - LOCATION # 0005, EASLEY, SC | $77.75 | Net Book Value | $77.75 |
| 39.4.  OWNED - LOCATION # 0007, GREENWOOD, SC | $352.05 | Net Book Value | $352.05 |
| 39.5.  OWNED - LOCATION # 0008, SOUTHPORT, SC | $134.22 | Net Book Value | $134.22 |
| 39.6.  OWNED - LOCATION # 0009, FOREST DRIVE, SC | $77.75 | Net Book Value | $77.75 |
| 39.7.  OWNED - LOCATION # 0010, SENECA, SC | $1,438.62 | Net Book Value | $1,438.62 |
| 39.8.  OWNED - LOCATION # 0011, HENDERSONVILLE, NC | $134.22 | Net Book Value | $134.22 |
| 39.9.  OWNED - LOCATION # 0012, GREER, SC | $1,836.31 | Net Book Value | $1,836.31 |
| 39.10.  OWNED - LOCATION # 0013, BOILING SPRINGS, SC | $485.76 | Net Book Value | $485.76 |
| 39.11.  OWNED - LOCATION # 0014, ORANGEBURG, SC | $264.32 | Net Book Value | $264.32 |
| 39.12.  OWNED - LOCATION # 0015, ASHEVILLE, NC | $3,901.46 | Net Book Value | $3,901.46 |
| 39.13.  OWNED - LOCATION # 0016, SHELBY, NC | $1,383.52 | Net Book Value | $1,383.52 |
| 39.14.  OWNED - LOCATION # 0018, LEXINGTON, SC | $39,379.52 | Net Book Value | $39,379.52 |
| 39.15.  OWNED - LOCATION # 0019, FOREST CITY, NC | $306.52 | Net Book Value | $306.52 |
| 39.16.  OWNED - LOCATION # 0020, IRMO, SC | $690.79 | Net Book Value | $690.79 |
| 39.17.  OWNED - LOCATION # 0022, MORGANTON, NC | $77.75 | Net Book Value | $77.75 |
| 39.18.  OWNED - LOCATION # 0023, GREENEVILLE, TN | $77.75 | Net Book Value | $77.75 |
| 39.19.  OWNED - LOCATION # 0024, LINCOLNTON, NC | $77.76 | Net Book Value | $77.76 |
| 39.20.  OWNED - LOCATION # 0025, FLORENCE, SC | $105.50 | Net Book Value | $105.50 |
| 39.21.  OWNED - LOCATION # 0026, EVANS, GA | $677.45 | Net Book Value | $677.45 |
| 39.22.  OWNED - LOCATION # 0027, ROCK HILL, SC | $77.76 | Net Book Value | $77.76 |

Debtor    **CAFE ENTERPRISES, INC.**                                                                    Case number *(if known)* **18-05838**

| | | | | |
|---|---|---|---|---|
| 39.23. | OWNED - LOCATION # 0028, BRISTOL, TN | $1,200.09 | Net Book Value | $1,200.09 |
| 39.24. | OWNED - LOCATION # 0029, WINDER, GA | $77.76 | Net Book Value | $77.76 |
| 39.25. | OWNED - LOCATION # 0030, ROCKINGHAM, NC | $77.76 | Net Book Value | $77.76 |
| 39.26. | OWNED - LOCATION # 0032, MARION, NC | $77.76 | Net Book Value | $77.76 |
| 39.27. | OWNED - LOCATION # 0033, AIKEN, SC | $77.76 | Net Book Value | $77.76 |
| 39.28. | OWNED - LOCATION # 0034, ELIZABETHTON, TN | $77.76 | Net Book Value | $77.76 |
| 39.29. | OWNED - LOCATION # 0035, ANDERSON, SC | $77.76 | Net Book Value | $77.76 |
| 39.30. | OWNED - LOCATION # 0037, KINGSPORT, TN | $687.09 | Net Book Value | $687.09 |
| 39.31. | OWNED - LOCATION # 0038, CAMDEN, SC | $485.65 | Net Book Value | $485.65 |
| 39.32. | OWNED - LOCATION # 0039, CLINTON, SC | $77.76 | Net Book Value | $77.76 |
| 39.33. | OWNED - LOCATION # 0040, ATHENS, GA | $386.15 | Net Book Value | $386.15 |
| 39.34. | OWNED - LOCATION # 0042, BLAIRSVILLE, GA | $292.90 | Net Book Value | $292.90 |
| 39.35. | OWNED - LOCATION # 0043, DUBLIN, VA | $638.96 | Net Book Value | $638.96 |
| 39.36. | OWNED - LOCATION # 0045, JASPER, GA | $333.54 | Net Book Value | $333.54 |
| 39.37. | OWNED - LOCATION # 0046, CHERAW, SC | $1,038.10 | Net Book Value | $1,038.10 |
| 39.38. | OWNED - LOCATION # 0049, FRANKLIN, NC | $3,828.79 | Net Book Value | $3,828.79 |
| 39.39. | OWNED - LOCATION # 0050, LENOIR, NC | $1,783.77 | Net Book Value | $1,783.77 |
| 39.40. | OWNED - CORPORATE OFFICE | $9,119.84 | Net Book Value | $9,119.84 |

**40.**    **Office fixtures**

40.1.    _____    $_____    _____    $_____

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41.1. | OWNED - LOCATION # 0001, WACCAMAW, SC | $559.04 | Net Book Value | $559.04 |
| 41.2. | OWNED - LOCATION # 0004, GAFFNEY, SC | $559.04 | Net Book Value | $559.04 |
| 41.3. | OWNED - LOCATION # 0005, EASLEY, SC | $478.26 | Net Book Value | $478.26 |
| 41.4. | OWNED - LOCATION # 0007, GREENWOOD, SC | $601.85 | Net Book Value | $601.85 |
| 41.5. | OWNED - LOCATION # 0008, SOUTHPORT, SC | $559.04 | Net Book Value | $559.04 |
| 41.6. | OWNED - LOCATION # 0009, FOREST DRIVE, SC | $589.14 | Net Book Value | $589.14 |
| 41.7. | OWNED - LOCATION # 0010, SENECA, SC | $559.04 | Net Book Value | $559.04 |
| 41.8. | OWNED - LOCATION # 0011, HENDERSONVILLE, NC | $619.24 | Net Book Value | $619.24 |
| 41.9. | OWNED - LOCATION # 0012, GREER, SC | $478.26 | Net Book Value | $478.26 |
| 41.10. | OWNED - LOCATION # 0013, BOILING SPRINGS, SC | $559.04 | Net Book Value | $559.04 |
| 41.11. | OWNED - LOCATION # 0014, ORANGEBURG, SC | $589.14 | Net Book Value | $589.14 |
| 41.12. | OWNED - LOCATION # 0015, ASHEVILLE, NC | $619.24 | Net Book Value | $619.24 |
| 41.13. | OWNED - LOCATION # 0016, SHELBY, NC | $336.70 | Net Book Value | $336.70 |
| 41.14. | OWNED - LOCATION # 0018, LEXINGTON, SC | $589.14 | Net Book Value | $589.14 |
| 41.15. | OWNED - LOCATION # 0019, FOREST CITY, NC | $336.70 | Net Book Value | $336.70 |

Debtor  **CAFE ENTERPRISES, INC.**                                                    Case number (if known) **18-05838**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.16.  OWNED - LOCATION # 0020, IRMO, SC | $589.14 | Net Book Value | $589.14 |
| 41.17.  OWNED - LOCATION # 0022, MORGANTON, NC | $564.00 | Net Book Value | $564.00 |
| 41.18.  OWNED - LOCATION # 0023, GREENEVILLE, TN | $610.57 | Net Book Value | $610.57 |
| 41.19.  OWNED - LOCATION # 0024, LINCOLNTON, NC | $478.26 | Net Book Value | $478.26 |
| 41.20.  OWNED - LOCATION # 0025, FLORENCE, SC | $570.13 | Net Book Value | $570.13 |
| 41.21.  OWNED - LOCATION # 0026, EVANS, GA | $589.14 | Net Book Value | $589.14 |
| 41.22.  OWNED - LOCATION # 0027, ROCK HILL, SC | $564.00 | Net Book Value | $564.00 |
| 41.23.  OWNED - LOCATION # 0028, BRISTOL, TN | $610.57 | Net Book Value | $610.57 |
| 41.24.  OWNED - LOCATION # 0029, WINDER, GA | $603.60 | Net Book Value | $603.60 |
| 41.25.  OWNED - LOCATION # 0030, ROCKINGHAM, NC | $601.85 | Net Book Value | $601.85 |
| 41.26.  OWNED - LOCATION # 0032, MARION, NC | $564.00 | Net Book Value | $564.00 |
| 41.27.  OWNED - LOCATION # 0033, AIKEN, SC | $589.14 | Net Book Value | $589.14 |
| 41.28.  OWNED - LOCATION # 0034, ELIZABETHTON, TN | $610.57 | Net Book Value | $610.57 |
| 41.29.  OWNED - LOCATION # 0035, ANDERSON, SC | $559.04 | Net Book Value | $559.04 |
| 41.30.  OWNED - LOCATION # 0037, KINGSPORT, TN | $610.57 | Net Book Value | $610.57 |
| 41.31.  OWNED - LOCATION # 0038, CAMDEN, SC | $570.13 | Net Book Value | $570.13 |
| 41.32.  OWNED - LOCATION # 0039, CLINTON, SC | $601.85 | Net Book Value | $601.85 |
| 41.33.  OWNED - LOCATION # 0040, ATHENS, GA | $603.60 | Net Book Value | $603.60 |
| 41.34.  OWNED - LOCATION # 0042, BLAIRSVILLE, GA | $603.60 | Net Book Value | $603.60 |
| 41.35.  OWNED - LOCATION # 0043, DUBLIN, VA | $610.57 | Net Book Value | $610.57 |
| 41.36.  OWNED - LOCATION # 0045, JASPER, GA | $603.60 | Net Book Value | $603.60 |
| 41.37.  OWNED - LOCATION # 0046, CHERAW, SC | $601.85 | Net Book Value | $601.85 |
| 41.38.  OWNED - LOCATION # 0049, FRANKLIN, NC | $619.24 | Net Book Value | $619.24 |
| 41.39.  OWNED - LOCATION # 0050, LENOIR, NC | $956.52 | Net Book Value | $956.52 |
| 41.40.  OWNED - UNALLOCATED LOCATIONS | $52,229.12 | Net Book Value | $52,229.12 |
| 41.41.  OWNED - CORPORATE OFFICE | $33,469.86 | Net Book Value | $33,469.86 |

**42.**    **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.  _____    $_____    _____    $_____

**43.**    **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $181,267.24 |
|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2011 HONDA SUV PILOT, 5FNYF3H41BB001124 | $2,048.64 | Net Book Value | $2,048.64 |
| **48.    Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.    _____ | $_____ | _____ | $_____ |
| **49.    Aircraft and accessories** | | | |
| 49.1.    _____ | $_____ | _____ | $_____ |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.    MISC FIXTURES & EQUIPMENT - LOCATION # 0001, WACCAMAW, SC | $20,770.18 | Net Book Value | $20,770.18 |
| 50.2.    MISC FIXTURES & EQUIPMENT - LOCATION # 0004, GAFFNEY, SC | $22,832.17 | Net Book Value | $22,832.17 |
| 50.3.    MISC FIXTURES & EQUIPMENT - LOCATION # 0005, EASLEY, SC | $20,205.10 | Net Book Value | $20,205.10 |
| 50.4.    MISC FIXTURES & EQUIPMENT - LOCATION # 0007, GREENWOOD, SC | $47,350.65 | Net Book Value | $47,350.65 |
| 50.5.    MISC FIXTURES & EQUIPMENT - LOCATION # 0008, SOUTHPORT, SC | $18,257.34 | Net Book Value | $18,257.34 |
| 50.6.    MISC FIXTURES & EQUIPMENT - LOCATION # 0009, FOREST DRIVE, SC | $38,555.50 | Net Book Value | $38,555.50 |
| 50.7.    MISC FIXTURES & EQUIPMENT - LOCATION # 0010, SENECA, SC | $47,209.25 | Net Book Value | $47,209.25 |
| 50.8.    MISC FIXTURES & EQUIPMENT - LOCATION # 0011, HENDERSONVILLE, NC | $36,294.10 | Net Book Value | $36,294.10 |
| 50.9.    MISC FIXTURES & EQUIPMENT - LOCATION # 0012, GREER, SC | $47,705.09 | Net Book Value | $47,705.09 |
| 50.10.    MISC FIXTURES & EQUIPMENT - LOCATION # 0013, BOILING SPRINGS, SC | $45,462.09 | Net Book Value | $45,462.09 |
| 50.11.    MISC FIXTURES & EQUIPMENT - LOCATION # 0014, ORANGEBURG, SC | $54,491.77 | Net Book Value | $54,491.77 |
| 50.12.    MISC FIXTURES & EQUIPMENT - LOCATION # 0015, ASHEVILLE, NC | $52,716.84 | Net Book Value | $52,716.84 |
| 50.13.    MISC FIXTURES & EQUIPMENT - LOCATION # 0016, SHELBY, NC | $29,258.08 | Net Book Value | $29,258.08 |
| 50.14.    MISC FIXTURES & EQUIPMENT - LOCATION # 0018, LEXINGTON, SC | $214,193.18 | Net Book Value | $214,193.18 |

Debtor    **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 50.15. | MISC FIXTURES & EQUIPMENT - LOCATION # 0019, FOREST CITY, NC | $20,297.67 | Net Book Value | $20,297.67 |
| 50.16. | MISC FIXTURES & EQUIPMENT - LOCATION # 0020, IRMO, SC | $27,587.54 | Net Book Value | $27,587.54 |
| 50.17. | MISC FIXTURES & EQUIPMENT - LOCATION # 0022, MORGANTON, NC | $31,020.51 | Net Book Value | $31,020.51 |
| 50.18. | MISC FIXTURES & EQUIPMENT - LOCATION # 0023, GREENEVILLE, TN | $22,727.35 | Net Book Value | $22,727.35 |
| 50.19. | MISC FIXTURES & EQUIPMENT - LOCATION # 0024, LINCOLNTON, NC | $21,032.98 | Net Book Value | $21,032.98 |
| 50.20. | MISC FIXTURES & EQUIPMENT - LOCATION # 0025, FLORENCE, SC | $34,720.84 | Net Book Value | $34,720.84 |
| 50.21. | MISC FIXTURES & EQUIPMENT - LOCATION # 0026, EVANS, GA | $17,159.00 | Net Book Value | $17,159.00 |
| 50.22. | MISC FIXTURES & EQUIPMENT - LOCATION # 0027, ROCK HILL, SC | $24,783.19 | Net Book Value | $24,783.19 |
| 50.23. | MISC FIXTURES & EQUIPMENT - LOCATION # 0028, BRISTOL, TN | $8,870.21 | Net Book Value | $8,870.21 |
| 50.24. | MISC FIXTURES & EQUIPMENT - LOCATION # 0029, WINDER, GA | $2,539.46 | Net Book Value | $2,539.46 |
| 50.25. | MISC FIXTURES & EQUIPMENT - LOCATION # 0030, ROCKINGHAM, NC | $22,074.46 | Net Book Value | $22,074.46 |
| 50.26. | MISC FIXTURES & EQUIPMENT - LOCATION # 0032, MARION, NC | $22,713.02 | Net Book Value | $22,713.02 |
| 50.27. | MISC FIXTURES & EQUIPMENT - LOCATION # 0033, AIKEN, SC | $26,730.70 | Net Book Value | $26,730.70 |
| 50.28. | MISC FIXTURES & EQUIPMENT - LOCATION # 0034, ELIZABETHTON, TN | $24,708.02 | Net Book Value | $24,708.02 |
| 50.29. | MISC FIXTURES & EQUIPMENT - LOCATION # 0035, ANDERSON, SC | $35,086.22 | Net Book Value | $35,086.22 |
| 50.30. | MISC FIXTURES & EQUIPMENT - LOCATION # 0037, KINGSPORT, TN | $26,720.83 | Net Book Value | $26,720.83 |
| 50.31. | MISC FIXTURES & EQUIPMENT - LOCATION # 0038, CAMDEN, SC | $34,812.11 | Net Book Value | $34,812.11 |
| 50.32. | MISC FIXTURES & EQUIPMENT - LOCATION # 0039, CLINTON, SC | $57,832.86 | Net Book Value | $57,832.86 |
| 50.33. | MISC FIXTURES & EQUIPMENT - LOCATION # 0040, ATHENS, GA | $35,658.05 | Net Book Value | $35,658.05 |
| 50.34. | MISC FIXTURES & EQUIPMENT - LOCATION # 0042, BLAIRSVILLE, GA | $15,457.47 | Net Book Value | $15,457.47 |
| 50.35. | MISC FIXTURES & EQUIPMENT - LOCATION # 0043, DUBLIN, VA | $41,498.97 | Net Book Value | $41,498.97 |
| 50.36. | MISC FIXTURES & EQUIPMENT - LOCATION # 0045, JASPER, GA | $27,109.68 | Net Book Value | $27,109.68 |
| 50.37. | MISC FIXTURES & EQUIPMENT - LOCATION # 0046, CHERAW, SC | $27,911.00 | Net Book Value | $27,911.00 |
| 50.38. | MISC FIXTURES & EQUIPMENT - LOCATION # 0049, FRANKLIN, NC | $67,011.41 | Net Book Value | $67,011.41 |
| 50.39. | MISC FIXTURES & EQUIPMENT - LOCATION # 0050, LENOIR, NC | $32,769.45 | Net Book Value | $32,769.45 |
| 50.40. | MISC FIXTURES & EQUIPMENT - UNALLOCATED STORES | $214,589.31 | Net Book Value | $214,589.31 |
| 50.41. | MISC FIXTURES & EQUIPMENT - CORPORATE OFFICE | $109,992.18 | Net Book Value | $109,992.18 |

Debtor    **CAFE ENTERPRISES, INC.**                                Case number *(if known)* **18-05838**

**51.**  **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                          | $1,730,764.47 |

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

| **Part 9:** | **Real property** |

**54.**  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1.  LOCATION # 0010<br><br>SENECA, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>1615 SANDIFER BLVD.<br>SENECA SC 29678 | LEASEHOLD IMPROVEMENTS | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.2.  LOCATION # 0013<br><br>BOILING SPRINGS, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>1925 BOILING SPRINGS RD.<br>SPARTANBURG SC 29316 | LEASEHOLD IMPROVEMENTS | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.3.  CORPORATE OFFICE<br><br>LEASEHOLD IMPROVEMENTS<br><br>CAFE ENTERPRISES, INC.<br>4324 WADE HAMPTON BLVD<br>STE B<br>TAYLORS SC 29687 | LEASEHOLD IMPROVEMENTS | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.4.  LOCATION # 0001<br><br>WACCAMAW, SC - LEASE<br><br>FATZ<br>6750 POTTERY RD.<br>SPARTANBURG SC 29303 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.5.  LOCATION # 0001<br><br>WACCAMAW, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>6750 POTTERY RD.<br>SPARTANBURG SC 29303 | LEASEHOLD IMPROVEMENTS | $43,270.75 | Net Book Value | $43,270.75 |

Debtor    **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value<br>of debtor's<br>interest<br>(Where available) | Valuation<br>method used for<br>current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.6.   LOCATION # 0004<br><br>GAFFNEY, SC - LEASE<br><br>FATZ<br>294 PEACHOID RD.<br>GAFFNEY SC 29341 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.7.   LOCATION # 0004<br><br>GAFFNEY, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>294 PEACHOID RD.<br>GAFFNEY SC 29341 | LEASEHOLD<br>IMPROVEMENTS | $40,997.47 | Net Book Value | $40,997.47 |
| 55.8.   LOCATION # 0005<br><br>EASLEY, SC - LEASE<br><br>FATZ<br>5051 CALHOUN MEMORIAL HWY.<br>EASLEY SC 29640 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.9.   LOCATION # 0005<br><br>EASLEY, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>5051 CALHOUN MEMORIAL HWY.<br>EASLEY SC 29640 | LEASEHOLD<br>IMPROVEMENTS | $139,405.66 | Net Book Value | $139,405.66 |
| 55.10.  LOCATION # 0007<br><br>GREENWOOD, SC - LEASE<br><br>FATZ<br>1302 MONTAGUE AVE. EXT.<br>GREENWOOD SC 29649 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.11.  LOCATION # 0007<br><br>GREENWOOD, SC - LEASEHOLD<br>IMPROVEMENTS<br><br>FATZ<br>1302 MONTAGUE AVE. EXT.<br>GREENWOOD SC 29649 | LEASEHOLD<br>IMPROVEMENTS | $59,696.59 | Net Book Value | $59,696.59 |
| 55.12.  LOCATION # 0008<br><br>SOUTHPORT, SC - LEASE<br><br>FATZ<br>100 SOUTHPORT RD.<br>SPARTANBURG SC 29306 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.13.  LOCATION # 0009<br><br>FOREST DRIVE, SC - LEASE<br><br>FATZ<br>5590 FOREST DR.<br>COLUMBIA SC 29206 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.14.   LOCATION # 0009 FOREST DRIVE, SC - LEASEHOLD IMPROVEMENTS FATZ 5590 FOREST DR. COLUMBIA SC 29206 | LEASEHOLD IMPROVEMENTS | $34,779.38 | Net Book Value | $34,779.38 |
| 55.15.   LOCATION # 0010 SENECA, SC - LEASE FATZ 1615 SANDIFER BLVD. SENECA SC 29678 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.16.   LOCATION # 0011 HENDERSONVILLE, NC - LEASE FATZ 110 HENDERSON CROSSING HENDERSONVILLE NC 28792 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.17.   LOCATION # 0011 HENDERSONVILLE, NC - LEASEHOLD IMPROVEMENTS FATZ 110 HENDERSON CROSSING HENDERSONVILLE NC 28792 | LEASEHOLD IMPROVEMENTS | $28,491.22 | Net Book Value | $28,491.22 |
| 55.18.   LOCATION # 0012 GREER, SC - LEASE FATZ 1361 W. WADE HAMPTON BLVD. STE. A GREER SC 29650 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.19.   LOCATION # 0012 GREER, SC - LEASEHOLD IMPROVEMENTS FATZ 1361 W. WADE HAMPTON BLVD. STE. A GREER SC 29650 | LEASEHOLD IMPROVEMENTS | $32,362.65 | Net Book Value | $32,362.65 |
| 55.20.   LOCATION # 0013 BOILING SPRINGS, SC - LEASE FATZ 1925 BOILING SPRINGS RD. SPARTANBURG SC 29316 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.21.   LOCATION # 0014 ORANGEBURG, SC - LEASE FATZ 3575 ST. MATTHEWS RD. ORANGEBURG SC 29118 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.22.   LOCATION # 0014<br><br>ORANGEBURG, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>3575 ST. MATTHEWS RD.<br>ORANGEBURG SC 29118 | LEASEHOLD IMPROVEMENTS | $48,636.62 | Net Book Value | $48,636.62 |
| 55.23.   LOCATION # 0015<br><br>ASHEVILLE, NC - LEASE<br><br>FATZ<br>5 SPARTAN AVE.<br>ASHEVILLE NC 28806 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.24.   LOCATION # 0015<br><br>ASHEVILLE, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>5 SPARTAN AVE.<br>ASHEVILLE NC 28806 | LEASEHOLD IMPROVEMENTS | $240,961.82 | Net Book Value | $240,961.82 |
| 55.25.   LOCATION # 0016<br><br>SHELBY, NC - LEASE<br><br>FATZ<br>1235 E. DIXON BLVD.<br>SHELBY NC 28152 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.26.   LOCATION # 0016<br><br>SHELBY, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>1235 E. DIXON BLVD.<br>SHELBY NC 28152 | LEASEHOLD IMPROVEMENTS | $70,053.04 | Net Book Value | $70,053.04 |
| 55.27.   LOCATION # 0018<br><br>LEXINGTON, SC - LEASE<br><br>FATZ<br>942 EAST MAIN STREET<br>LEXINGTON SC 29072 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.28.   LOCATION # 0018<br><br>LEXINGTON, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>942 EAST MAIN STREET<br>LEXINGTON SC 29072 | LEASEHOLD IMPROVEMENTS | $473,961.40 | Net Book Value | $473,961.40 |
| 55.29.   LOCATION # 0019<br><br>FOREST CITY, NC - LEASE<br><br>FATZ<br>118 HILL TOP WAY<br>FOREST CITY NC 28043 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                             Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.30.  LOCATION # 0019<br><br>FOREST CITY, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>118 HILL TOP WAY<br>FOREST CITY NC 28043 | LEASEHOLD IMPROVEMENTS | $52,527.25 | Net Book Value | $52,527.25 |
| 55.31.  LOCATION # 0020<br><br>IRMO, SC - LEASE<br><br>FATZ<br>7420 BROAD RIVER ROAD<br>IRMO SC 29063 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.32.  LOCATION # 0020<br><br>IRMO, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>7420 BROAD RIVER ROAD<br>IRMO SC 29063 | LEASEHOLD IMPROVEMENTS | $64,869.78 | Net Book Value | $64,869.78 |
| 55.33.  LOCATION # 0022<br><br>MORGANTON, NC - LEASE<br><br>FATZ<br>2111 S. STERLING STREET<br>MORGANTON NC 28655 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.34.  LOCATION # 0022<br><br>MORGANTON, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>2111 S. STERLING STREET<br>MORGANTON NC 28655 | LEASEHOLD IMPROVEMENTS | $36,243.77 | Net Book Value | $36,243.77 |
| 55.35.  LOCATION # 0023<br><br>GREENEVILLE, TN - LEASE<br><br>FATZ<br>3140 E. ANDREW JOHNSON HWY.<br>GREENEVILLE TN 37745 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.36.  LOCATION # 0023<br><br>GREENEVILLE, TN - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>3140 E. ANDREW JOHNSON HWY.<br>GREENEVILLE TN 37745 | LEASEHOLD IMPROVEMENTS | $40,785.56 | Net Book Value | $40,785.56 |
| 55.37.  LOCATION # 0024<br><br>LINCOLNTON, NC - LEASE<br><br>FATZ<br>1430 E. MAIN ST.<br>LINCOLNTON NC 28092 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor   **CAFE ENTERPRISES, INC.**                                                   Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.38.  LOCATION # 0024<br><br>LINCOLNTON, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>1430 E. MAIN ST.<br>LINCOLNTON NC 28092 | LEASEHOLD IMPROVEMENTS | $63,243.07 | Net Book Value | $63,243.07 |
| 55.39.  LOCATION # 0025<br><br>FLORENCE, SC - LEASE<br><br>FATZ<br>2007 W. LUCAS ST.<br>FLORENCE SC 29501 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.40.  LOCATION # 0025<br><br>FLORENCE, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>2007 W. LUCAS ST.<br>FLORENCE SC 29501 | LEASEHOLD IMPROVEMENTS | $91,682.81 | Net Book Value | $91,682.81 |
| 55.41.  LOCATION # 0026<br><br>EVANS, GA - LEASE<br><br>FATZ<br>464 N. BELAIR RD.<br>EVANS GA 30809 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.42.  LOCATION # 0026<br><br>EVANS, GA - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>464 N. BELAIR RD.<br>EVANS GA 30809 | LEASEHOLD IMPROVEMENTS | $74,589.08 | Net Book Value | $74,589.08 |
| 55.43.  LOCATION # 0027<br><br>ROCK HILL, SC - LEASE<br><br>FATZ<br>478 S. HERLONG AVE.<br>ROCK HILL SC 29732 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.44.  LOCATION # 0027<br><br>ROCK HILL, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>478 S. HERLONG AVE.<br>ROCK HILL SC 29732 | LEASEHOLD IMPROVEMENTS | $104,788.64 | Net Book Value | $104,788.64 |
| 55.45.  LOCATION # 0028<br><br>BRISTOL, TN - LEASE<br><br>FATZ<br>1175 VOLUNTEER PKWY.<br>BRISTOL TN 37620 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                           Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.46. LOCATION # 0028<br><br>BRISTOL, TN - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>1175 VOLUNTEER PKWY.<br>BRISTOL TN 37620 | LEASEHOLD IMPROVEMENTS | $73,715.42 | Net Book Value | $73,715.42 |
| 55.47. LOCATION # 0029<br><br>WINDER, GA - LEASE<br><br>FATZ<br>442 ATLANTA HWY. NW<br>WINDER GA 30680 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.48. LOCATION # 0029<br><br>WINDER, GA - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>442 ATLANTA HWY. NW<br>WINDER GA 30680 | LEASEHOLD IMPROVEMENTS | $22,441.17 | Net Book Value | $22,441.17 |
| 55.49. LOCATION # 0030<br><br>ROCKINGHAM, NC - LEASE<br><br>FATZ<br>714 US HWY. 74 BUS. E.<br>ROCKINGHAM NC 28379 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.50. LOCATION # 0030<br><br>ROCKINGHAM, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>714 US HWY. 74 BUS. E.<br>ROCKINGHAM NC 28379 | LEASEHOLD IMPROVEMENTS | $57,774.14 | Net Book Value | $57,774.14 |
| 55.51. LOCATION # 0032<br><br>MARION, NC - LEASE<br><br>FATZ<br>390 US 70 WEST<br>MARION NC 28752 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.52. LOCATION # 0032<br><br>MARION, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>390 US 70 WEST<br>MARION NC 28752 | LEASEHOLD IMPROVEMENTS | $37,586.32 | Net Book Value | $37,586.32 |
| 55.53. LOCATION # 0033<br><br>AIKEN, SC - LEASE<br><br>FATZ<br>996 PINE LOG RD.<br>AIKEN SC 29803 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.54. LOCATION # 0033<br><br>AIKEN, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>996 PINE LOG RD.<br>AIKEN SC 29803 | LEASEHOLD IMPROVEMENTS | $77,313.81 | Net Book Value | $77,313.81 |
| 55.55. LOCATION # 0034<br><br>ELIZABETHTON, TN - LEASE<br><br>FATZ<br>980 OVER MOUNTAIN DR.<br>ELIZABETHTON TN 37643 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.56. LOCATION # 0034<br><br>ELIZABETHTON, TN - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>980 OVER MOUNTAIN DR.<br>ELIZABETHTON TN 37643 | LEASEHOLD IMPROVEMENTS | $63,416.51 | Net Book Value | $63,416.51 |
| 55.57. LOCATION # 0035<br><br>ANDERSON, SC - LEASE<br><br>FATZ<br>105 INTERSTATE BLVD.<br>ANDERSON SC 29621 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.58. LOCATION # 0035<br><br>ANDERSON, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>105 INTERSTATE BLVD.<br>ANDERSON SC 29621 | LEASEHOLD IMPROVEMENTS | $69,915.02 | Net Book Value | $69,915.02 |
| 55.59. LOCATION # 0037<br><br>KINGSPORT, TN - LEASE<br><br>FATZ<br>2610 W. STONE DR.<br>KINGSPORT TN 37660 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.60. LOCATION # 0037<br><br>KINGSPORT, TN - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>2610 W. STONE DR.<br>KINGSPORT TN 37660 | LEASEHOLD IMPROVEMENTS | $72,837.43 | Net Book Value | $72,837.43 |
| 55.61. LOCATION # 0038<br><br>CAMDEN, SC - LEASE<br><br>FATZ<br>212 WALL STREET<br>CAMDEN SC 29020 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.62.  LOCATION # 0038<br><br>CAMDEN, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>212 WALL STREET<br>CAMDEN SC 29020 | LEASEHOLD IMPROVEMENTS | $100,721.66 | Net Book Value | $100,721.66 |
| 55.63.  LOCATION # 0039<br><br>CLINTON, SC - LEASE<br><br>FATZ<br>179 EAST CORPORATE CENTER DR.<br>CLINTON SC 29325 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.64.  LOCATION # 0039<br><br>CLINTON, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>179 EAST CORPORATE CENTER DR.<br>CLINTON SC 29325 | LEASEHOLD IMPROVEMENTS | $74,218.47 | Net Book Value | $74,218.47 |
| 55.65.  LOCATION # 0040<br><br>ATHENS, GA - LEASE<br><br>FATZ<br>4115 LEXINGTON RD.<br>ATHENS GA 30605 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.66.  LOCATION # 0040<br><br>ATHENS, GA - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>4115 LEXINGTON RD.<br>ATHENS GA 30605 | LEASEHOLD IMPROVEMENTS | $132,863.24 | Net Book Value | $132,863.24 |
| 55.67.  LOCATION # 0042<br><br>BLAIRSVILLE, GA - LEASE<br><br>FATZ<br>206 HIGHWAY 515 E<br>BLAIRSVILLE GA 30512 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.68.  LOCATION # 0042<br><br>BLAIRSVILLE, GA - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>206 HIGHWAY 515 E<br>BLAIRSVILLE GA 30512 | LEASEHOLD IMPROVEMENTS | $86,612.83 | Net Book Value | $86,612.83 |
| 55.69.  LOCATION # 0043<br><br>DUBLIN, VA - LEASE<br><br>FATZ<br>4586 ALEXANDER FARM RD.<br>DUBLIN VA 24084 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.70.  LOCATION # 0043<br><br>DUBLIN, VA - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>4586 ALEXANDER FARM RD.<br>DUBLIN VA 24084 | LEASEHOLD IMPROVEMENTS | $88,630.86 | Net Book Value | $88,630.86 |
| 55.71.  LOCATION # 0045<br><br>JASPER, GA - LEASE<br><br>FATZ<br>800 NOAH AVENUE<br>JASPER GA 30143 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.72.  LOCATION # 0045<br><br>JASPER, GA - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>800 NOAH AVENUE<br>JASPER GA 30143 | LEASEHOLD IMPROVEMENTS | $98,023.51 | Net Book Value | $98,023.51 |
| 55.73.  LOCATION # 0046<br><br>CHERAW, SC - LEASE<br><br>FATZ<br>973 CHESTERFIELD HWY<br>CHERAW SC 29520 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.74.  LOCATION # 0046<br><br>CHERAW, SC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>973 CHESTERFIELD HWY<br>CHERAW SC 29520 | LEASEHOLD IMPROVEMENTS | $23,431.23 | Net Book Value | $23,431.23 |
| 55.75.  LOCATION # 0049<br><br>FRANKLIN, NC - LEASE<br><br>FATZ<br>107 SAWMILL VILLAGE LANE<br>FRANKLIN NC 28734 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.76.  LOCATION # 0049<br><br>FRANKLIN, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>107 SAWMILL VILLAGE LANE<br>FRANKLIN NC 28734 | LEASEHOLD IMPROVEMENTS | $59,943.37 | Net Book Value | $59,943.37 |
| 55.77.  LOCATION # 0050<br><br>LENOIR, NC - LEASE<br><br>FATZ<br>975 BLOWING ROCK BLVD. NW<br>LENIOR NC 28645 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.78.  LOCATION # 0050<br><br>LENOIR, NC - LEASEHOLD IMPROVEMENTS<br><br>FATZ<br>975 BLOWING ROCK BLVD. NW<br>LENIOR NC 28645 | LEASEHOLD IMPROVEMENTS | $24,968.49 | Net Book Value | $24,968.49 |
| 55.79.  CORPORATE OFFICE<br><br>LEASE<br><br>CAFE ENTERPRISES, INC.<br>4324 WADE HAMPTON BLVD<br>STE B<br>TAYLORS SC 29687 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.80.  LOCATION # 0031<br><br>CONWAY, SC - LEASE<br><br>FATZ<br>2494 CHURCH ST.<br>CONWAY SC 29526 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.81.  LOCATION # 0036<br><br>NORTH CHARLESTON - LEASE,<br><br>FATZ<br>4951 CENTRE POINTE DRIVE<br>N. CHARLESTON SC 29418 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.82.  LOCATION # 0041<br><br>CAROWINDS, - LEASE<br><br>FATZ<br>10920 WINDS CROSSING DRIVE<br>CHARLOTTE NC 28273 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.83.  LOCATION # 0044<br><br>WARNER ROBINS, GA - LEASE<br><br>FATZ<br>2715 WATSON BLVD.<br>WARNER ROBINS GA 31093 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.84.  LOCATION # 0047<br><br>POOLER, GA - LEASE<br><br>FATZ<br>400 POOLER PARKWAY<br>POOLER GA 31322 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.85.  LOCATION # 0048<br><br>AFTON RIDGE, NC - LEASE<br><br>FATZ<br>6081 BAYFIELD PARKWAY<br>CONCORD NC 28027 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                                          Case number *(if known)* **18-05838**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.86.  LOCATION # 0051<br><br>GREENSBORO #1, NC - LEASE<br><br>FATZ<br>619 S. REGIONAL ROAD<br>GREENSBORO NC 27409 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.87.  LOCATION # 0052<br><br>JOHNSON CITY, TN - LEASE<br><br>FATZ<br>3101 WEST MARKET STREET 101-103<br>JOHNSON CITY TN 37604 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |
| 55.88.  LOCATION # 0053<br><br>GREENSBORO #2, NC - LEASE<br><br>FATZ<br>3011 HIGH POINT ROAD<br>GREENSBORO NC 27403 | LEASEHOLD | UNDETERMINED | Undetermined | UNDETERMINED |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                    $2,905,760.04

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.  TRADEMARK 2,764,092 | UNDETERMINED | _____ | UNDETERMINED |
| 60.2.  TRADEMARK 2,764,091 | UNDETERMINED | _____ | UNDETERMINED |
| 60.3.  TRADEMARK 3,217,012 | UNDETERMINED | _____ | UNDETERMINED |
| 60.4.  TRADEMARK 3,600,822 | UNDETERMINED | _____ | UNDETERMINED |
| 60.5.  TRADEMARK 3,600,823 | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

**61.** **Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1. | HTTPS://FATZ.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.2. | WWW.CAFE-ENTERPRISES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.3. | WWW.SOUTHERNKITCHENCATERING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.4. | WWW.FATZSOUTHERNKITCHEN.COM | UNDETERMINED | _____ | UNDETERMINED |

**62.** **Licenses, franchises, and royalties**

| | | | | |
|---|---|---|---|---|
| 62.1. | STORE # 0001 - S C DEPT OF REV & TAX - BEER/WINE LICENSE LICENSE # 32020312-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.2. | STORE # 0001 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046347-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.3. | STORE # 0001 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LIC # 32046347-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.4. | STORE # 0001 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.5. | STORE # 0004 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046358-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.6. | STORE # 0004 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046358-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.7. | STORE # 0004 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.8. | STORE # 0005 - CITY OF EASLEY RETAIL/BUSINESS LICENSE # 37089 | UNDETERMINED | _____ | UNDETERMINED |
| 62.9. | STORE # 0005 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046356-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.10. | STORE # 0005 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046356-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.11. | STORE # 0005 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046356-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.12. | STORE # 0005 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.13. | STORE # 0007 - CITY OF GREENWOOD RETAIL/BUSINESS LICENSE # 1374 | UNDETERMINED | _____ | UNDETERMINED |
| 62.14. | STORE # 0007 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046351-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.15. | STORE # 0007 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046351-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.16. | STORE # 0007 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LIC # 320463510-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.17. | STORE # 0007 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.18. | STORE # 0009 - CITY OF COLUMBIA RETAIL/BUSINESS LICENSE # 23881 | UNDETERMINED | _____ | UNDETERMINED |
| 62.19. | STORE # 0009 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046359-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.20. | STORE # 0009 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046359-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.21. | STORE # 0009 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LIC # 32003427-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.22. | STORE # 0009 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.23. | STORE # 0010 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046346-PBW | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 62.24. | STORE # 0010 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046346-PLB | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|---|
| 62.25. | STORE # 0010 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LIC # 32046346-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.26. | STORE # 0010 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.27. | STORE # 0011 - CITY OF HENDERSONVILLE - BEER/WINE LICENSE # 48 | UNDETERMINED | _____ | UNDETERMINED |
| 62.28. | STORE # 0011 - CITY OF HEN'VILLE RETAIL/BUSINESS LICENSE # 193439 | UNDETERMINED | _____ | UNDETERMINED |
| 62.29. | STORE # 0011 - CITY OF HEN'VILLE RETAIL/BUSINESS LICENSE # 476 | UNDETERMINED | _____ | UNDETERMINED |
| 62.30. | STORE # 0011 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSE # MX9881 | UNDETERMINED | _____ | UNDETERMINED |
| 62.31. | STORE # 0011 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.32. | STORE # 0012 - CITY OF GREER RETAIL/BUSINESS LICENSE # 44665 | UNDETERMINED | _____ | UNDETERMINED |
| 62.33. | STORE # 0012 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046352-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.34. | STORE # 0012 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046352-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.35. | STORE # 0012 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046352-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.36. | STORE # 0012 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.37. | STORE # 0013 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32016681-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.38. | STORE # 0013 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32016681-PSB | UNDETERMINED | _____ | UNDETERMINED |
| 62.39. | STORE # 0013 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LICENSE # 32016681-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.40. | STORE # 0013 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.41. | STORE # 0014 - COUNTY OF ORANGEBURG RETAIL/BUSINESS LICENSE # 000565 | UNDETERMINED | _____ | UNDETERMINED |
| 62.42. | STORE # 0014 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046343-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.43. | STORE # 0014 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046343-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.44. | STORE # 0014 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046343-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.45. | STORE # 0014 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.46. | STORE # 0015 - BUNCOME COUNTY - BEER LICENSE # 261 | UNDETERMINED | _____ | UNDETERMINED |
| 62.47. | STORE # 0015 - BUNCOME COUNTY - WINE LICENSE # 261 | UNDETERMINED | _____ | UNDETERMINED |
| 62.48. | STORE # 0015 - CITY OF ASHEVILLE - BEER LICENSE # 521 | UNDETERMINED | _____ | UNDETERMINED |
| 62.49. | STORE # 0015 - CITY OF ASHEVILLE - WINE LICENSE # 522 | UNDETERMINED | _____ | UNDETERMINED |
| 62.50. | STORE # 0015 - CITY OF ASHEVILLE RETAIL/BUSINESS LICENSE # 523 | UNDETERMINED | _____ | UNDETERMINED |
| 62.51. | STORE # 0015 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSE # 00099327MB | UNDETERMINED | _____ | UNDETERMINED |
| 62.52. | STORE # 0015 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.53. | STORE # 0016 - CITY OF SHELBY - BEER/WINE LICENSE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 62.54. | STORE # 0016 - CLEVELAND COUNTY - BEER/WINE LICENSE # 14 | UNDETERMINED | _____ | UNDETERMINED |
| 62.55. | STORE # 0016 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSE # 00103277MB | UNDETERMINED | _____ | UNDETERMINED |
| 62.56. | STORE # 0016 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.57. | STORE # 0018 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046348-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.58. | STORE # 0018 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046348-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.59. | STORE # 0018 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LICENSE # 32046348-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.60. | STORE # 0018 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.61. | STORE # 0018 - TOWN OF LEXINGTON RETAIL/BUSINESS LICENSE # 4372 | UNDETERMINED | _____ | UNDETERMINED |
| 62.62. | STORE # 0019 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSE # 00113915MB | UNDETERMINED | _____ | UNDETERMINED |
| 62.63. | STORE # 0019 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.64. | STORE # 0019 - TOWN OF FOREST CITY - BEER/WINE LICENSE # 9690 | UNDETERMINED | _____ | UNDETERMINED |
| 62.65. | STORE # 0020 - RICHLAND COUNTY RETAIL/BUSINESS LICENSE # 2018-25567-24719 | UNDETERMINED | _____ | UNDETERMINED |
| 62.66. | STORE # 0020 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046349-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.67. | STORE # 0020 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046349-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.68. | STORE # 0020 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LICENSE # 32046349-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.69. | STORE # 0020 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.70. | STORE # 0022 - BURKE COUNTY - BEER/WINE LICENSE # 1290/0743 | UNDETERMINED | _____ | UNDETERMINED |
| 62.71. | STORE # 0022 - CITY OF MORGANTON - BEER/WINE LICENSE # 2362 | UNDETERMINED | _____ | UNDETERMINED |
| 62.72. | STORE # 0022 - CITY OF MORGANTON RETAIL/BUSINESS LICENSE | UNDETERMINED | _____ | UNDETERMINED |
| 62.73. | STORE # 0022 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSE # 00115624MB | UNDETERMINED | _____ | UNDETERMINED |
| 62.74. | STORE # 0022 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.75. | STORE # 0023 - GREENE COUNTY RETAIL/BUSINESS LICENSE # 470973 | UNDETERMINED | _____ | UNDETERMINED |
| 62.76. | STORE # 0023 - TN ABC COMMISSION - LIQUOR LICENSE BY THE DRINK # 7885 | UNDETERMINED | _____ | UNDETERMINED |
| 62.77. | STORE # 0023 - TN HEALTH - HEALTH PERMIT # 169670/169671 | UNDETERMINED | _____ | UNDETERMINED |
| 62.78. | STORE # 0023 - TOWN OF GREENEVILLE - BEER LICENSE # 181 | UNDETERMINED | _____ | UNDETERMINED |
| 62.79. | STORE # 0023 - TOWN OF GREENEVILLE - LIQUOR LICENSE | UNDETERMINED | _____ | UNDETERMINED |
| 62.80. | STORE # 0023 - TOWN OF GREENEVILLE RETAIL/BUSINESS LICENSE # 2012 22443 | UNDETERMINED | _____ | UNDETERMINED |
| 62.81. | STORE # 0024 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSE # 00128644MB | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **CAFE ENTERPRISES, INC.**                                     Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 62.82. | STORE # 0024 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.83. | STORE # 0025 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046357-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.84. | STORE # 0025 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046357-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.85. | STORE # 0025 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.86. | STORE # 0026 - COLUMBIA COUNTY - BEER/WINE LICENSE # 724 | UNDETERMINED | _____ | UNDETERMINED |
| 62.87. | STORE # 0026 - COLUMBIA COUNTY - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.88. | STORE # 0026 - COLUMBIA COUNTY RETAIL/BUSINESS LICENSE # 15967 | UNDETERMINED | _____ | UNDETERMINED |
| 62.89. | STORE # 0026 - GA DEPT OF REVENUE - BEER/WINE/ALCOHOL LICENSE # 47325 | UNDETERMINED | _____ | UNDETERMINED |
| 62.90. | STORE # 0027 - CITY OF ROCK HILL RETAIL/BUSINESS LICENSE # 1425 | UNDETERMINED | _____ | UNDETERMINED |
| 62.91. | STORE # 0027 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046345-PBW | UNDETERMINED | _____ | UNDETERMINED |
| 62.92. | STORE # 0027 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046345-PLB | UNDETERMINED | _____ | UNDETERMINED |
| 62.93. | STORE # 0027 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LICENSE # 32046345-LOP | UNDETERMINED | _____ | UNDETERMINED |
| 62.94. | STORE # 0027 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.95. | STORE # 0028 - CITY OF BRISTOL - BEER LICENSE # 185 | UNDETERMINED | _____ | UNDETERMINED |
| 62.96. | STORE # 0028 - CITY OF BRISTOL RETAIL/BUSINESS LICENSE # 2012-24285 | UNDETERMINED | _____ | UNDETERMINED |
| 62.97. | STORE # 0028 - SULLIVAN COUNTY RETAIL/BUSINESS LICENSE # 92582 | UNDETERMINED | _____ | UNDETERMINED |
| 62.98. | STORE # 0028 - TN ABC COMMISSION - LIQUOR LICENSE BY THE DRINK # 52479 | UNDETERMINED | _____ | UNDETERMINED |
| 62.99. | STORE # 0028 - TN HEALTH - HEALTH PERMIT # 184367/184368 | UNDETERMINED | _____ | UNDETERMINED |
| 62.100. | STORE # 0029 - BARROW COUNTY - BEER/WINE LICENSE # 2005-032 | UNDETERMINED | _____ | UNDETERMINED |
| 62.101. | STORE # 0029 - BARROW COUNTY - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.102. | STORE # 0029 - BARROW COUNTY RETAIL/BUSINESS LICENSE # 2007-6937 | UNDETERMINED | _____ | UNDETERMINED |
| 62.103. | STORE # 0029 - GA DEPT OF REVENUE - BEER/WINE/ALCOHOL LICENSE # 49610 | UNDETERMINED | _____ | UNDETERMINED |
| 62.104. | STORE # 0030 - CITY OF ROCKINGHAM RETAIL/BUSINESS LICENSE # 60230 | UNDETERMINED | _____ | UNDETERMINED |
| 62.105. | STORE # 0030 - CITY OF ROCKINHAM - BEER/WINE LICENSE # 602300 | UNDETERMINED | _____ | UNDETERMINED |
| 62.106. | STORE # 0030 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSE # 00140020MB | UNDETERMINED | _____ | UNDETERMINED |
| 62.107. | STORE # 0030 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |
| 62.108. | STORE # 0030 - RICHMOND COUNTY - BEER/WINE LICENSE # 3803 | UNDETERMINED | _____ | UNDETERMINED |
| 62.109. | STORE # 0032 - CITY OF MARION - BEER/WINE LICENSE | UNDETERMINED | _____ | UNDETERMINED |
| 62.110. | STORE # 0032 - CITY OF MARION - BEER/WINE LICENSE # 6516 | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 62.111. | STORE # 0032 - CITY OF MARION RETAIL/BUSINESS LICENSE # 7944 | UNDETERMINED | _____ UNDETERMINED |
| 62.112. | STORE # 0032 - MCDOWELL COUNTY ACL LICENSE | UNDETERMINED | _____ UNDETERMINED |
| 62.113. | STORE # 0032 - N.C. ABC COMMISSION - MIXED BEVERAGES LICENSES 00140809 | UNDETERMINED | _____ UNDETERMINED |
| 62.114. | STORE # 0032 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ UNDETERMINED |
| 62.115. | STORE # 0033 - CITY OF AIKEN RETAIL/BUSINESS LICENSE # 20144 | UNDETERMINED | _____ UNDETERMINED |
| 62.116. | STORE # 0033 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046342-PBW | UNDETERMINED | _____ UNDETERMINED |
| 62.117. | STORE # 0033 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046342-PLB | UNDETERMINED | _____ UNDETERMINED |
| 62.118. | STORE # 0033 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LICENSE # 32046342-LOP | UNDETERMINED | _____ UNDETERMINED |
| 62.119. | STORE # 0033 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ UNDETERMINED |
| 62.120. | STORE # 0034 - CARTER COUNTY RETAIL/BUSINESS LICENSE # 26152 | UNDETERMINED | _____ UNDETERMINED |
| 62.121. | STORE # 0034 - CITY OF ELIZABETHTON - BEER LICENSE # 48 | UNDETERMINED | _____ UNDETERMINED |
| 62.122. | STORE # 0034 - CITY OF ELIZABETHTON RETAIL/BUSINESS LICENSE # 10972 | UNDETERMINED | _____ UNDETERMINED |
| 62.123. | STORE # 0034 - TN ABC COMMISSION LIQUOR LICENSE BY THE DRINK LICENSE # 14302 | UNDETERMINED | _____ UNDETERMINED |
| 62.124. | STORE # 0034 - TN HEALTH - HEALTH PERMIT # 189511/189512 | UNDETERMINED | _____ UNDETERMINED |
| 62.125. | STORE # 0035 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046353-PBW | UNDETERMINED | _____ UNDETERMINED |
| 62.126. | STORE # 0035 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046353-PLB | UNDETERMINED | _____ UNDETERMINED |
| 62.127. | STORE # 0035 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ UNDETERMINED |
| 62.128. | STORE # 0036 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ UNDETERMINED |
| 62.129. | STORE # 0037 - CITY OF KINGSPORT - BEER LICENSE # 528 | UNDETERMINED | _____ UNDETERMINED |
| 62.130. | STORE # 0037 - CITY OF KINGSPORT RETAIL/BUSINESS LICENSE # 17-00009293 | UNDETERMINED | _____ UNDETERMINED |
| 62.131. | STORE # 0037 - SULLIVAN COUNTY RETAIL/BUSINESS LICENSE # 123833 | UNDETERMINED | _____ UNDETERMINED |
| 62.132. | STORE # 0037 - TN ABC COMMISSION - LIQUOR LICENSE BY THE DRINK # 20650 | UNDETERMINED | _____ UNDETERMINED |
| 62.133. | STORE # 0037 - TN HEALTH - HEALTH PERMIT # 192581/192582 | UNDETERMINED | _____ UNDETERMINED |
| 62.134. | STORE # 0038 - CITY OF CAMDEN RETAIL/BUSINESS LICENSE # 20160048 | UNDETERMINED | _____ UNDETERMINED |
| 62.135. | STORE # 0038 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046362-PBW | UNDETERMINED | _____ UNDETERMINED |
| 62.136. | STORE # 0038 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046362-PLB | UNDETERMINED | _____ UNDETERMINED |
| 62.137. | STORE # 0038 - S C DEPT OF REV & TAX - SUNDAY LIQUOR LICENSE # 320463627-LOP | UNDETERMINED | _____ UNDETERMINED |
| 62.138. | STORE # 0038 - SC DHEC - HEALTH PERMIT | UNDETERMINED | _____ UNDETERMINED |

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 62.139. | STORE # 0039 - CITY OF CLINTON RETAIL/BUSINESS LICENSE # 175102 | UNDETERMINED | _____ | UNDETERMINED |
| 62.140. | STORE # 0039 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32046363-PBW | UNDETERMINED | | UNDETERMINED |
| 62.141. | STORE # 0039 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32046363-PLB | UNDETERMINED | | UNDETERMINED |
| 62.142. | STORE # 0039 - SC DHEC - HEALTH PERMIT | UNDETERMINED | | UNDETERMINED |
| 62.143. | STORE # 0040 - ATHENS-CLARKE COUNTY RETAIL/BUSINESS LICENSE # BT-0089637 | UNDETERMINED | | UNDETERMINED |
| 62.144. | STORE # 0040 - CLARKE CO - BEER/WINE/LBD LICENSE # AL-0089480 | UNDETERMINED | | UNDETERMINED |
| 62.145. | STORE # 0040 - CLARKE COUNTY - HEALTH PERMIT | UNDETERMINED | | UNDETERMINED |
| 62.146. | STORE # 0040 - GA DEPT OF REVENUE - BEER/WINE/LBD STATE # 183782 | UNDETERMINED | | UNDETERMINED |
| 62.147. | STORE # 0042 - CITY OF BLAIRSVILLE LICENSE | UNDETERMINED | | UNDETERMINED |
| 62.148. | STORE # 0042 - CITY OF BLAIRSVILLE RETAIL/BUSINESS LICENSE # 304997810 | UNDETERMINED | | UNDETERMINED |
| 62.149. | STORE # 0042 - GA DEPT OF REVENUE - BEER/WINE/ALCOHOL LICENSE # 57857 | UNDETERMINED | | UNDETERMINED |
| 62.150. | STORE # 0042 - UNION COUNTY - HEALTH PERMIT | UNDETERMINED | | UNDETERMINED |
| 62.151. | STORE # 0043 - PULASKI COUNTY - HEALTH PERMIT | UNDETERMINED | | UNDETERMINED |
| 62.152. | STORE # 0043 - PULASKI COUNTY RETAIL/BUSINESS LICENSE # 001124 | UNDETERMINED | | UNDETERMINED |
| 62.153. | STORE # 0043 - VA DEPT OF ALCOHOLIC BEV. - BEER/WINE/LIQUOR LICENSE # 050220 | UNDETERMINED | | UNDETERMINED |
| 62.154. | STORE # 0045 - CITY OF JASPER - BEER/WINE LICENSE # 36H | UNDETERMINED | | UNDETERMINED |
| 62.155. | STORE # 0045 - CITY OF JASPER ALC LIC LICENSE # 36H | UNDETERMINED | | UNDETERMINED |
| 62.156. | STORE # 0045 - CITY OF JASPER RETAIL/BUSINESS LICENSE # 388 | UNDETERMINED | | UNDETERMINED |
| 62.157. | STORE # 0045 - GA DEPT OF REVENUE - BEER/WINE LICENSE # 52663 | UNDETERMINED | | UNDETERMINED |
| 62.158. | STORE # 0045 - PICKENS COUNTY - HEALTH PERMIT | UNDETERMINED | | UNDETERMINED |
| 62.159. | STORE # 0046 - S C DEPT OF REV & TAX - BEER/WINE LICENSE # 32044207-PBW | UNDETERMINED | | UNDETERMINED |
| 62.160. | STORE # 0046 - S C DEPT OF REV & TAX - LIQUOR LICENSE # 32044207-PLB | UNDETERMINED | | UNDETERMINED |
| 62.161. | STORE # 0046 - SC DHEC - HEALTH PERMIT | UNDETERMINED | | UNDETERMINED |
| 62.162. | STORE # 0046 - TOWN OF CHERAW RETAIL/BUSINESS LICENSE # 20167502 | UNDETERMINED | | UNDETERMINED |
| 62.163. | STORE # 0049 - NC ABC COMMISSION - EST. ALCOHOL # 00163373 | UNDETERMINED | | UNDETERMINED |
| 62.164. | STORE # 0049 - NC DENR - HEALTH PERMIT | UNDETERMINED | | UNDETERMINED |
| 62.165. | STORE # 0049 - TOWN OF FRANKLIN - BEER/WINE LICENSE # 1132 | UNDETERMINED | | UNDETERMINED |
| 62.166. | STORE # 0049 - TOWN OF FRANKLIN RETAIL/BUSINESS LICENSE # 5995 | UNDETERMINED | | UNDETERMINED |
| 62.167. | STORE # 0050 - CALDWELL COUNTY COUNTY LICENSES | UNDETERMINED | | UNDETERMINED |

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| | | | | |
|---|---|---|---|---|
| 62.168. | STORE # 0050 - CITY OF LENOIR RETAIL/BUSINESS LICENSE # 5322 | UNDETERMINED | _____ | UNDETERMINED |
| 62.169. | STORE # 0050 - CITY OF LENOIR CITY LICENSES | UNDETERMINED | _____ | UNDETERMINED |
| 62.170. | STORE # 0050 - NC ABC COMMISSION - STATE ALCOHOL LICENSE # 0163106 | UNDETERMINED | _____ | UNDETERMINED |
| 62.171. | STORE # 0050 - NC DENR - HEALTH PERMIT | UNDETERMINED | _____ | UNDETERMINED |

**63.**    **Customer lists, mailing lists, or other compilations**

| | | | | |
|---|---|---|---|---|
| 63.1. | CUSTOMER LIST | UNDETERMINED | _____ | UNDETERMINED |
| 63.2. | CLASSIC CLUB LOYALITY PROGRAM | UNDETERMINED | _____ | UNDETERMINED |

**64.**    **Other intangibles, or intellectual property**

| | | | | |
|---|---|---|---|---|
| 64.1. | _____ | $_____ | _____ | $_____ |

**65.**    **Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1. | _____ | $_____ | _____ | $_____ |

**66.**    **Total of part 10**

     Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   All other assets

**70.**    **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

> Current value of debtor's interest

**71.**    **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |

**72.**    **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. | GEORGIA DEPARTMENT OF REVENUE | $500.00 | $1,423,039.00 | 2017 | $500.00 |
| 72.2. | NORTH CAROLINA | $930.00 | $2,914,073.00 | 2017 | $930.00 |

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | | | | |
|---|---|---|---|---|---|
| 72.3. | SOUTH CAROLINA | $654.00 | $5,653,535.00 | 2017 | $654.00 |
| 72.4. | TENNESSEE | $0.00 | $528,860.00 | 2017 | UNDETERMINED |
| 72.5. | VIRGINIA | $300.00 | N/A | 2017 | $300.00 |

**73.**   **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | ZURICH | WC 0174347 04 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | ZURICH | CPO 0174345 04 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | ZURICH | CPO 0174345 04 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | ZURICH | CPO 0174345 04 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | ZURICH | AUC 0174332 04 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY | FBP 2359141 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | LLOYDS OF LONDON | U718-860156 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | STRATFORD INSURANCE COMPANY | PDO0000010N | _____ | _____ | _____ | UNDETERMINED |

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | _____ | _____ | $_____ | $_____ |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | _____ | _____ | $_____ | $_____ |

**76.**   **Trusts, equitable or future interests in property**

| | | Current value of debtor's interest |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.**   **Other property of any kind not already listed**
Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | _____ | $_____ |

**78.**   **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                $2,384.00

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**

Case number *(if known)* **18-05838**

---

| **Part 12:** | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $129,698.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $146,355.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $263,320.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $821,929.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $181,267.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,730,764.47 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................... → | | $2,905,760.04 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*    + | $2,384.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $3,275,719.70 | + 91b. $2,905,760.04 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................    $6,181,479.74

**Fill in this information to identify the case:**

**Debtor name:** CAFE ENTERPRISES, INC.

**United States Bankruptcy Court for the:** District of South Carolina

**Case number (if known):** 18-05838

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.    **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1.   **Creditor's name and address**

ATALAYA ADMINISTRATIVE LLP AS AGENT
C/O ATALAYA CAPITAL MANAGEMENT, LP
ATTN: EVERETT INDART
780 THIRD AVENUE, 27TH FLOOR
NEW YORK NY 10017

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/21/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. ATALAYA, AS ADMINISTRATIVE AGENT HAS A FIRST LIEN PRIORTY, AND THE LIEN OF BENEFIT STREET PARTNERS, AS AGENT, IS SUBORDINATE TO THE LIEN OF ATALAYA

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL ASSETS

**Describe the lien**

FIRST LIEN LENDER

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$9,698,584.13        UNDETERMINED

Debtor    **CAFE ENTERPRISES, INC.**                                                                  Case number *(if known)* **18-05838**

---

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BENEFIT STREET PARTNERS, AS AGENT
SERGE KOZMIN
50 KENNEDY PLAZA
18TH FLOOR
PROVIDENCE RI 02903

ALL ASSETS SUBJECT TO FIRST LIEN      $2,000,000.00      UNDETERMINED
LENDERS

**Describe the lien**

SECOND LIEN LENDER

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 5/5/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☒ Yes. The relative priority of creditors is specified on lines: 2.1

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

SYSCO CHARLOTTE, LLC
4500 CORPORATE DR NW
CONCORD NC 28027

ALL PRESENTLY OWNED OR HEREAFTER      UNDETERMINED   UNDETERMINED
ACQUIRED PROPERTY

**Describe the lien**

UCC-1 RECORDED 9/21/2017 IN SOUTH
CAROLINA AS DOCUMENT # 160921-162201

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 9/21/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$11,698,584.13** |
|---|---|---|

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | HOLLAND & KNIGHT LLP<br>BRENT MCILWAIN<br>200 CRESCENT COURT<br>STE 1600<br>DALLAS TX 75201 | Line 2.1 | _____ |
| 3.2. | HOLLAND & KNIGHT LLP<br>BRIAN SMITH<br>200 CRESCENT COURT<br>STE 1600<br>DALLAS TX 75201 | Line 2.1 | _____ |
| 3.3. | MADISON CAPITAL FUNDING LLC, AS AGENT<br>30 S. WACKER DR<br>STE 3700<br>CHICAGO IL 60606 | Line 2.1 | _____ |
| 3.4. | MILESTONE PARTNERS III LP<br>555 EAST LANCASTER AVE<br>STE 500<br>RADNOR PA 19087 | Line 2.1 | _____ |
| 3.5. | MILESTONE PARTNERS III LP<br>555 EAST LANCASTER AVE<br>STE 500<br>RADNOR PA 19087 | Line 2.2 | _____ |
| 3.6. | MILESTONE PARTNERS III LP 2<br>555 EAST LANCASTER AVE<br>STE 500<br>RADNOR PA 19087 | Line 2.1 | _____ |
| 3.7. | MILESTONE PARTNERS III LP 2<br>555 EAST LANCASTER AVE<br>STE 500<br>RADNOR PA 19087 | Line 2.2 | _____ |
| 3.8. | MOORE & VAN ALLEN PLLC<br>DAVID B WHEELER;REID E DYER<br>78 WENTWORTH ST<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | Line 2.2 | _____ |
| 3.9. | SHRAYNE CAPITAL LLC<br>23011 LAGUNA POINT DR<br>KATHY TX 77450 | Line 2.1 | _____ |
| 3.10. | SYSCO<br>JEFF KESTNER<br>131 SYSCO CT<br>COLUMBIA SC 29209 | Line 2.3 | _____ |
| 3.11. | SYSCO CHARLOTTE LLC<br>4500 CORPORATE DR NW<br>CONCORD NC 28027 | Line 2.3 | _____ |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 3.12. | SYSCO-CHARLOTTE<br>TOM HAYES<br>CASHIER<br>PO BOX 96<br>CONCORD NC 28026 | Line 2.3 | _____ |
| 3.13. | TRIANGLE MEZZANINE FUND LLLP<br>3700 GLENWOOD AVE<br>STE 530<br>RALEIGH NC 27612 | Line 2.1 | _____ |
| 3.14. | TRIANGLE MEZZANINE FUND LLLP<br>HOLLAND & KNIGHT LLP<br>BRENT MCILWAIN<br>200 CRESCENT COURT<br>STE 1600<br>DALLAS TX 75201 | Line 2.1 | _____ |
| 3.15. | TRIANGLE MEZZANINE FUND LLLP<br>HOLLAND & KNIGHT LLP<br>BRENT MCILWAIN<br>200 CRESCENT COURT<br>STE 1600<br>DALLAS TX 75201 | Line 2.1 | _____ |
| 3.16. | TRIANGLE MEZZANINE FUND LLLP AS AGENT<br>HOLLAND & KNIGHT LLP<br>BRENT MCILWAIN<br>200 CRESCENT COURT<br>STE 1600<br>DALLAS TX 75201 | Line 2.1 | _____ |
| 3.17. | TRIANGLE MEZZANINE FUND LLLP AS AGENT<br>HOLLAND & KNIGHT LLP<br>BRENT MCILWAIN<br>200 CRESCENT COURT<br>STE 1600<br>DALLAS TX 75201 | Line 2.1 | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2"><strong>Debtor name:</strong> CAFE ENTERPRISES, INC.</td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the:</strong> District of South Carolina</td></tr>
<tr><td colspan="2"><strong>Case number (if known):</strong> 18-05838</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AIKEN COUNTY<br>PO BOX 873<br>AIKEN SC 29802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,590.62 | $1,590.62<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AIKEN COUNTY<br>PO BOX 874<br>AIKEN SC 29803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,140.02 | $27,140.02<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>REAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **CAFE ENTERPRISES, INC.**                                           Case number *(if known)* **18-05838**

---

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

ANDERSON COUNTY
PO BOX 8002
ANDERSON SC 29622

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | Total claim: $3,458.40 | Priority amount: $3,458.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.4. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

ANDERSON COUNTY
PO BOX 8003
ANDERSON SC 29623

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $3,458.40    Priority amount: $3,548.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

ANDERSON COUNTY
PO BOX 8004
ANDERSON SC 29624

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $37,549.78    Priority amount: $37,549.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|--------|--------|--------|--------|

**2.6.**

**Priority creditor's name and mailing address**

ANDERSON COUNTY
PO BOX 8005
ANDERSON SC 29625

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $37,549.78  | $37,549.78      |

**Nonpriority amount**

$0.00

---

**2.7.**

**Priority creditor's name and mailing address**

ATHENS-CLARKE COUNTY
325 E WASHINGTON ST
ATHENS GA 30601

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 9480

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $7,200.00   | $7,200.00       |

**Nonpriority amount**

$0.00

---

**2.8.**

**Priority creditor's name and mailing address**

ATHENS-CLARKE COUNTY
325 E WASHINGTON ST
ATHENS GA 30601

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 9480

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $2,088.00   | $2,088.00       |

**Nonpriority amount**

$0.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.9.** **Priority creditor's name and mailing address**

BARROW COUNTY
30 N BROAD STREET
WINDER GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,750.00 | $5,750.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 5-032

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.10.** **Priority creditor's name and mailing address**

BARROW COUNTY TAX COMMISSIONER
30 N BROAD ST
WINDER GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,263.29 | $1,263.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.11.** **Priority creditor's name and mailing address**

BARROW COUNTY TAX COMMISSIONER
30 N BROAD ST
WINDER GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,299.45 | $1,299.45 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.12.** **Priority creditor's name and mailing address**

BARROW COUNTY TAX
COMMISSIONER
30 N BROAD ST
WINDER GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $17,510.32

**Priority amount** $17,510.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.13.** **Priority creditor's name and mailing address**

BARROW COUNTY TAX
COMMISSIONER
30 N BROAD ST
WINDER GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $17,263.50

**Priority amount** $17,263.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.14.** **Priority creditor's name and mailing address**

BUNCOMBE COUNTY TAX DEPT
94 COXE AVE
ASHEVILLE NC 28801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,780.25

**Priority amount** $2,780.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BUNCOMBE COUNTY TAX DEPT 94 COXE AVE ASHEVILLE NC 28801 | *Check all that apply.* | $2,557.29 | $2,557.29 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.16. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BUNCOMBE COUNTY TAX DEPT 94 COXE AVE ASHEVILLE NC 28801 | *Check all that apply.* | $17,997.02 | $17,997.02 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.17. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BUNCOMBE COUNTY TAX DEPT 94 COXE AVE ASHEVILLE NC 28801 | *Check all that apply.* | $18,184.90 | $18,184.90 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **CAFE ENTERPRISES, INC.**                                             Case number *(if known)* **18-05838**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURKE COUNTY<br>PO BOX 580150<br>CHARLOTTE NC 28258 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,480.74 | $1,480.74<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.19. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURKE COUNTY<br>PO BOX 580150<br>CHARLOTTE NC 28258 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,401.19 | $1,401.19<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2017 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURKE COUNTY<br>PO BOX 580150<br>CHARLOTTE NC 28258 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,295.22 | $9,295.22<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>REAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 2.21. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BURKE COUNTY
PO BOX 580150
CHARLOTTE NC 28258

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $9,520.71

Priority amount: $9,520.71

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.22. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CABARRUS COUNTY TAX
COLLECTOR'S OFFICE
PO BOX 580347
CHARLOTTE NC 28258

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $24,145.51

Priority amount: $24,145.51

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.23. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CABARRUS COUNTY TAX
COLLECTOR'S OFFICE
PO BOX 580347
CHARLOTTE NC 28258

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $3,019.89

Priority amount: $3,019.89

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CALDWELL COUNTY
PO BOX 2200
LENIOR NC 28645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,189.38

**Priority amount** $1,189.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.25. **Priority creditor's name and mailing address**

CALDWELL COUNTY
PO BOX 2201
LENIOR NC 28646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,187.95

**Priority amount** $1,187.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.26. **Priority creditor's name and mailing address**

CALDWELL COUNTY
PO BOX 2202
LENIOR NC 28647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8,807.40

**Priority amount** $8,807.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

| 2.27. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALDWELL COUNTY
PO BOX 2203
LENIOR NC 28648

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,049.60

$9,049.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.28. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CARTER COUNTY
801 ELK AVE
ELIZABETHTON TN 37643

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,063.00

$1,063.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.29. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CARTER COUNTY
802 ELK AVE
ELIZABETHTON TN 37644

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,127.00

$14,127.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  **CAFE ENTERPRISES, INC.**                              Case number *(if known)* **18-05838**

---

**2.30.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CHARLESTON COUNTY
PO BOX 100242
COLUMBIA SC 29202

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $2,705.54 | $2,705.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.31.** **Priority creditor's name and mailing address**

CHARLESTON COUNTY
PO BOX 100243
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $39,293.41 | $39,293.41 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.32.** **Priority creditor's name and mailing address**

CHATHAM COUNTY TAX
COMMISSIONER
PO BOX 117037
ATLANTA GA 30368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $2,179.59 | $2,179.59 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

| 2.33. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.33.**

**Priority creditor's name and mailing address**

CHATHAM COUNTY TAX COMMISSIONER
PO BOX 117038
ATLANTA GA 30369

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $11,228.56 | $11,228.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.34.**

**Priority creditor's name and mailing address**

CHEROKEE COUNTY TAX COLLECTOR
110 RAILROAD AVE
GAFFENY SC 29340

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $16,494.38 | $16,494.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.35.**

**Priority creditor's name and mailing address**

CHEROKEE COUNTY TAX COLLECTOR
110 RAILROAD AVE
GAFFENY SC 29340

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $16,494.38 | $16,494.38 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

| 2.36. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CHEROKEE COUNTY TAX COLLECTOR<br>110 RAILROAD AVE<br>GAFFENY SC 29340 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,194.83 | $19,194.83 |

**Date or dates debt was incurred**

2016

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Nonpriority amount**

$0.00

---

| 2.37. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CHESTERFILED COUNTY TREASURER<br>PO BOX 750<br>CHESTERFIELD SC 29709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,082.72 | $3,082.72 |

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Nonpriority amount**

$0.00

---

| 2.38. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CHESTERFILED COUNTY TREASURER<br>PO BOX 751<br>CHESTERFIELD SC 29710 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,451.67 | $32,451.67 |

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Nonpriority amount**

$0.00

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CITY OF AIKEN
PO BOX 2458
AIKEN SC 29802

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $540.45
Priority amount: $540.45

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.40. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CITY OF AIKEN
PO BOX 2459
AIKEN SC 29803

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $8,175.26
Priority amount: $8,175.26

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.41. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CITY OF BLAIRSVILLE
PO BOX 307
BLAIRSVILLE GA 30514

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $995.19
Priority amount: $995.19

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                                   Case number *(if known)* **18-05838**

**2.42.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

| | **Priority creditor's name and mailing address** | | |
|---|---|---|---|
| | CITY OF BLAIRSVILLE<br>PO BOX 307<br>BLAIRSVILLE GA 30514 | | |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $3,200.00 | $3,200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Basis for the claim:**

ALCOHOL LICENSE

**Last 4 digits of account number:** 7857

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.43.** **Priority creditor's name and mailing address**

CITY OF BRISTOL
PO BOX 1348
BRISTOL TN 37621

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $877.00 | $877.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.44.** **Priority creditor's name and mailing address**

CITY OF BRISTOL
PO BOX 1348
BRISTOL TN 37621

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $877.00 | $877.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CITY OF BRISTOL
PO BOX 1348
BRISTOL TN 37621

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,078.00 | $14,078.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.46. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CITY OF BRISTOL
PO BOX 1348
BRISTOL TN 37621

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,078.00 | $14,078.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.47. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CITY OF BRISTOL
PO BOX 1348
BRISTOL TN 37621

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$934.00 | $934.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | | | |
|---|---|---|---|---|
| 2.48. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | CITY OF BRISTOL PO BOX 1348 BRISTOL TN 37621 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $934.00 | $934.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | | | | |
|---|---|---|---|---|
| 2.49. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | CITY OF BRISTOL PO BOX 1348 BRISTOL TN 37621 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Basis for the claim:**

ALCOHOL LICENSE

**Last 4 digits of account number:** 185

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | | | | |
|---|---|---|---|---|
| 2.50. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | CITY OF ELIZABETHTON 136 S SYCAMORE ST ELIZABETHTON TN 37643 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $771.00 | $771.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.51.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.51.**

**Priority creditor's name and mailing address**

CITY OF ELIZABETHTON
137 S SYCAMORE ST
ELIZABETHTON TN 37644

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10,230.00 | $10,230.00 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.52.**

**Priority creditor's name and mailing address**

CITY OF HENDERSONVILLE
PO BOX 603068
CHARLOTTE NC 28260

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,969.41 | $1,969.41 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.53.**

**Priority creditor's name and mailing address**

CITY OF JASPER
200 BURNT MOUNTAIN ROAD
JASPER GA 30143

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 388

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

BUSINESS LICENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.54. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.54.**

**Priority creditor's name and mailing address**

CITY OF KINGSPORT
225 W CENTER ST
KINGSPORT TN 37660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$956.99

**Priority amount**
$956.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.55.**

**Priority creditor's name and mailing address**

CITY OF KINGSPORT
225 W CENTER ST
KINGSPORT TN 37660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$956.99

**Priority amount**
$956.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2017

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.56.**

**Priority creditor's name and mailing address**

CITY OF KINGSPORT
225 W CENTER ST
KINGSPORT TN 37660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$11,191.14

**Priority amount**
$11,191.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| | | | | |
|---|---|---|---|---|
| 2.57. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | CITY OF KINGSPORT<br>225 W CENTER ST<br>KINGSPORT TN 37660 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,191.14 | $11,191.14<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2017 | **Basis for the claim:**<br>REAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.58. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | CITY OF LENOIR<br>PO BOX 958<br>LENOIR NC 28645 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,111.03 | $1,111.03<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.59. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | CITY OF LENOIR<br>PO BOX 959<br>LENOIR NC 28646 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,080.00 | $1,080.00<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2017 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

**2.60.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.60.**

**Priority creditor's name and mailing address**

CITY OF LENOIR
PO BOX 960
LENOIR NC 28647

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| $8,227.23 | $8,227.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.61.**

**Priority creditor's name and mailing address**

CITY OF LENOIR
PO BOX 961
LENOIR NC 28648

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| $8,227.23 | $8,227.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.62.**

**Priority creditor's name and mailing address**

CITY OF MARION
CLAUDIA HILL
PO DRAWER 700
MARION NC 28752

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| $1,032.75 | $1,032.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.63.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

*Check all that apply.*

CITY OF MARION
CLAUDIA HILL
PO DRAWER 701
MARION NC 28753

Total claim: $3,362.43
Priority amount: $3,362.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.64.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

*Check all that apply.*

CITY OF MORGANTON
PO BOX 3448
MORGANTON NC 28680

Total claim: $1,068.54
Priority amount: $1,068.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.65.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

*Check all that apply.*

CITY OF MORGANTON
PO BOX 3448
MORGANTON NC 28680

Total claim: $1,068.54
Priority amount: $1,068.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                                                Case number *(if known)* **18-05838**

| 2.66. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

CITY OF MORGANTON
PO BOX 3448
MORGANTON NC 28680

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $7,207.40
Priority amount: $7,207.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.67. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

CITY OF MORGANTON
PO BOX 3448
MORGANTON NC 28680

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $7,207.40
Priority amount: $7,207.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.68. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

CITY OF ROCKINGHAM
514 ROCKINGHAM RD
ROCKINGHAM NC 28379

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $1,102.92
Priority amount: $1,102.92

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.69. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.69.** **Priority creditor's name and mailing address**

CITY OF ROCKINGHAM
514 ROCKINGHAM RD
ROCKINGHAM NC 28379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,902.43 | $4,902.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.70.** **Priority creditor's name and mailing address**

CLARKE COUNTY TAX COMMISSIONER
PO BOX 1768
ATHENS GA 30603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,236.16 | $2,236.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.71.** **Priority creditor's name and mailing address**

CLARKE COUNTY TAX COMMISSIONER
PO BOX 1769
ATHENS GA 30604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $23,936.58 | $23,936.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 2.72. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CLARKE COUNTY TAX COMMISSIONER<br>PO BOX 1770<br>ATHENS GA 30605 | *Check all that apply.* | $27,677.06 | $27,677.06 |

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

---

| 2.73. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CLEVELAND COUNTY TAX COLLECTOR<br>PO BOX 760<br>SHELBY NC 28151 | *Check all that apply.* | $2,845.28 | $2,845.28 |

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

---

| 2.74. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CLEVELAND COUNTY TAX COLLECTOR<br>PO BOX 760<br>SHELBY NC 28151 | *Check all that apply.* | $2,779.47 | $2,779.47 |

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**2.75.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CLEVELAND COUNTY TAX COLLECTOR
PO BOX 760
SHELBY NC 28151

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim** $15,535.06

**Priority amount** $15,535.06

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.76.** **Priority creditor's name and mailing address**

CLEVELAND COUNTY TAX COLLECTOR
PO BOX 760
SHELBY NC 28151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim** $15,218.74

**Priority amount** $15,218.74

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.77.** **Priority creditor's name and mailing address**

COLUMBIA COUNTY TAX
COMMISSIONER
PO BOX 3030
EVANS GA 30809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim** $1,459.79

**Priority amount** $1,459.79

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 2.78. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

COLUMBIA COUNTY TAX
COMMISSIONER
PO BOX 3030
EVANS GA 30809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim** $16,481.27

**Priority amount** $16,481.27

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.79.   **Priority creditor's name and mailing address**

COUNTY TREASURER (GB&S)
PO BOX 100501
FLORENCE SC 29502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim** $20,421.95

**Priority amount** $20,421.95

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.80.   **Priority creditor's name and mailing address**

COUNTY TREASURER (GB&S)
PO BOX 100501
FLORENCE SC 29502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim** $20,421.95

**Priority amount** $20,421.95

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 2.81. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COUNTY TREASURER (GB&S)
PO BOX 100501
FLORENCE SC 29502

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $20,466.36
Priority amount: $20,466.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2016

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.82. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

FLORENCE COUNTY
PO BOX 100501
FLORENCE SC 29501

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,656.37
Priority amount: $2,656.37

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.83. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

FLORENCE COUNTY
PO BOX 100501
FLORENCE SC 29501

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,984.23
Priority amount: $2,984.23

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 2.84. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 3782

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim**   $200.00

**Priority amount**   $200.00

**Nonpriority amount**

$0.00

---

2.85.   **Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 2663

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim**   $200.00

**Priority amount**   $200.00

**Nonpriority amount**

$0.00

---

2.86.   **Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 9610

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim**   $200.00

**Priority amount**   $200.00

**Nonpriority amount**

$0.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

| 2.87. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 7857

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.88.   **Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 7325

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.89.   **Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $179,371.78 | $179,371.78 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017-2018

**Last 4 digits of account number:** 8777

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

2.90. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

GASTON COUNTY
PO BOX 580326
CHARLOTTE NC 28258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $11,904.37
**Priority amount** $11,904.37

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.91. **Priority creditor's name and mailing address**

GREENE COUNTY
204 N CUTLER ST
SUITE 216
GREENEVILLE TN 37745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $684.00
**Priority amount** $684.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.92. **Priority creditor's name and mailing address**

GREENE COUNTY
204 N CUTLER ST
SUITE 216
GREENEVILLE TN 37745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $642.00
**Priority amount** $642.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2017

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 2.93. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.93.**

**Priority creditor's name and mailing address**

GREENE COUNTY
204 N CUTLER ST
SUITE 216
GREENEVILLE TN 37745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,037.00 | $7,037.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.94.**

**Priority creditor's name and mailing address**

GREENE COUNTY
204 N CUTLER ST
SUITE 216
GREENEVILLE TN 37745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,267.00 | $7,267.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.95.**

**Priority creditor's name and mailing address**

GREENVILLE COUNTY
301 UNIVERSITY RIDGE
GREENVILLE SC 29601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,350.77 | $4,350.77 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                   Case number *(if known)* **18-05838**

---

2.96.   **Priority creditor's name and mailing address**

GREENVILLE COUNTY
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $9,419.63 | $9,419.63 |

**Nonpriority amount**

$0.00

---

2.97.   **Priority creditor's name and mailing address**

GREENVILLE COUNTY
301 UNIVERSITY RIDGE
GREENVILLE SC 29601

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,350.77 | $4,350.77 |

**Nonpriority amount**

$0.00

---

2.98.   **Priority creditor's name and mailing address**

GREENWOOD COUNTY
528 MONUMENT ST R-101
GREENWOOD SC 29646

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,265.66 | $4,265.66 |

**Nonpriority amount**

$0.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

| 2.99. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

GREENWOOD COUNTY
528 MONUMENT ST R-101
GREENWOOD SC 29646

Total claim $4,290.66 — Priority amount $4,290.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.100. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GREENWOOD COUNTY
528 MONUMENT ST R-101
GREENWOOD SC 29646

**As of the petition filing date, the claim is:**
*Check all that apply.*

Total claim $49,337.77 — Priority amount $49,337.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.101. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GUILFORD COUNTY TAX DEPARTMENT
PO BOX 71072
CHARLOTTE NC 28272

**As of the petition filing date, the claim is:**
*Check all that apply.*

Total claim $83.22 — Priority amount $83.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

---

| 2.102. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.102.  **Priority creditor's name and mailing address**

GUILFORD COUNTY TAX DEPARTMENT
PO BOX 71073
CHARLOTTE NC 28273

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $15,536.76 | $15,536.76 |

**Nonpriority amount**

$0.00

---

2.103.  **Priority creditor's name and mailing address**

HENDERSON COUNTY TAX COLLECTOR
200 NORTH GROVE STREET
HENDERSONVILLE NC 28792

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,270.84 | $2,270.84 |

**Nonpriority amount**

$0.00

---

2.104.  **Priority creditor's name and mailing address**

HORRY COUNTY TREASURER
PO BOX 1828
CONWAY SC 29528

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,033.36 | $2,033.36 |

**Nonpriority amount**

$0.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.105. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.105.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $15,757.88 | **Priority amount** $15,757.88

HORRY COUNTY TREASURER
PO BOX 1829
CONWAY SC 29529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.106.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $2,046.22 | **Priority amount** $2,046.22

HOUSTON COUNTY TAX
COMMISSIONER
PO BOX 7799
WARNER ROBINS GA 31095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.107.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $11,179.18 | **Priority amount** $11,179.18

HOUSTON COUNTY TAX
COMMISSIONER
PO BOX 7800
WARNER ROBINS GA 31096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                                   Case number *(if known)* **18-05838**

| 2.108. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.108.** **Priority creditor's name and mailing address**

JACKIE W. WILLIAMS COUNTY TREASURER
PO BOX 1267
GAFFENY SC 29342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $2,925.77

**Priority amount**  $2,925.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.109.** **Priority creditor's name and mailing address**

JACKIE W. WILLIAMS COUNTY TREASURER
PO BOX 1267
GAFFENY SC 29342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,063.76

**Priority amount**  $3,063.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.110.** **Priority creditor's name and mailing address**

KERSHAW COUNTY TREASURER
PO BOX 622
CAMDEN SC 29021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,888.48

**Priority amount**  $3,888.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**2.111.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KERSHAW COUNTY TREASURER
PO BOX 623
CAMDEN SC 29022

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,888.48
Priority amount: $3,888.48

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.112.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KERSHAW COUNTY TREASURER
PO BOX 624
CAMDEN SC 29023

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $29,106.62
Priority amount: $29,106.62

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.113.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KERSHAW COUNTY TREASURER
PO BOX 625
CAMDEN SC 29024

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $29,106.62
Priority amount: $29,106.62

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**2.114.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LAURENS COUNTY
22725 HWY 76E
CLINTON SC 29325

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,131.47
Priority amount: $4,131.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.115.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LAURENS COUNTY
22726 HWY 76E
CLINTON SC 29326

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,131.47
Priority amount: $4,131.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2017

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.116.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LAURENS COUNTY
22727 HWY 76E
CLINTON SC 29327

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $27,899.22
Priority amount: $27,899.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.117.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

**2.117.** **Priority creditor's name and mailing address**

LAURENS COUNTY
22728 HWY 76E
CLINTON SC 29328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $27,899.22

**Priority amount**  $27,899.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.118.** **Priority creditor's name and mailing address**

LEXINGTON COUNTY TREASURER
212 SOUTH LAKE DR
LEXINGTON SC 29072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $16,082.12

**Priority amount**  $16,082.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.119.** **Priority creditor's name and mailing address**

LEXINGTON COUNTY TREASURER
212 SOUTH LAKE DR
LEXINGTON SC 29072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $16,082.12

**Priority amount**  $16,082.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                                                 Case number *(if known)* **18-05838**

| 2.120. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LINCOLN COUNTY<br>PO BOX 938<br>LINCOLNTON NC 28093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,650.77 | $2,650.77<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.121. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LINCOLN COUNTY<br>PO BOX 938<br>LINCOLNTON NC 28093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,827.45 | $2,827.45<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2017 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.122. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LINCOLN COUNTY<br>PO BOX 938<br>LINCOLNTON NC 28093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,048.40 | $15,048.40<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>REAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

**2.123.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

LINCOLN COUNTY
PO BOX 938
LINCOLNTON NC 28093

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $15,048.40
Priority amount: $15,048.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.124.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MACON COUNTY TAX COLLECTOR
PO BOX 71059
CHAROLTTE NC 28272

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,985.93
Priority amount: $1,985.93

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.125.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MACON COUNTY TAX COLLECTOR
PO BOX 71060
CHAROLTTE NC 28273

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,016.26
Priority amount: $1,016.26

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

**2.126.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MACON COUNTY TAX COLLECTOR
PO BOX 71061
CHAROLTTE NC 28274

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,093.23
Priority amount: $5,093.23

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.127.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MACON COUNTY TAX COLLECTOR
PO BOX 71062
CHAROLTTE NC 28275

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,233.30
Priority amount: $5,233.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.128.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MCDOWELL COUNTY TAX COLLECTOR
60 E COURT ST
MARION NC 28752

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,158.59
Priority amount: $1,158.59

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.129.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MCDOWELL COUNTY TAX COLLECTOR
61 E COURT ST
MARION NC 28753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,033.74

**Priority amount** $4,033.74

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.130.**

**Priority creditor's name and mailing address**

NC DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $143,433.22

**Priority amount** $143,433.22

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
2017-2018

**Basis for the claim:**
SALES & USE TAX

**Last 4 digits of account number:** 4946

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.131.**

**Priority creditor's name and mailing address**

OCONEE COUNTY
PO BOX 718
WEST UNION SC 29696

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,265.60

**Priority amount** $2,265.60

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.132. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.132.** **Priority creditor's name and mailing address**

OCONEE COUNTY
PO BOX 718
WEST UNION SC 29696

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,380.75 | $2,380.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.133.** **Priority creditor's name and mailing address**

OCONEE COUNTY
PO BOX 718
WEST UNION SC 29696.

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,562.69 | $2,562.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.134.** **Priority creditor's name and mailing address**

OCONEE COUNTY
PO BOX 718
WEST UNION SC 29696

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,562.69 | $2,562.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                              Case number *(if known)* **18-05838**

| | | | | |
|---|---|---|---|---|
| **2.135.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $4,812.04 | **Priority amount** $4,812.04 |

**2.135.**

**Priority creditor's name and mailing address**

ORANGEBURG COUNTY TREASURER
PO BOX 9000
ORANGEBURG SC 29116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $4,812.04 | $4,812.04 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.136.**

**Priority creditor's name and mailing address**

ORANGEBURG COUNTY TREASURER
PO BOX 9000
ORANGEBURG SC 29116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $5,030.77 | $5,030.77 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.137.**

**Priority creditor's name and mailing address**

ORANGEBURG COUNTY TREASURER
PO BOX 9000
ORANGEBURG SC 29116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $25,536.90 | $25,536.90 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.138. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**2.138.** Priority creditor's name and mailing address

OREN L BRADY, SPARTANBURG
COUNTY TREASURER
PO BOX 100260
COLUMBIA SC 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $2,987.89

**Priority amount**   $2,987.89

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.139.** Priority creditor's name and mailing address

OREN L BRADY, SPARTANBURG
COUNTY TREASURER
PO BOX 100260
COLUMBIA SC 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $28,578.78

**Priority amount**   $28,578.78

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.140.** Priority creditor's name and mailing address

OREN L BRADY, SPARTANBURG
COUNTY TREASURER
PO BOX 100260
COLUMBIA SC 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $2,266.20

**Priority amount**   $2,266.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

| 2.141. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.141.

**Priority creditor's name and mailing address**

OREN L BRADY, SPARTANBURG
COUNTY TREASURER
PO BOX 100260
COLUMBIA SC 29202

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $43,621.26

**Priority amount** $43,621.26

**Nonpriority amount** $0.00

---

2.142.

**Priority creditor's name and mailing address**

PICKENS COUNTY
222 MCDANIEL AVE B-15
PICKENS SC 29671

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $2,110.53

**Priority amount** $2,110.53

**Nonpriority amount** $0.00

---

2.143.

**Priority creditor's name and mailing address**

PICKENS COUNTY
222 MCDANIEL AVE B-15
PICKENS SC 29671

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $2,569.27

**Priority amount** $2,569.27

**Nonpriority amount** $0.00

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.144.** **Priority creditor's name and mailing address**

PICKENS COUNTY
1266 E CHURCH ST
SUITE 112
JASPER GA 30143

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,428.41 | $2,428.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.145.** **Priority creditor's name and mailing address**

PICKENS COUNTY
1267 E CHURCH ST
SUITE 113
JASPER GA 30144

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $17,137.08 | $17,137.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.146.** **Priority creditor's name and mailing address**

PICKENS COUNTY
1268 E CHURCH ST
SUITE 114
JASPER GA 30145

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $17,137.08 | $17,137.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor  **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**2.147.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |

**2.147.**

**Priority creditor's name and mailing address**

PICKENS ENVIROMENTAL HEALTH
1266 E CHURCH STREET
JASPER GA 30143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Basis for the claim:**

HEALTH PERMIT

**Last 4 digits of account number:** NA

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.148.**

**Priority creditor's name and mailing address**

PULASKI COUNTY
52 W MAIN ST
SUITE 200
PULASKI VA 24301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,480.73 | $7,480.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.149.**

**Priority creditor's name and mailing address**

PULASKI COUNTY
52 W MAIN ST
SUITE 200
PULASKI VA 24301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $6,114.71 | $6,114.71 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

| 2.150. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|--------|--------|--------|--------|--------|

PULASKI COUNTY
52 W MAIN ST
SUITE 200
PULASKI VA 24301

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,472.24
Priority amount: $6,472.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.151. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|--------|--------|--------|--------|--------|

PULASKI COUNTY
52 W MAIN ST
SUITE 200
PULASKI VA 24301

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $8,490.64
Priority amount: $8,490.64

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.152. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|--------|--------|--------|--------|--------|

RICHLAND COUNTY
PO BOX 8028
COLUMBIA SC 29202

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,375.22
Priority amount: $4,375.22

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

| 2.153. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RICHLAND COUNTY
PO BOX 8028
COLUMBIA SC 29202

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,375.22
Priority amount: $4,375.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.154. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RICHLAND COUNTY
PO BOX 8028
COLUMBIA SC 29202

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,457.05
Priority amount: $6,457.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RICHLAND COUNTY
PO BOX 8028
COLUMBIA SC 29202

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,457.05
Priority amount: $6,457.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

**2.156.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RICHLAND COUNTY TREASURER
PO BOX 8028
COLUMBIA SC 29202

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,187.49
Priority amount: $4,187.49

Nonpriority amount
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.157.** | **Priority creditor's name and mailing address**

RICHMOND COUNTY TAX COLLECTOR
PO BOX 1070
CHARLOTTE NC 28201

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,907.14
Priority amount: $1,907.14

Nonpriority amount
$0.00

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.158.** | **Priority creditor's name and mailing address**

RICHMOND COUNTY TAX COLLECTOR
PO BOX 1070
CHARLOTTE NC 28201

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,906.12
Priority amount: $1,906.12

Nonpriority amount
$0.00

**Date or dates debt was incurred**
2017

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

| 2.159. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.159.** **Priority creditor's name and mailing address**

RICHMOND COUNTY TAX COLLECTOR
PO BOX 1070
CHARLOTTE NC 28201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8,598.61

**Priority amount** $8,598.61

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
REAL PROPERTY TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.160.** **Priority creditor's name and mailing address**

RICHMOND COUNTY TAX COLLECTOR
PO BOX 1070
CHARLOTTE NC 28201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8,412.23

**Priority amount** $8,412.23

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
REAL PROPERTY TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.161.** **Priority creditor's name and mailing address**

RUTHERFORD COUNTY
PO BOX 143
RUTHERFORDTON NC 28139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,086.80

**Priority amount** $2,086.80

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

**2.162.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

RUTHERFORD COUNTY
PO BOX 143
RUTHERFORDTON NC 28139

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $2,200.58 | $2,200.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.163.** **Priority creditor's name and mailing address**

RUTHERFORD COUNTY
PO BOX 143
RUTHERFORDTON NC 28139

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $8,681.17 | $8,681.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.164.** **Priority creditor's name and mailing address**

RUTHERFORD COUNTY
PO BOX 143
RUTHERFORDTON NC 28139

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $8,919.90 | $8,919.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

| 2.165. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SCDOR-BEVERAGE LICENSING ABL SECTION COLUMBIA SC 29214 | *Check all that apply.* | $2,305.00 | $2,305.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 6347

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.166. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SCDOR-BEVERAGE LICENSING ABL SECTION COLUMBIA SC 29214 | *Check all that apply.* | $3,050.00 | $3,050.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 6347

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.167. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SCDOR-BEVERAGE LICENSING ABL SECTION COLUMBIA SC 29214 | *Check all that apply.* | $2,305.00 | $2,305.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 6356

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

| 2.168. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.168.**

**Priority creditor's name and mailing address**

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,050.00 | $3,050.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number: 6356**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.169.**

**Priority creditor's name and mailing address**

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,050.00 | $3,050.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number: 3510**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.170.**

**Priority creditor's name and mailing address**

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,305.00 | $2,305.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number: 6346**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.171.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $3,050.00 | $3,050.00

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

☐ Contingent
☐ Unliquidated                                             **Nonpriority amount**
☐ Disputed
                                                           $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

11/2018                                   ALCOHOL LICENSE

**Last 4 digits of account number:** 6346      **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)      ☐ Yes

---

**2.172.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $3,050.00 | $3,050.00

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

☐ Contingent
☐ Unliquidated                                             **Nonpriority amount**
☐ Disputed
                                                           $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

11/2018                                   ALCOHOL LICENSE

**Last 4 digits of account number:** 6352      **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)      ☐ Yes

---

**2.173.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $2,305.00 | $2,305.00

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

☐ Contingent
☐ Unliquidated                                             **Nonpriority amount**
☐ Disputed
                                                           $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

11/2018                                   ALCOHOL LICENSE

**Last 4 digits of account number:** 6681      **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)      ☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

| 2.174. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,050.00

**Priority amount** $3,050.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
11/2018

**Basis for the claim:**
ALCOHOL LICENSE

**Last 4 digits of account number:** 6681

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.175. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,305.00

**Priority amount** $2,305.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
11/2018

**Basis for the claim:**
ALCOHOL LICENSE

**Last 4 digits of account number:** 6348

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.176. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,050.00

**Priority amount** $3,050.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
11/2018

**Basis for the claim:**
ALCOHOL LICENSE

**Last 4 digits of account number:** 6348

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

**2.177.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 6342

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $3,050.00
Priority amount: $3,050.00

**Nonpriority amount**
$0.00

---

**2.178.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SCDOR-BEVERAGE LICENSING
ABL SECTION
COLUMBIA SC 29214

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/2018

**Last 4 digits of account number:** 6363

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

ALCOHOL LICENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $2,305.00
Priority amount: $2,305.00

**Nonpriority amount**
$0.00

---

**2.179.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SPARTANBURG COUNTY TAX COLLECTOR
PO BOX 3060
SPARTANBURG SC 29304

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $4,579.99
Priority amount: $4,579.99

**Nonpriority amount**
$0.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 2.180. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SPARTANBURG COUNTY TAX COLLECTOR
PO BOX 3060
SPARTANBURG SC 29304

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $28,578.78

Priority amount: $28,578.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(8)

---

| 2.181. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SULLIVAN COUNTY
PO BOX 550
BLOUNTVILLE TN 37617

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,035.00

Priority amount: $1,035.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(8)

---

| 2.182. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SULLIVAN COUNTY
PO BOX 550
BLOUNTVILLE TN 37617

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,035.00

Priority amount: $1,035.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 2.183. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SULLIVAN COUNTY
PO BOX 550
BLOUNTVILLE TN 37617

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $15,381.00

**Priority amount**    $15,381.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.184. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SULLIVAN COUNTY
PO BOX 550
BLOUNTVILLE TN 37617

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $15,381.00

**Priority amount**    $15,381.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.185. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SULLIVAN COUNTY
3528 HIGHWAY 126
SUITE 101
BLOUNTVILLE TN 37617

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,236.00

**Priority amount**    $1,236.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

2.186. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SULLIVAN COUNTY<br>3528 HIGHWAY 126<br>SUITE 101<br>BLOUNTVILLE TN 37617 | *Check all that apply.* | $1,236.00 | $1,236.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.187. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SULLIVAN COUNTY<br>3528 HIGHWAY 126<br>SUITE 101<br>BLOUNTVILLE TN 37617 | *Check all that apply.* | $14,449.00 | $14,449.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.188. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SULLIVAN COUNTY<br>3528 HIGHWAY 126<br>SUITE 101<br>BLOUNTVILLE TN 37617 | *Check all that apply.* | $14,449.00 | $14,449.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

**2.189.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.189.** | **Priority creditor's name and mailing address**

TOWN OF FRANKLIN
PO BOX 1479
FRANKLIN NC 28744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $739.60 | $739.60 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.190.** | **Priority creditor's name and mailing address**

TOWN OF FRANKLIN
PO BOX 1480
FRANKLIN NC 28745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $686.34 | $686.34 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.191.** | **Priority creditor's name and mailing address**

TOWN OF FRANKLIN
PO BOX 1481
FRANKLIN NC 28746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $3,963.90 | $3,963.90 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

**2.192.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TOWN OF FRANKLIN
PO BOX 1482
FRANKLIN NC 28747

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $3,468.42

Priority amount: $3,468.42

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.193.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TOWN OF GREENEVILLE
200 N COLLEGE ST
GREENEVILLE TN 37745

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $803.00

Priority amount: $803.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.194.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TOWN OF GREENEVILLE
200 N COLLEGE ST
GREENEVILLE TN 37745

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $807.00

Priority amount: $807.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.195.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $8,260.00 | $8,260.00

TOWN OF GREENEVILLE
200 N COLLEGE ST
GREENEVILLE TN 37745

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**
2018                                              REAL PROPERTY TAXES

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                  ☒ No
**Specify Code subsection of PRIORITY             ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.196.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $9,140.00 | $9,140.00

TOWN OF GREENEVILLE
200 N COLLEGE ST
GREENEVILLE TN 37745

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**
2017                                              REAL PROPERTY TAXES

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                  ☒ No
**Specify Code subsection of PRIORITY             ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.197.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $100.00 | $100.00

TOWN OF GREENEVILLE
200 N COLLEGE STREET
GREENEVILLE TN 37745

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**
11/2018                                           ALCOHOL LICENSE

**Last 4 digits of account number:** 181          **Is the claim subject to offset?**
                                                  ☒ No
**Specify Code subsection of PRIORITY             ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 2.198. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | UNION COUNTY TAX COMMISSIONER<br>65 COURTHOUSE ST<br>SUITE 3<br>BLAIRSVILLE GA 30512 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $998.73 | $998.73<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.199. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | UNION COUNTY TAX COMMISSIONER<br>65 COURTHOUSE ST<br>SUITE 3<br>BLAIRSVILLE GA 30512 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,055.47 | $1,055.47<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2017 | **Basis for the claim:**<br>PERSONAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.200. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | UNION COUNTY TAX COMMISSIONER<br>65 COURTHOUSE ST<br>SUITE 3<br>BLAIRSVILLE GA 30512 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,987.92 | $8,987.92<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>2018 | **Basis for the claim:**<br>REAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor   **CAFE ENTERPRISES, INC.**                                             Case number *(if known)* **18-05838**

---

| 2.201. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | YORK COUNTY TREASURER<br>PO BOX 116<br>YORK SC 29745 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,523.70 | $3,523.70<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

2018

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.202. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | YORK COUNTY TREASURER<br>PO BOX 116<br>YORK SC 29745 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,523.70 | $3,523.70<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

2017

**Basis for the claim:**

PERSONAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.203. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | YORK COUNTY TREASURER<br>PO BOX 116<br>YORK SC 29745 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,816.30 | $29,816.30<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

2018

**Basis for the claim:**

REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.204. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | YORK COUNTY TREASURER<br>PO BOX 116<br>YORK SC 29745 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,816.30 | $29,816.30<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

REAL PROPERTY TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors
with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.1.    **Nonpriority creditor's name and mailing address**

1 CALL PLUMBING
7407 REEDY CREEK RD
CHARLOTTE NC 28215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$466.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2.    **Nonpriority creditor's name and mailing address**

3 DIMENSIONS LAWN CARE
251 PLEASANT VALLEY ROAD
CHERAW SC 29520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,050.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.3.    **Nonpriority creditor's name and mailing address**

511 SPONSORSHIP GEORGIA, LLC
420 S HILL ST
BUFORD GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                       Case number *(if known)* **18-05838**

| 3.4. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A BETTER CLEAN
PO BOX 632
CLYDE NC 28721

$4,160.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A LOCKSMITH
2756 MORGANTON BLVD SW
LENIOR NC 28645

$303.17

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A ROOTER KING, INC
PO BOX 6235
ASHEVILLE NC 28816-6235

$300.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

A.D.W. INC
334-B WINGO HEIGHTS RD
SPARTANBURG SC 29301

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$530.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AAA APPLIANCE CARE
5644 SAXON AVE
UNIT 5
N CHARLESTON SC 29406

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$335.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AAA SIGN COMPANY, INC
PO BOX 211410
AUGUSTA GA 30917

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$377.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AB BACKFLOW, LLC
PO BOX 1966
CANDLER NC 28715

☐ Contingent
☐ Unliquidated
☐ Disputed

$66.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABINGDON SNOW REMOVAL
1117 COLUMBIA ROAD
BRISTOL TN 37620

☐ Contingent
☐ Unliquidated
☐ Disputed

$750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABSOLUTE SIGN WORKS
1737-B POWDERSVILLE ROAD
EASLEY SC 29642

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,794.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCESS POINT
PO BOX 382828
PITTSBURGH PA 15251-8828

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,103.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACE REFRIGERATION SERVICE
104 BLUEBIRD LANE
BLUE RIDGE GA 30513

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,857.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS OUTDOOR ADVERTISING
PO BOX 809140
CHICAGO IL 60680-9140

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,406.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| **3.16.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | ADP, INC PO BOX 842875 BOSTON MA 02284-2875 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,442.80 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| **3.17.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | ADVANCED RESTAURANT SERVICES P O BOX 595 SWANNANOA NC 28778 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $62,095.49 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| **3.18.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | AFFORDABLE DRAIN CLEANING&PLUMBING 50 HICKORY DR BRISTOL VA 24201 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,830.00 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

**3.19.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

AFFORDABLE PLUMBING SOLUTIONS, INC
216 TIMBER RIDGE DR
WARNER ROBINS GA 31088

☐ Contingent
☐ Unliquidated
☐ Disputed

$278.00

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.20.**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

AFFORDABLE SERVICES
391 WEST PALMER ST
FRANKLIN NC 28734

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,718.89

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.21.**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

AIKEN CHAMBER OF COMMERCE
PO BOX 892
AIKEN SC 29802

☐ Contingent
☐ Unliquidated
☐ Disputed

$455.50

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 76 of 347

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.22.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

AIR SERVICES & REFRIGERATION SPECIALTIES, INC
PO BOX 14651
SAVANNAH GA 31416

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

$242.50

---

**3.23.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ALAN GRAGG
996 SUNRISE CIR. NE
LENOIR NC 28645

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

$860.99

---

**3.24.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ALETHA, WASHINGTON
136 MEGAN LANE
LEXINGTON SC 29073

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 3.25. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALEXANDER, KENNETH<br>245 STRASBURG DR<br>SIMPSONVILLE SC 29681 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,688.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OP PAYOUT BALANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALL AMERICAN PLUMBING<br>124 WILLIAMS RD<br>AUBURN GA 30011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $625.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALL SEASON LAWN AND MORE<br>399 BROYLES LANE<br>BRISTOL TN 37620 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

**3.28.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ALPHA MEDIA
1900 PINEVIEW DRIVE
COLUMBIA SC 29209

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,509.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.29.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

ALPINE ELECTRIC SERVICE
523 SENECA DRIVE
CAMDEN SC 29020

☐ Contingent
☐ Unliquidated
☐ Disputed

$130.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.30.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

ALTERNATIVE SOLUTIONS FLOOR CLEANING
SERVICE
19 MEYER FARM RD
ARNOLDSVILLE GA 30619

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,504.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**3.31.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

**Nonpriority creditor's name and mailing address**

AM WHKP 1450
1450 7TH AVE EAST
HENDERSONVILLE NC 28792

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$154.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.32.**

**Nonpriority creditor's name and mailing address**

AMBIANCE RADIO
79 E DAILY DRIVE
STE 263
CAMARILLO CA 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,985.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.33.**

**Nonpriority creditor's name and mailing address**

AMJ LEASING, LLC
PO BOX 41602
PHILADELPHIA PA 19101-1602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$77.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.34. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMPLIFII
2005 NEWPOINT PARKWAY #100
LAWRENCEVILLE GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,228.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AN EXTREAM CLEAN
140 STATE AVE
SUITE 101
CLAYTON NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

$387.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDERSON AREA CHAMBER
907 N MAIN STREET
SUITE 200
ANDERSON SC 29621

☐ Contingent
☐ Unliquidated
☐ Disputed

$765.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.37. | **Nonpriority creditor's name and mailing address**

ANDERSON COUNTY SEWER
PO BOX 13666
ANDERSON SC 29624

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$399.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.38. | **Nonpriority creditor's name and mailing address**

ANDERSON PLUMBING & IRRIGATION, INC
PO BOX 748
HARTSVILLE SC 29550

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$287.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.39. | **Nonpriority creditor's name and mailing address**

APPALACHIAN ELECTRONICS
726 DOVER AVENUE
APPALACHIAN ELECTRONICS
MT. CARMEL TN 37645

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,269.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

---

3.40.  **Nonpriority creditor's name and mailing address**

APPALACHIAN POWER
PO BOX 24414
CANTON OH 44701-4414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $9,616.39 |

---

3.41.  **Nonpriority creditor's name and mailing address**

ARAMARK
AUS CENTRAL LOCKBOX
PO BOX 731676
DALLAS TX 75373-1676

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $44,786.26 |

---

3.42.  **Nonpriority creditor's name and mailing address**

AROUND THE CLOCK EQUIPMENT SERVICE
8334 ARROWRIDGE BLVD-STE D
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $575.00 |

---

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

AROUND THE CLOCK PLUMBING SER, INC
125 COTTONWOOD DRIVE
SENECA SC 29678

☐ Contingent
☐ Unliquidated
☐ Disputed

$426.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ARP'S CLEANING SERVICES
257 WEST VIEW DRIVE
BLUE RIDGE GA 30513

☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ARRINGTON, JACOB
325 JOCKEY CLUB DR
ATHENS GA 30605

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AUTO LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARROW EXTERMINATORS
108 BLUE RIDGE HIGHWAY
SUITE D
BLAIRSVILLE GA 30512

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ART FOWLER
123 VENUS WAY
BONAIRE GA 31005

☐ Contingent
☐ Unliquidated
☐ Disputed

$290.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHEVILLE AREA CHAMBER
PO BOX 1010
ASHEVILLE NC 28802

☐ Contingent
☐ Unliquidated
☐ Disputed

$656.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHEVILLE FIRE PROTECTION CO., INC
PO BOX 6798
ASHEVILLE NC 28816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$474.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASPIRE FIRE SPRINKLER, INC
PO BOX 1310
ELGIN SC 29045

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,906.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT&T
ATTN: REGIONAL SUMMARY BILL
PO BOX 105320
ATLANTA GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,062.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| 3.52. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT&T
PO BOX 105262
ATLANTA GA 30348-5262

☐ Contingent
☐ Unliquidated
☐ Disputed

$221.68

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.53. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATC COOLING & HEATING
120 BROOKFIELD LANE
KINGSPORT TN 37663

☐ Contingent
☐ Unliquidated
☐ Disputed

$685.23

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.54. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATHENS CLARKE COUNTY FINANCE DEPT
PO BOX 16869
ATLANTA GA 30321-0869

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,738.45

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

---

3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ATMOS ENERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,899.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ATMOS,
PO BOX 790311
ST LOUIS MO 63179

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AUTO LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

AUGUST PRODUCE, INC
PO BOX 961
HIGHLANDS NC 28741

☐ Contingent
☐ Unliquidated
☐ Disputed

$92.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.58.  **Nonpriority creditor's name and mailing address**

AUGUSTA CARPET CLEANING
PO BOX 14622
AUGUSTA GA 30919

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$7,850.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.59.  **Nonpriority creditor's name and mailing address**

AUTHORIZED COMMERCIAL EQUIP
PO BOX 602739
CHARLOTTE NC 28260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$351.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.60.  **Nonpriority creditor's name and mailing address**

AUTOMATIC FIRE SYSTEMS OF AUGUSTA
3326 MIKE PADGETT HWY
AUGUSTA GA 30906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$556.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVERY HEATING & AIR CONDITIONING
PO BOX 1418
NEWLAND NC 28657

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,506.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

B AND T SAND COMPANY INC
715 BARRIER LN
LEXINGTON SC 29073

☐ Contingent

☐ Unliquidated

☐ Disputed

$124,601.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

B BROTHERS
1035 S BATESVILLE RD
GREER SC 29650

☐ Contingent

☐ Unliquidated

☐ Disputed

$4,164.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.64.    **Nonpriority creditor's name and mailing address**

BAGAT, INC
PO BOX 292148
KETTERING OH 45429

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $103.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.65.    **Nonpriority creditor's name and mailing address**

BAILEY, GEORGE R JR.
125 JETT FOREST CT NW
ATLANTA GA 30327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $101,841.96 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.66.    **Nonpriority creditor's name and mailing address**

BALLENTINE EQUIPMENT
PO BOX 476
GREENVILLE SC 29601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $20,645.53 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.67.**   **Nonpriority creditor's name and mailing address**

BARNETT FAMILY TRUST
16869 ENCINO HILLS DRIVE
ENCINO CA 91436

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.68.**   **Nonpriority creditor's name and mailing address**

BARNETT FAMILY TRUST
NATALIE BARNETT
16869 ENCINO HILLS DRIVE
ENCINO CA 91436

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$38,000.00

---

**3.69.**   **Nonpriority creditor's name and mailing address**

BARNETT,BILL
11908 DARLINGTON AVE
PH 2
LOS ANGELES CA 90049

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$0.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BBI METRICS
17304 PRESTON ROAD
SUITE 430
DALLAS TX 75252

$1,641.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BB'S SERVICES
2204 HWY 14
SIMPSONVILLE SC 29681

$1,725.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BDO USA, LLP
PO BOX 642743
PITTSBURGH PA 15264-2743

$12,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BECKS PLUMBING
311 MORROW STREET
GREER SC 29650

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,110.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENEFIT STREET PARTNERS, AS AGENT
SERGE KOZMIN
50 KENNEDY PLAZA
18TH FLOOR
PROVIDENCE RI 02903

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,578,362.34

**Date or dates debt was incurred**

MARCH 21, 2014

**Last 4 digits of account number:**

**Basis for the claim:**

SENIOR SUBORDINATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENFIELD MECHANICAL SER. INC
PO BOX 3365
HICKORY NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

$265.17

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BENJAMIN FRANKLIN PLUMBING
3307 NEW EASLEY HEY
GREENVILLE SC 29611

☐ Contingent
☐ Unliquidated
☐ Disputed

$407.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BENJAMIN FRANKLINPLUMBING
PO BOX 427
SOUTHERN PINES NC 28388

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,799.81

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BENNETT'S FIRE EXTINGUISHER
716 E. WASHINGTON ST EXT
ROCKINGHAM NC 28379

☐ Contingent
☐ Unliquidated
☐ Disputed

$32.03

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                       Case number *(if known)* **18-05838**

**3.79.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BETHLEHEM LOCK AND KEY
PO BOX 637
BETHLEHEM GA 30620

$106.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

**3.80.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BEVERAGE SOUTH
265 METROPOLITAN DRIVE
WEST COLUMBIA SC 29170

$14.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

**3.81.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BFPE
PO BOX 791045
BALTIMORE MD 21279-1045

$1,766.31

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BIRCH COMMUNICATIONS
PO BOX 791371
BALTIMORE MD 21279-1371

☐ Contingent
☐ Unliquidated
☐ Disputed

$234.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACK BOX
17304 PRESTON ROAD
SUITE 430
DALLAS TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,450.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACKBURN, SKYLLAR G
1902 EVANS MILL RD
CHESTERFIELD SC 29709

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AUTO LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

3.85.  **Nonpriority creditor's name and mailing address**

BLAKLEY, SHELBY Y
416 E WASHINGTON STREET E
ROCKINGHAM NC 28379

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.86.  **Nonpriority creditor's name and mailing address**

BLUE OUTDOOR
419 PARK AVENUE SOUT, SUITE 605
NEW YORK NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,400.00

---

3.87.  **Nonpriority creditor's name and mailing address**

BLUE RIDGE ELECTRIC COOPERATIV
PO BOX 277
PICKENS SC 29671

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,247.02

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLUE RIDGE MOUNTAIN EMC
PO BOX 9
YOUNG HARRIS GA 30582-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$9,974.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOARD OF PUBLIC WORKS
PO BOX 64
GAFFNEY SC 29342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$6,650.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOOKER, RONNIE
163 B HIDDEN HILL RD
SPARTANBURG SC 29301

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.91.  **Nonpriority creditor's name and mailing address**

BOON ADMINISTRATIVE SERVICES, INC
PO BOX 671227
DALLAS TX 75267-1227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$13,308.81

---

3.92.  **Nonpriority creditor's name and mailing address**

BORDER STATES
PO BOX 603585
CHARLOTTE NC 28260-3585

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$476.18

---

3.93.  **Nonpriority creditor's name and mailing address**

BRAD'S LAWN MAINTENANCE
P.O. BOX 671
ANDERSON SC 29622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **CAFE ENTERPRISES, INC.**                                       Case number *(if known)* **18-05838**

---

3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BRAD'S LAWN MAINTENANCE
PO BOX 671
ANDERSON SC 29622

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.95. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRI-DARRA
PO BOX 1733
CONWAY SC 29528

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.96. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRISCALL ELECTRIC
PO BOX 8128
GRAY TN 37615

☐ Contingent
☐ Unliquidated
☐ Disputed

$492.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                                    Case number *(if known)* **18-05838**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRISTOL BROADCASTING COMPANY, INC
PO BOX 1389
BRISTOL VA 24203

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    TRADE PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☒ No

☐ Yes

$7,619.40

---

| 3.98. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRISTOL TN-VIRGINIA CHAMBER
PO BOX 519
BRISTOL VA 24203

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    TRADE PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☒ No

☐ Yes

$359.00

---

| 3.99. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRITTINGHAM PLUMBING CO., INC
1912-A CENTRAL AVE
AUGUSTA GA 30904

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    TRADE PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☒ No

☐ Yes

$550.00

Debtor   **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROOKS & MALONE PLUMBING CONTRACTORS
3260 ASHEVILLE HWY
GREENEVILLE TN 37743

☐ Contingent
☐ Unliquidated
☐ Disputed

$327.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROOKS ELECTRIC LLC
1018 HWY 246 N
GREENWOOD SC 29649

☐ Contingent
☐ Unliquidated
☐ Disputed

$230.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROTHER AIR AND HEATING INC
1320 EAST MAIN ST
ROCK HILL SC 29730

☐ Contingent
☐ Unliquidated
☐ Disputed

$89.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BROWNS CLEANING SERVICE
PO BOX 1733
AUGUSTA GA 30903

☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BRYAN ROBERTSON
211 SEAGRAVES DR
ATHENS GA 30605

☐ Contingent
☐ Unliquidated
☐ Disputed

$603.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BTES
PO BOX 549
BRISTOL TN 37621-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,989.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BUCHANAN'S MAINTENANCE & WINDO
2131 WOODRUFF ROAD
SUITE 2100 BOX 112
GREENVILLE SC 29607-5959

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BUCKNER PLUMBING, INC
1240 US HWY 70 WEST
MARION NC 28752

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,496.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.108.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BUDDYS HARWARE
210 N BROAD ST
CLINTON SC 29325

☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                         Case number *(if known)* **18-05838**

**3.109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.109.** **Nonpriority creditor's name and mailing address**

BUFFINGTON, CHRIS W
2557 CAMREY COURT
LAWRENCEVILLE GA 30044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.110.** **Nonpriority creditor's name and mailing address**

BULLARD, TYLER M
2433 TROUTMAN CIR
CONWAY SC 29526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.111.** **Nonpriority creditor's name and mailing address**

BULLDOG RESTORATION
6210 TREVOR WAY
YOUNG HARRIS GA 30582

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$900.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                          Case number *(if known)* **18-05838**

---

**3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BURNS LANDSCAPING SERVICES
661 COOLEY ROAD
GRAY COURT SC 29645

☐ Contingent
☐ Unliquidated
☐ Disputed

$645.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.113.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BUZZELL PLUMBING, HEATING & AIR
4811 RUSSELL PARKWAY
WARNER ROBINS GA 31088

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,013.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.114.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

C&N BIOLOGIC SOLUTIONS
137 ARROWOOD LANDING
BLAIRSVILLE GA 30512

☐ Contingent
☐ Unliquidated
☐ Disputed

$450.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

C.E. HOLT REFRIGERATION
3316 GIBBON ROAD
CHARLOTTE NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,876.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.116.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CALDWELL COUNTY CHAMBER
1909 HICKORY BLVD. SW
LENOIR NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CALDWELL RESTAURANT EQUIPMENT
2702 NORWOOD ST. SW
LENOIR NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

$313.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

CALVIN ELMORE
804 EAST MAINT ST
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$625.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.119. **Nonpriority creditor's name and mailing address**

CAMDEN MEDIA CO.
PO BOX 1137
CAMDEN SC 29020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.120. **Nonpriority creditor's name and mailing address**

CAMDEN PLUMBING CO, INC
2417 HAILE STREET
CAMDEN SC 29020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$621.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

**3.121.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**

*Check all that apply.*

CARAWAY FIRE & SAFETY
4310 AUGUSTA ROAD
LEXINGTON SC 29073

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,348.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.122.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**

*Check all that apply.*

CARLAND SIGNS AND LIGHTING LLC
PO BOX 852
LANCASTER SC 29721

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,785.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.123.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**

*Check all that apply.*

CAROLINA BEER COMPANY
PO BOX 938
ANDERSON SC 29622

☐ Contingent
☐ Unliquidated
☐ Disputed

$192.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                     Case number *(if known)* **18-05838**

---

**3.124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CAROLINA CHILD CARE PROPERTIES
RANDY DAVIS
887 JOHNNIE DODDS BLVD
STE 208
MT. PLEASANT SC 29464

$110,385.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.125.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CAROLINA CHILD CARE PROPERTIES, LLC
ATTN: DENNIS E. DREW, MGR.
887 JOHNNIE DODDS BLVD., STE. 208
MOUNT PLEASANT SC 29464

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.126.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CAROLINA CUTLERY SERVICE INC.
PO BOX 7106
CHARLOTTE NC 28241

$28.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.127.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CAROLINA ELITE PLUMBING
2524 TIMBERWOOD LANE
LENOIR NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

$223.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.128.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CAROLINA FIRE SAFETY
PO BOX 2134
IRMO SC 29063

☐ Contingent
☐ Unliquidated
☐ Disputed

$900.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.129.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CAROLINA HEADWEAR, LLC
3124B BOLING SPRINGS RD
BOILING SPRINGS SC 29316

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,360.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.130.   **Nonpriority creditor's name and mailing address**

CAROLINA KITCHENS INC
901 HIGHWAY 348
LORIS SC 29569

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,638.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.131.   **Nonpriority creditor's name and mailing address**

CAROLINA PRO
PO BOX 1152
VALDESE NC 28690

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,620.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.132.   **Nonpriority creditor's name and mailing address**

CAROLINA R.C.S
105 PORT ROYAL DRIVE
GREENVILLE SC 29615

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,195.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.133.   **Nonpriority creditor's name and mailing address**

CAROLINA SIGNS
3302 S NEW HOPE ROAD
SUITE 300-B
GASTONIA NC 28056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.134.   **Nonpriority creditor's name and mailing address**

CAROLINA SOUND COMMUNICATIONS
PO BOX 890711
CHARLOTTE NC 28289-0711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$465.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.135.   **Nonpriority creditor's name and mailing address**

CAROLINA STITCHES, INC
103 CLAY STREET
CLINTON SC 29325

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$24.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 3.136. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.136.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Amount of claim**

CAROLINA UNDER PRESSURE
141 CEDAR DRIVE NW
CONCORD NC 28025

☐ Contingent

☐ Unliquidated

☐ Disputed

$825.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.137.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Amount of claim**

CAROLINA WINDOW WORKS
14 TYRE LANE
TAYLORS SC 29687

☐ Contingent

☐ Unliquidated

☐ Disputed

$350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.138.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Amount of claim**

CARROLL CO CIRCUIT COURT
PO BOX 218
HILLSVILLE VA 24343-0218

☐ Contingent

☐ Unliquidated

☐ Disputed

$7.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.139.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARTER COUNTY CHAMBER OF COMMERCE
500 VETERANS MEMORIAL PKWY
ELIZABETHTON TN 37644

$350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

**3.140.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARTRIDGE WORLD
1735 W STATE OF FRANKLIN RD
SUITE 9
JOHNSON CITY TN 37604

$164.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

**3.141.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARTRIDGE ZONE
329 NEW LEICESTER HWY
ASHEVILLE NC 28806

$113.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.142.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CASCOSIGNS INC
PO BOX 1349
CONCORD NC 28026

☐ Contingent
☐ Unliquidated
☐ Disputed

**$203.90**

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.143.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CASPER'S BODY AND LOCKSMITH SHOP LLC
402 WEST DEPOT STREET
GREENEVILLE TN 37743

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,195.00**

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.144.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CATER'S FOOD SERVICE EQUIPMENT
174 LONGVIEW DRIVE
JEFFERSON GA 30549

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,354.51**

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CAULDER PLUMBING CO
829 MILL ST
CAMDEN SC 29020

$95.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.146.** **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **Amount of claim**

CDG REAL ESTATE TENNESSEE LLC
GUO CHENG
9763 SCOTCH PINE DR
SPRINGBORO OH 45066

$22,313.61

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     LANDLORD CLAIM

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.147.** **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **Amount of claim**

CDW COMPUTER SERVICES, INC.
PO BOX 75723
CHICAGO IL 60675-5723

$2,423.64

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CEIL-BRITE
JOHN M WEATHERS DBA CEILBRITE
590 BABB ROAD
TOWNVILLE SC 29689

☐ Contingent
☐ Unliquidated
☐ Disputed

$619.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.149.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CENTER CAROLINA SPRINKLER COMPANY, INC
PO BOX 602
LINCOLNTON NC 28093-0602

☐ Contingent
☐ Unliquidated
☐ Disputed

$275.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.150.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CENTURYLINK
PO BOX 1319
CHARLOTTE NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

$194.67

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

3.151.   **Nonpriority creditor's name and mailing address**

CGD REALESTATE TENNESSEE LLC
9763 SCOTCH PINE DR
SPRINGBORO OH 45066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $9,549.79 |

---

3.152.   **Nonpriority creditor's name and mailing address**

CHADWICK, HAYLEY N
550 OSCAR PRICE RD
LEXINGTON SC 29073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.153.   **Nonpriority creditor's name and mailing address**

CHANDLER SCHLUTOW
175 MEADOW CREEK LANE
ATHENS GA 30605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $104.52 |

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CHANIN GILBERT
WARNER ROBINS
13 LANWICK CT
POOLER GA 31322

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$172.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.155.** **Nonpriority creditor's name and mailing address**

CHAPMAN PLUMBING
1679 WILLISTON HWY
BEECH ISLAND SC 29842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,523.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.156.** **Nonpriority creditor's name and mailing address**

CHAPPELLS MAINTENANCE
PO BOX 702
NEWBERRY SC 29108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,512.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CHARLES A MARTIN
3755 MT. TABOR ROAD
BLACKSBURG VA 24060

☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.158.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHARLESTON WATER SYSTEM
PO BOX 568
CHARLESTON SC 29402-0568

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,096.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.159.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHARTER COMMUNICATIONS
PO BOX 742600
CINCINNATI OH 45274-2600

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,165.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CHATTANOOGA FIRE PROTECTION
PO BOX 948
CHATTANOOGA TN 37401

$512.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.161.** **Nonpriority creditor's name and mailing address**

CHEADLE SIGNWORKS
134 JOHNSTON BLVD
ASHEVILLE NC 28806

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$1,312.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.162.** **Nonpriority creditor's name and mailing address**

CHEROKEE COUNTY TREASURER
PO BOX 1267
GAFFNEY SC 29342

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.163.   **Nonpriority creditor's name and mailing address**

CHESTERFIELD COUNTY RURAL WATER CO
PO BOX 270
CHESTERFIELD SC 29709-0270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$108.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.164.   **Nonpriority creditor's name and mailing address**

CINDY BROWN
515 S MCKEE ST
GREENEVILLE TN 37743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$33.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.165.   **Nonpriority creditor's name and mailing address**

CINTAS
PO BOX 633173
CINCINNATI OH 45263-3173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$43,075.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.166.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CIT
21146 NETWORK PLACE
CHICAGO IL 60673-1211

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.167.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CIT
21146 NETWORK PLACE
CHICAGO IL 60673-1211

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$37,221.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.168.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY GASTONIA
PO BOX 580068
CHARLOTTE NC 28258-0068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,900.19

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

**3.169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF AIKEN
PO BOX 1608
AIKEN SC 29802

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,927.41

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.170.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF ASHEVILLE
PO BOX 7148
ASHEVILLE NC 28802

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.171.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF BLAIRSVILLE
PO BOX 307
BLAIRSVILLE GA 30514

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,012.67

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 126 of 347

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.172.**

**Nonpriority creditor's name and mailing address**

CITY OF BRISTOL TN
FINANCE DEPT
PO BOX 1348
BRISTOL TN 37621-1348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$761.42

---

**3.173.**

**Nonpriority creditor's name and mailing address**

CITY OF CAMDEN
PO BOX 7002
CAMDEN SC 29021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$16,804.06

---

**3.174.**

**Nonpriority creditor's name and mailing address**

CITY OF CHARLOTTE
PO BOX 1316
CHAROLTTE NC 28201-1316

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$694.46

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| | CITY OF CLINTON<br>PO DRAWER 748<br>CLINTON SC 29325 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,057.71 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| | CITY OF COLUMBIA<br>PO BOX 7997<br>COLUMBIA SC 29202-7997 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,132.27 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| | CITY OF CONWAY<br>PO BOX 1507<br>CONWAY SC 29528-1507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,874.04 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF ELIZABETHTON, TN
ATTN: DAVID ORNDUFF
136 S SYCAMORE STREET
ELIZABETHTON TN 37643-3300

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,757.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF FLORENCE
324 W EVANS ST
FLORENCE SC 29501

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,892.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF GREENSBORO
PO BOX 1170
GREENSBORO NC 27402-1170

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,163.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

**3.181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CITY OF HENDERSONVILLE
PO BOX 603068
CHARLOTTE NC 28260-3068

$150.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

**3.182.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CITY OF JASPER
200 BURNT MOUNTAIN RD
JASPER GA 30143

$680.72

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

**3.183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CITY OF KINGSPORT
225 WEST CENTER ST
KINGSPORT TN 37660-4237

$3,081.89

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                          Case number *(if known)* **18-05838**

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CITY OF LENOIR
PO BOX 958
LENOIR NC 28645-0958

☐ Contingent
☐ Unliquidated
☐ Disputed

$360.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.185.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CITY OF LINCOLNTON
PO BOX 617
LINCOLNTON NC 28093-0617

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,390.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.186.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CITY OF MARION
PO DRAWER 700
MARION NC 28752

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,085.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

**3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CITY OF MORGANTON | | $5,527.92
| PO BOX 3448 | ☐ Contingent |
| MORGANTON NC 28680-3448 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.188.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CITY OF POOLER POLICE DEPARTMENT | | $500.00
| 100 US HIGHWAY 80 SW | ☐ Contingent |
| POOLER GA 31322 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.189.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CITY OF ROCK HILL | | $6,851.24
| PO BOX 63039 | ☐ Contingent |
| CHAROLTTE NC 28263-3039 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.190.   **Nonpriority creditor's name and mailing address**

CITY OF ROCKINGHAM
514 ROCKINGHAM ROAD
ROCKINGHAM NC 28379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,136.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.191.   **Nonpriority creditor's name and mailing address**

CITY OF SHELBY
PO BOX 207
SHELBY NC 28151-0207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,844.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.192.   **Nonpriority creditor's name and mailing address**

CITY OF SPARTANBURG FALSE ALARM
PO BOX 602829
CHARLOTTE NC 28260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,610.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

**3.193.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CITY OF TOCCOA
PO BOX 1010
TOCCOA GA 30577-1010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,652.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.194.** **Nonpriority creditor's name and mailing address**

CITY OF WINDER
PO BOX 568
WINDER GA 30680

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,882.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.195.** **Nonpriority creditor's name and mailing address**

CITYSCAPE ROOFING COMPANY INC
4260 EAST NC HWY 10
CLAREMONT NC 28610

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$562.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.196.**

**Nonpriority creditor's name and mailing address**

CK PARTS
PO BOX 2082
WEST COLUMBIA SC 29171

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,380.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.197.**

**Nonpriority creditor's name and mailing address**

CLASSIC HITS 102.7
222 COMMERCE STREET
KINGSPORT TN 37660

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,606.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.198.**

**Nonpriority creditor's name and mailing address**

CLAYTON SIGN WORKS, INC
PO BOX 778
LINCOLNTON NC 28093

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,475.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.199.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLAYTON TILE
PO BOX 6151
GREENVILLE SC 29606

☐ Contingent
☐ Unliquidated
☐ Disputed

$872.43

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.200.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLEAN CUTS
161 EDWARDS RD
RUTHERFORDTON NC 28139

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.201.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLEMSON UNIVERSITY ATHLETIC DE
C/O LEARFIELD COMMUNICATIONS
PO BOX 843256
KANSAS CITY MO 64184-3256

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,853.38

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.202. **Nonpriority creditor's name and mailing address**

CLERK OF COURT
PO BOX 1557
CAMDEN SC 29021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$533.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.203. **Nonpriority creditor's name and mailing address**

CLERK OF COURT
PO BOX 777
PICKENS SC 29671

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.204. **Nonpriority creditor's name and mailing address**

CLERK OF COURT - GREENWOOD
528 MONUMENT STREET ROOM 103
GREENWOOD SC 29646

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$129.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLERK OF COURT GAFFNEY
P.O. DRAWER 2289
GAFFNEY SC 29342

☐ Contingent
☐ Unliquidated
☐ Disputed

$102.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.206.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLERK OF COURT-ANDERSON
PO BOX 8002
ANDERSON SC 29622

☐ Contingent
☐ Unliquidated
☐ Disputed

$53.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.207.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLERK OF COURT-WALHALLA
PO BOX 678
WALHALLA SC 29691

☐ Contingent
☐ Unliquidated
☐ Disputed

$276.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

**3.208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CLEVELAND COUNTY CHAMBER
200 S. LAFAYETTE STREET
P.O. BOX 879
SHELBY NC 28151

☐ Contingent
☐ Unliquidated
☐ Disputed

$324.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.209.** **Nonpriority creditor's name and mailing address**

CLINTON-NEWBERRY NATURAL GAS
AUTHORITY-
PO BOX 511
CLINTON SC 29325

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,825.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.210.** **Nonpriority creditor's name and mailing address**

COASTAL HEATING AND AIR
10 BRYCE INDUSTRIAL DRIVE
GARDEN CITY GA 31405

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$474.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.211.** **Nonpriority creditor's name and mailing address**

CODY JONES
618 SCOUT CABIN ROAD
KERSHAW SC 29067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$2,115.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.212.** **Nonpriority creditor's name and mailing address**

COLUMBIA COUNTY WATER AND SEWER
PO BOX 960
GROVETOWN GA 30813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$710.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.213.** **Nonpriority creditor's name and mailing address**

COMBINED UTILITY SYSTEM
PO BOX 619
EASLEY SC 29641-0619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$5,283.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

**3.214.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

COMCAST
PO BOX 3001
SOUTHEASTERN PA 19398-3001

$410.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.215.** **Nonpriority creditor's name and mailing address**

COMCAST SPOTLIGHT
PO BOX 409558
ATLANTA GA 30384-9558

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,607.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.216.** **Nonpriority creditor's name and mailing address**

COMFORT INN
1550 E MAINT STREET
LINCOLNTON NC 28092

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$253.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COMMCO INC
1615 MONTAGUE AVE EXT
GREENWOOD SC 29649

☐ Contingent
☐ Unliquidated
☐ Disputed

$67.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.218. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COMMERCIAL LIGHTING
PO BOX 270651
TAMPA FL 33688

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,957.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.219. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COMMISSION OF PUBLIC WORKS - G
PO BOX 160
GREER SC 29652-0160

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,702.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMISSION OF PUBLIC WORKS-GWD
PO BOX 549
GREENWOOD SC 29648

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,155.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMUNITY BROADCASTERS, LLC
PO BOX 6344
FLORENCE SC 29501

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,490.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CONTEC EQUIPMENT SERVICE
612 FOREST LANE
ROCK HILL SC 29730

☐ Contingent
☐ Unliquidated
☐ Disputed

$646.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                       Case number *(if known)* **18-05838**

---

3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CONWAY AREA OF CHAMBERS
PO BOX 831
CONWAY SC 29528

☐ Contingent
☐ Unliquidated
☐ Disputed

$281.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COOL CARE HEATING & AIR
PO BOX 6764
COLUMBIA SC 29260

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COOPER MECHANICAL SERVICES, INC
PO BOX 1331
MRYTLE BEACH SC 29578

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,125.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                               Case number *(if known)* **18-05838**

---

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COX & SON ROOFING,INC
17 COX LANE
HAYESVILLE NC 28904

☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.227.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COZZINI BROS., INC
350 HOWARD AVE
DES PLAINES IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

$911.06

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.228.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRAFTY BEER GUYS
11959 RAMAH CHURCH RD
HUNTERSVILLE NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

$972.77

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.229.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CRANFORD'S PLUMBING SERVICE
PO BOX 828
CONCORD NC 28025

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$114.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.230.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CREATIVE SIGN SERVICE, INC
ONE FREEDOM SQUARE
LAUREL MS 39440-3367

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.231.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CREEKPOINTE
1200 WOODRUFF RD
SUITE A-19
GREENVILLE SC 29607

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$18,254.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

3.232.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   **Amount of claim**
*Check all that apply.*

CROOKS PLUMBING                                                                  $135.00
120 NORTH RETREAT RD.                        ☐ Contingent
WESTMINSTER SC 29693
                                             ☐ Unliquidated

                                             ☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                             ☒ No

                                             ☐ Yes

3.233.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   **Amount of claim**
*Check all that apply.*

CULBERTSON ENTERPRISES INC                                                       $2,400.00
2435 EAST NORTH ST                           ☐ Contingent
#346
GREENVILLE SC 29615                          ☐ Unliquidated

                                             ☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                             ☒ No

                                             ☐ Yes

3.234.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   **Amount of claim**
*Check all that apply.*

CUMBEES ULTIMATE CLEANING SERVICES                                               $2,290.00
PO BOX 210422                                ☐ Contingent
COLUMBIA SC 29221
                                             ☐ Unliquidated

                                             ☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                             ☒ No

                                             ☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                           Case number *(if known)* **18-05838**

---

3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

CUMULUS MEDIA
3658 MOMENTUM PLACE
CHICAGO IL 60689-5336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,049.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.236. **Nonpriority creditor's name and mailing address**

CUMULUS TRI CITIES
3658 MOMENTUM PLACE
CHICAGO IL 60689-5336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,712.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.237. **Nonpriority creditor's name and mailing address**

CUMULUS-COLUMBIA, SC WOMG-FM
3663 MOMENTUM PLACE
CHICAGO IL 60689-5336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,445.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.238.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CYCLONE TOUCHDOWN CLUB
PO BOX 1762
ELIZABETHTON TN 7643

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.239.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D&L INCORPORATED
221 PALMETTO ROAD
DARLINGTON SC 29532

☐ Contingent
☐ Unliquidated
☐ Disputed

$160.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.240.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DAISY OUTDOOR ADVERTISING CO.
PO BOX 882
GAFFNEY SC 29342

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D'ANGELO PLUMBING
PO BOX 10036
WARNER ROBINS GA 31095

☐ Contingent
☐ Unliquidated
☐ Disputed

$297.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.242.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DANI RODDEY
4505 MEADOWOOD RD
COLUMBIA SC 29206

☐ Contingent
☐ Unliquidated
☐ Disputed

$83.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.243.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DATA SOURCE
PO BOX 660919
DALLAS TX 75266-0919

☐ Contingent
☐ Unliquidated
☐ Disputed

$63,052.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**3.244.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

DAVIDS LAWN MAINTENANCE
118 TODD CIRCLE
SIMPSONVILLE SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.245.** **Nonpriority creditor's name and mailing address**

DAVIS LANDSCAPING COMPANY LLC
PO BOX 130609
BIRMINGHAM AL 35213-0609

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$450.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.246.** **Nonpriority creditor's name and mailing address**

DAVIS WHITTLE
211 SEAGRAVES DR
ATHENS GA 30605

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$79.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DEATON MECHANICAL<br>PO BOX 80066<br>ATHENS GA 30608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $247.95 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

| 3.248. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DEDMOND ELEETRIC, INC<br>527 BELWOOD LAWNDALE RD<br>LAWNDALE NC 28090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $841.11 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

| 3.249. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DEFINITION 6<br>PO BOX 105328<br>ATLANTA GA 30348-5328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $761.86 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

Debtor   **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

---

3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DELUXE BUSINESS FORMS
PO BOX 742572
CINCINNATI OH 45274-2572

☐ Contingent

☐ Unliquidated

☐ Disputed

$118.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DEMITRI'S GOURMET MIXES
PO BOX 84123
SEATTLE WA 98124

☐ Contingent

☐ Unliquidated

☐ Disputed

$677.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DENTON LAWN & LANDSCAPING
2222 PINEFIELD COURT
GASTONIA NC 28056

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

---

| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPT. OF PUBLIC UTILITIES
CITY OF ORANGEBURG
PO BOX 1057
ORANGEBURG SC 29116-1057

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,112.60

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEREK SOARES PLUMBING , INC
255 BOYD LANE NW
INDIAN VALLEY VA 24105

☐ Contingent
☐ Unliquidated
☐ Disputed

$709.85

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DILL'S LOCKSMITH
PO BOX 50238
GREENWOOD SC 29649

☐ Contingent
☐ Unliquidated
☐ Disputed

$241.26

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

$5,092.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.257.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

DISCOVERY
PO BOX 9528
FARGO ND 58106-9528

$458.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.258.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

DISCOVERY PLACE, INC
301 N TRYON STREET
CHARLOTTE NC 28202

$6,100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

DISH NETWORK
PO BOX 94063
PALATINE IL 60094-4063

☐ Contingent
☐ Unliquidated
☐ Disputed

$227.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** **Nonpriority creditor's name and mailing address**

DIVISION OF CHILD SUPPORT ENFORCEMENT
PO BOX 570
RICHMOND VA 23218-0570

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$131.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** **Nonpriority creditor's name and mailing address**

DIXIE LOCK & SAFE, INC.
3801-E WASHINGTON ROAD
MARTINEZ GA 30907

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$152.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DLS ALARM SYSTEMS, INC | | $6,815.60
| 36 ENTERPRISE AVE | ☐ Contingent |
| AIKEN SC 29803 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | TRADE PAYABLE

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.263.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DOC MAINTENANCE INC | | $1,142.15
| 3695 CENTRE CIRCLE DR | ☐ Contingent |
| FORT MILL SC 29715 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | TRADE PAYABLE

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.264.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DR.VINYL OF THE FOOTHILLS | | $209.00
| 1065 13TH AVE PLACE NW | ☐ Contingent |
| HICKORY NC 28601 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | TRADE PAYABLE

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DRESSLER, BRUCE
HUCKS & FELKER, LLC
DANIEL K. FELKER, ESQ.
9610 TWO NOTCH RD., STE. 5
COLUMBIA SC 29223

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.266.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DRESSLER, BRUCE
596 COLDSTREAM DR
COLUMBIA SC 29212

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$52,228.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OP PAYOUT BALANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.267.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DUKE ENERGY PROGRESS
PO BOX 1003
CHARLOTTE NC 28201-1003

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,756.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

**3.268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DUKE POWER
PO BOX 70516
CHARLOTTE NC 28272-0515

☐ Contingent
☐ Unliquidated
☐ Disputed

$93,074.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DURO-LAST, INC
525 MORLEY DRIVE
SAGINAW MI 48601

☐ Contingent
☐ Unliquidated
☐ Disputed

$603.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EAGLEWOOD PROPERTIES
12222 MERIT DR
STE 1750
DALLAS TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

$138,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 159 of 347

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

**3.271.**  **Nonpriority creditor's name and mailing address**

EARTHLINK INC
PO BOX 2252
BIRMINGHAM AL 35246-1058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,495.33

---

**3.272.**  **Nonpriority creditor's name and mailing address**

EAST COAST SOLUTIONS, LLC
PO BOX 869
LONGS SC 29568

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,719.83

---

**3.273.**  **Nonpriority creditor's name and mailing address**

EAST FOREST PLAZA III LLC
COLIERS KEENAN INC
PO BOX 11610
COLUMBIA SC 29211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$50,539.01

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EAST TENNESSEE LANDSCAPING
1011 W. MAIN STREET
GREENEVILLE TN 37743

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EAST TENNESSEE SPRINKLER CO
PO BOX 6173
JOHNSON CITY TN 37602

☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ECKSTEIN SIGNS
1885 NAZARETH CHURCH RD
SPARTANBURG SC 29301

☐ Contingent
☐ Unliquidated
☐ Disputed

$950.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.277. | **Nonpriority creditor's name and mailing address**

ECMC
LOCKBOX #7096
PO BOX 16478
ST. PAUL MN 55116-0478

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.278. | **Nonpriority creditor's name and mailing address**

ECOLAB
PO BOX 32027
NEW YORK NY 10087-2027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$55,547.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.279. | **Nonpriority creditor's name and mailing address**

ECOLAB EQUIPMENT CARE
24673 NETWORK PLACE
CHICAGO IL 6673-1246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$144.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

---

| 3.280. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.280.   **Nonpriority creditor's name and mailing address**

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673-1241

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,157.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.281.   **Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIMINATION DIVISI
26252 NETWORK PLACE
CHICAGO IL 60673-1262

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,263.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.282.   **Nonpriority creditor's name and mailing address**

EDT CONSTRUCTION
35 RAILROAD ST
ARNOLDSVILLE GA 30619

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,470.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

| 3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDUARDO VALDES
2424 LEAPHART RD
LOT 1B
WEST COLUMBIA SC 29169

☐ Contingent
☐ Unliquidated
☐ Disputed

$220.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.284. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDWARDS REFRIGERATION, INC
PO BOX 1174
BENNETTSVILLE SC 29512

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,897.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.285. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELITE APPLIANCE SERVICE LLC
3045A MAYBANK HWY
JOHNS ISLAND SC 29455

☐ Contingent
☐ Unliquidated
☐ Disputed

$808.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.286.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ELIZABETHTON ELECTRIC SYSTEM
PO BOX 790
ELIZABETHTON TN 37644-0790

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,652.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.287.** **Nonpriority creditor's name and mailing address**

ELLIS REPAIR SERVICE, INC
199 JOHN B WHITE SR. BLVD
SPARTANBURG SC 29306

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$210.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.288.** **Nonpriority creditor's name and mailing address**

EM GORDON SERVICES, INC
986 GARNETT WARD RD
HULL GA 30646

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$360.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                Case number *(if known)* **18-05838**

---

**3.289.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EMEDIA GROUP INC.
PO BOX 1808
GREENVILLE SC 29602

$15,712.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.290.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EMERALD SERVICES
2670 ROFF AVENUE
MACON GA 312084422

$1,443.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.291.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EMPIRE DISTRIBUTORS
1117A LOUISVILLE RD
SAVANNAH GA 31415

$95.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.292.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EMPLOYMENT SCREENING SERVICES
PO BOX 830520
DEPT 5
BIRMINGHAM AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,760.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.293.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENECO INC
PO BOX 2531
HICKORY NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,717.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.294.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENTERCOM GREENVILLE WTPT-FM
25 GARLINGTON RD
GREENVILLE SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,390.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

**3.295.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

EPLEE & ASSOCIATES DIRECTORIES
PO BOX 27045
GREENVILLE SC 29616

☐ Contingent
☐ Unliquidated
☐ Disputed

$570.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.296.** **Nonpriority creditor's name and mailing address**

ERIC ALLERS
3818 TRENHOLM RD
COLUMBIA SC 29206

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$340.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.297.** **Nonpriority creditor's name and mailing address**

ERICA LAWS
434 WOODSWAY LANE NW
LENOIR NC 28645

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$172.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ESG UPHOLSTERY ENTERPRISES
PO BOX 876
MEADOWS OF DAN VA 24120

☐ Contingent
☐ Unliquidated
☐ Disputed

$860.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.299.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EYERETURN MARKETING LLC
110 EGLINGTON AVE EAST
SUITE 701
TORONTO ON M4P2Y1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,988.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.300.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

F N WHOLESALE LIGHTING & SUPPLY
44 KINGSTON DRIVE #116
DALEVILLE VA 24083

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,372.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 3.301. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

FAIRWAY OUTDOOR ADVERTISING
P.O. BOX 60125
CHARLOTTE NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,000.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.302. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

FAMILY SUPPORT REGISTRY
PO BOX 1800
CARROLLTON GA 30112-1800

☐ Contingent
☐ Unliquidated
☐ Disputed

$161.95

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.303. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

FASTSIGNS OF SPARTANBURG
220 E HENRY ST
SPARTANBURG SC 29306

☐ Contingent
☐ Unliquidated
☐ Disputed

$530.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

| 3.304. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.304.   **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS CORPORATION
PO BOX 371461
PITTSBURGH PA 15250-7461

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,092.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.305.   **Nonpriority creditor's name and mailing address**

FEDERAL WAGE AND LABOR LAW INSTITUTE
7001 W 43RD STREET
HOUSTON TX 77092

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$96.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.306.   **Nonpriority creditor's name and mailing address**

FERGUSON ENTERPRISES.INC
PO BOX 100286
ATLANTA GA 30384-0286

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.307.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.307.**

**Nonpriority creditor's name and mailing address**

FESCO
2315 SYCAMORE DRIVE
KNOXVILLE TN 39721-1750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$411.71

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.308.**

**Nonpriority creditor's name and mailing address**

FHS ATHLETIC BOOSTER CLUB
PO BOX 282
FRANKLIN NC 28744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,050.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.309.**

**Nonpriority creditor's name and mailing address**

FIBERNEW ROANOKE VALLEY
1885 MULHOLLAND CR
ROANOKE VA 24012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$625.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

3.310.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

FIRE CONTROL SYSTEMS                                                                        $1,045.63
11515 REAMES ROAD
CHARLOTTE NC 28269                          ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.311.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

FIRE EQUIPMENT COMPANY, INC                                                                 $322.69
PO BOX 19711
ROANOKE VA 24019                            ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.312.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

FIRE PROTECTION SERVICES, INC                                                               $748.78
5825 GLENRIDGE DRIVE
BUILDING 3 SUITE 101                        ☐ Contingent
ATLANTA GA 30328
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                     TRADE PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                       Case number *(if known)* **18-05838**

---

**3.313.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

FIRE SAFETY PRODUCTS, INC
203 DEPOT STREET
CHRISTIANSBURG VA 24073

☐ Contingent
☐ Unliquidated
☐ Disputed

$308.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.314.** **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**   **Amount of claim**
*Check all that apply.*

FIRST CLASS MAILING SOLUTIONS
PO BOX 55
HICKORY NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

$956.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.315.** **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**   **Amount of claim**
*Check all that apply.*

FISHBOWL, INC
PO BOX 740513
ATLANTA GA 30374-0513

☐ Contingent
☐ Unliquidated
☐ Disputed

$213,293.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                            Case number *(if known)* **18-05838**

---

3.316.    **Nonpriority creditor's name and mailing address**

FISHER & PHILLIPS
ROE CASSIDY COATES & PRICE, P.A.
JAMES H. CASSIDY
P.O. BOX 10529
GREENVILLE SC 29603

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.317.    **Nonpriority creditor's name and mailing address**

FISHER & PHILLIPS LLP
1075 PEACHTREE STREET, NE
SUITE 3500
ATLANTA GA 30309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35,279.50

---

3.318.    **Nonpriority creditor's name and mailing address**

FIVE STAR PLUMBING
3385 BRUSHY CREEK RD
GREER SC 29650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$225.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FLOOR PRO | ☐ Contingent | $1,500.00 |
| | 103 VERA RD | ☐ Unliquidated | |
| | LEXINGTON SC 29072 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.320. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FLORIDA STATE DISBURSEMENT | ☐ Contingent | $132.07 |
| | PO BOX 8500 | ☐ Unliquidated | |
| | TALLAHASSEE FL 32314-8500 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FLOWERS BY TAMMY | ☐ Contingent | $60.38 |
| | 515 TUSCULUM BLVD | ☐ Unliquidated | |
| | GREENEVILLE TN 37745 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FORT HILL NATURAL GAS AUTHORIT
PO BOX 189
EASLEY SC 29641

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,601.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FOUR OAKS LAWN SERVICE
235 RIVEROAK RD
INMAN SC 29349

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FRANKLIN MACHINE PRODUCTS, INC
PO BOX 781570
PHILADELPHIA PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,162.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                     Case number *(if known)* **18-05838**

---

**3.325.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FRONTIER
PO BOX 20550
ROCHESTER NY 14602-0550

☐ Contingent
☐ Unliquidated
☐ Disputed

$172.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.326.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FUNK, BEVERLY
2126 OAKLAND RD
CHARLESTON SC 29414

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.327.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GA XTREME PRESSURE CLEANING
PO BOX 738
WINTERVILLE GA 30683

☐ Contingent
☐ Unliquidated
☐ Disputed

$481.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**3.328.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| GALLOWAY CONSTRUCTION, INC | ☐ Contingent | $2,875.00
| 910 TURNER ROAD | ☐ Unliquidated |
| JASPER GA 30143 | ☐ Disputed |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE PAYABLE |
| | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.329.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| GAMBLE, PATTY | ☑ Contingent | UNDETERMINED
| 306 PENDLETON RD | ☑ Unliquidated |
| LOT 2 | ☑ Disputed |
| GREENVILLE SC 29611 | |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | PRODUCTS CLAIM |
| | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.330.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| GARCIA STUDIO, INC | ☐ Contingent | $5,476.08
| 933 FIELDER AVENUE NW | ☐ Unliquidated |
| ATLANTA GA 30318 | ☐ Disputed |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE PAYABLE |
| | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

3.331.  **Nonpriority creditor's name and mailing address**

GARCIA-VALDEZ, DEYSI J
568 PEACHTREE ROCK RD
LEXINGTON SC 29073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.332.  **Nonpriority creditor's name and mailing address**

GARY AND MARGARET SMITH
123 PECAN LANE
CAYCE SC 29033

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$19,194.43

---

3.333.  **Nonpriority creditor's name and mailing address**

GASKET GUY
PO BOX 26965
MACON GA 31221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$285.40

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.334.   **Nonpriority creditor's name and mailing address**

GASKET GUY OF CENTRAL GA
PO BOX 26965
MACON GA 31221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$685.57

---

3.335.   **Nonpriority creditor's name and mailing address**

GASKET GUY OF JACKSONVILLE/SAVANNAH
100 NAUTILUS CT
PONTE VEDRA BEACH FL 32082

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$757.48

---

3.336.   **Nonpriority creditor's name and mailing address**

GASKET GUY OF THE FOOTHILLS, LLC
PO BOX 724
HICKORY NC 28603-0724

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$608.48

---

Debtor   **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

| 3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GASS, TAMMIE
55 BALL RD
GREENEVILLE TN 37745

☐ Contingent
☐ Unliquidated
☐ Disputed

$36,661.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OP PAYOUT BALANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.338. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GASTON CHAMBER OF COMMERCE
601 W. FRANKLIN BLVD
GASTONIA NC 28052

☐ Contingent
☐ Unliquidated
☐ Disputed

$550.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.339. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GASTON HEATING & AIR CONDITIONING
PO BOX 1120
COLUMBUS NC 28722

☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.340.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GEOFFREY S STUTCHMAN AND LEEHOUANG
LEA STUCHMAN
16124 GREENWOOD LN
MONTE SERENO CA 95030

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$96,783.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.341.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GEORGIA GASKET LLC
135 STANLEY COURT SUITE 112
LAWRENCEVILLE GA 30046

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,001.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.342.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GEORGIA POWER
96 ANNEX
ATLANTA GA 30396-0001

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,972.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GERALD R. WALTERS D/B/A
JERRY'S AUTO TRIM
164 FORDTOWN RD.
ROCKINGHAM NC 28379

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.344.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GLENN PLUMBING CO, INC
481 E. WHITNER ST
ANDERSON SC 29624

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,160.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.345.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GOLDBERG KOHN
55 EAST MONROE STREET
SUITE 3300
CHICAGO IL 60603-5792

☐ Contingent
☐ Unliquidated
☐ Disputed

$41,317.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.346.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

GOODWIN & ASSOCIATES, LLC
11 SOUTH MAIN STREET
SUITE 200
CONCORD NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.347.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

GOOGLE LLC
DEPT 33654
PO BOX 39000
SAN FRANCISCO CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,675.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.348.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

GOULDS STEAM CLEANING
103 JAMESTOWN ROAD
ROCKY MOUNT VA 24151

☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**3.349.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GRAND RENTAL STATION
2215 E. ANDREW JOHNSON HIGHWAY
GREENEVILLE TN 37745

$165.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.350.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GRANT, DERRICK "ANDRE"
251 MILLER FARM RD
WESTMINSTER SC 29693

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.351.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREASEPRO
451 OLD JOHN DODD RD
BOILING SPRINGS SC 29316

$7,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

GREAT MEADOWS LLC
PO BOX 400
SPRUCE PINE NC 28777

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,937.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.353. **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

GREATER EASLEY
P.O. BOX 241
EASLEY SC 29641

☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.354. **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

GREATER FLORENCE CHAMBER
PO BOX 948
FLORENCE SC 29503

☐ Contingent
☐ Unliquidated
☐ Disputed

$729.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.355.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.355.**

**Nonpriority creditor's name and mailing address**

GREATER GREENVILLE CHAMBER OF
COMMERCE
24 CLEVELAND STREET
GREENVILLE SC 29601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$950.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.356.**

**Nonpriority creditor's name and mailing address**

GREATER IRMO CHAMBER
1235 COLUMBIA AVE
IRMO SC 29063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$395.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.357.**

**Nonpriority creditor's name and mailing address**

GREENEVILLE LIGHT & POWER SYSTEM
110 NORTH COLLEGE STREET
GREENEVILLE TN 37743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,470.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.358.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |
GREENEVILLE LIGHT AN,D POW
110 NORTH COLLEGE STREET
GREENEVILLE TN 37743

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
AUTO LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREENSKY GRAPHICS
975 16TH ST
ASTORIA OR 97103

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,625.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREENVILLE COUNTY FAMILY COURT
P.O. BOX 757
GREENVILLE SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

$691.79

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.361.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREENVILLE REFRIGERATION SERVICES, INC
426 S BUNCOMBE RD
GREER SC 29650

☐ Contingent
☐ Unliquidated
☐ Disputed

$63,723.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.362.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREENWOOD COUNTY CHILD SUPPORT
528 MONUMENT ST ROOM 103
GREENWOOD SC 29646

☐ Contingent
☐ Unliquidated
☐ Disputed

$196.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.363.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREER CITIZEN
PO BOX 5211
SPARTANBURG SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

$275.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**

Case number *(if known)* **18-05838**

---

**3.364.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

GRINNELL FIRE PROTECTION
DEPT CH 10320
PALATINE IL 60055-0320

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,617.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.365.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUILS LAWN SERVICE LLC
167 SPRINGLAKES DR
MARTINEZ GA 30907

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$903.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.366.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

H & R LANDSCAPING, INC.
129 RESERVATION DRIVE
SPINDALE NC 28160

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$297.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                               Case number *(if known)* **18-05838**

**3.367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAMILTON CHASE CITADEL LLC
828 BALLARD CANYON RD
SOLVANIA CA 93463

☐ Contingent
☐ Unliquidated
☐ Disputed

$133,065.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.368.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAMILTON CHASE-CITADEL, LLC
JAKE BARKER, ESQUIRE
225 SEVEN FARMS DR., STE. 207
CHARLESTON SC 29496

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.369.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAMMS HOOD CLEANING, LLC
PO BOX 277
BONAIRE GA 31005

☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.370.   **Nonpriority creditor's name and mailing address**

HAP SELECT
1341 W MONCKINGBIRD LANE
SUITE 700W
DALLAS TX 75247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,580.00 |

---

3.371.   **Nonpriority creditor's name and mailing address**

HARRISON LANDSCAPE MANAGEMENT, INC
PO BOX 155
WOODRUFF SC 29388

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,150.00 |

---

3.372.   **Nonpriority creditor's name and mailing address**

HAYNES AND BOONE, LLP
2505 NORTH PLANO RD, SUITE 4000
RICHARDSON TX 75082-4101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $10,625.00 |

---

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

**3.373.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.373.**

**Nonpriority creditor's name and mailing address**

HAYNES SIGN CO-BILLBOARD DIVISION
11015 TOURNAMENT BLVD
MURRELLS INLET SC 29576

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.374.**

**Nonpriority creditor's name and mailing address**

HEADRICH OUTDOOR MEDIA
BARR CREDIT SERVICES
PAMELA BIM, SR. COLLECTION SPECIALIST
5151 E BROADWAY BLVD, STE. 800
TUCSON AZ 85711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.375.**

**Nonpriority creditor's name and mailing address**

HEAVEN'S LIGHT AND BOLT
1271 WALNOT RIDGE RD
BEVARD NC 28712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$534.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.376.  **Nonpriority creditor's name and mailing address**

HENDERSON COUNTY CHAMBER
204 KANUGA ROAD
HENDERSONVILLE NC 28739

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$421.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.377.  **Nonpriority creditor's name and mailing address**

HENDERSONVILLE WATER & SEWER D
PO BOX 603068
CHARLOTTE NC 28260-3068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$488.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.378.  **Nonpriority creditor's name and mailing address**

HI-IMPACT SIGNS
1453 BELLA VISTA DR
COLUMBIA SC 29223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$518.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 3.379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.379.**  **Nonpriority creditor's name and mailing address**

HILLTOP WAY LLC
BILL MATHIAS
504 NORTHWOOD RD
LEXINGTON SC 29072

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$83,725.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.380.**  **Nonpriority creditor's name and mailing address**

HITE MECHANICAL
104 CONCORD DR
WATKINSVILLE GA 30677

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,696.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.381.**  **Nonpriority creditor's name and mailing address**

HOBART-MACON
3186 MERCER UNIVERSITY
MACON GA 31204

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,300.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

| 3.382. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.382.    **Nonpriority creditor's name and mailing address**

HOLCOMB'S OFFICE SUPPLY
PO BOX 579
WEST UNION SC 29696

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.383.    **Nonpriority creditor's name and mailing address**

HOLIDAY INN EXPRESS
1315 W. WADE HAMPTIN BLVD
GREER SC 29650

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$695.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.384.    **Nonpriority creditor's name and mailing address**

HOLSTON VALLEY BROADCASTING CORP
222 COMMERCE STREET
KINGSPORT TN 37660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,825.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                                        Case number *(if known)* **18-05838**

---

**3.385.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HOLT, ELIZABETH A
125 MANDY LN
COWPENS SC 29330

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HOMESTEADS
PO BOX 351
DENVER NC 28037

☐ Contingent
☐ Unliquidated
☐ Disputed

$480.38

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.387.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HOODS UNLIMITED
325 NEW POINT LANE
CANTON GA 30114

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,003.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORRY ELECTRIC
PO BOX 119
CONWAY SC 29528-0119

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,292.85

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.389. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOUSTON COUNTY SOCCER BOOSTERS
920 HIGHWAY 96
WARNER ROBINS GA 31088

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.390. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOYLE PLUMBING, INC
1661 S. LAFAYETTE ST.
SHELBY NC 28152

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,040.68

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.391.  **Nonpriority creditor's name and mailing address**

H-TOO-O
213 HOLLINGSHED CREEK BLVD
IRMO SC 29063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $5,100.00 |

---

3.392.  **Nonpriority creditor's name and mailing address**

HULSEY ENVIORNMENTAL SERVICES INC
6724 CLEVELAND HWY
CLERMONT GA 30527

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $375.00 |

---

3.393.  **Nonpriority creditor's name and mailing address**

I HEARTMEDIA
PO BOX 406372
ATLANTA GA 30384-6372

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $52,850.75 |

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

| 3.394. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

I.B.N. DIST, INC
23679 CALABASAS ROAD #276
CALABASAS CA 91302

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,517.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.395. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ICE SERVICES CO, LLC
707 EAST HAMPTON STREET
DARLINGTON SC 29532

☐ Contingent
☐ Unliquidated
☐ Disputed

$57.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.396. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IDEAL SERVICES SOLUTIONS
2 SHANGRILA LANE
E TUWAS NC 28729

☐ Contingent
☐ Unliquidated
☐ Disputed

$286.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

3.397.   **Nonpriority creditor's name and mailing address**

INDEED
MAIL CODE 5160
PO BOX 660367
DALLAS TX 75266-0367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $3,000.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.398.   **Nonpriority creditor's name and mailing address**

INFINITY MARKETING SOLUTIONS, INC
874 S PLEASNTBURG DRIVE SUITE A
GREENVILLE SC 29607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $388,510.39 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.399.   **Nonpriority creditor's name and mailing address**

INFINITY MARKETING, INC.
(PER SOS) ANTHONY W. WILLIAMS, REG. AGENT
874 S. PLEASANTBURG DR.
GREENVILLE SC 29607

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☒ Contingent | UNDETERMINED |
| ☒ Unliquidated | |
| ☒ Disputed | |

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| **3.400.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

INK BOY
PO BOX 211643
MARTINEZ GA 30917-1643

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$211.68

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401.** **Nonpriority creditor's name and mailing address**

INSITE MEDIACOM 2, LLC
150 NW 70TH AVE
SUITE A
PLANTATION FL 33317

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,879.61

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.402.** **Nonpriority creditor's name and mailing address**

INTERGRATED BEHAVIORAL HEALTH
3070 BRISTOL ST
SUITE 350
COSTA MESA CA 92626

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,125.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

3.403. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

**Nonpriority creditor's name and mailing address**

ISOM ELECTRIC
3300 SUITE D N MAIN ST
ANDERSON SC 29621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.404. **Nonpriority creditor's name and mailing address**

ISOM ELECTRIC
3300 SUITE D N. MAIN STREET
ANDERSON SC 29621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,223.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.405. **Nonpriority creditor's name and mailing address**

J AND E PRESSUREWASHING
230 SWALLOW LAKE DRIVE
NORTH AUGUSTA SC 29841

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$425.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

**3.406.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| J T ANDERSON | | $725.00
| PO BOX 37 | ☐ Contingent |
| CLINTON SC 29325 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | TRADE PAYABLE

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.407.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| J.E.S EQUIPMENT SALES & SERVICE | | $7,680.71
| PO BOX 902 | ☐ Contingent |
| ABBEVILLE SC 29620 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | TRADE PAYABLE

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.408.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| J.I. REECE | | $1,458.43
| 219 MAPLE VALLEY DRIVE | ☐ Contingent |
| JASPER GA 30143 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | TRADE PAYABLE

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

| 3.409. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAC SERVICES LLC
107 ELKS LODGE LANE
SUMMERVILLE SC 29483

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,413.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.410. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAG PUBLISHING
WALKER & WEISS HOLDINGS, LLC
643 GREENWAY ROAD
BOONE NC 28607

☐ Contingent
☐ Unliquidated
☐ Disputed

$452.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAMES OXYGEN AND SUPPLY COMPANY
PO BOX 159
HICKORY NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

$85.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.412.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JAMIE BARBEE
422 DOGWOOD DR
GREENWOOD SC 29646

☐ Contingent
☐ Unliquidated
☐ Disputed

$69.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.413.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JAN-PRO OF THE WESTERN CAROLINAS
128 MILESTONE WAY
GREENVILLE SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,230.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.414.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JEFF PEAK'S PLUMBING
121 5TH STREET N.E.
PULASKI VA 24301

☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.415.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JEFFERY GOEGELINE
234 WINDY HOLLOW DRIVE
LEXINGTON SC 29073

☐ Contingent
☐ Unliquidated
☐ Disputed

$124.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.416.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JERRY'S AUTO TRIM
164 FORDTOWN RD
ROCKINGHAM NC 28379

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,202.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.417.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JERRY'S LOCK & KEY
2198 LEXINGTON ROAD
ATHENS GA 30605

☐ Contingent
☐ Unliquidated
☐ Disputed

$326.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

**3.418.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JMJ TOMATO
PO BOX 16528
ASHEVILLE NC 28816

$250.50

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.419.**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

JOE N COLLINS
5644 SAXON AVE
APT 5
NORTH CHARLESTON SC 29406

$335.02

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.420.**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

JOHNSON CONTROLS
DEPT CH 10320
PALATINE IL 60055-0320

$612.90

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JOHNSON LANDSCAPING
PO BOX 415
FALL BRANCH TN 37656

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,636.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.422. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JOHNSONS LAWNCARE
1752 TAYLORTOWN RD NE
RANGER GA 30734

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,610.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.423. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JONES, SANDRA
116 SOUTHVIEW DR
GAFFNEY SC 29340

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

---

3.424.  **Nonpriority creditor's name and mailing address**

JUNES-BRADLEY, MONTERRIS
588 SUBSTATION ST
HENDERSONVILLE NC 28792

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.425.  **Nonpriority creditor's name and mailing address**

KANNAPOLIS FARP
PO BOX 741007
ATLANTA GA 30374-1007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $150.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.426.  **Nonpriority creditor's name and mailing address**

KAY PLUMBING SERVICES
199 ALTA VISTA CT
LEXINGTON SC 29073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $2,813.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.427. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KEATING MARSHALL PLLC
5960 W PARKER ROAD
278-438
PLANO TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.428. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KEEVER'S KEY & REPAIR SERVICE, INC
PO BOX 662
HICKORY NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

$198.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.429. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KELLY, MATTHEW
3017 GEORGETOWN HWY
GEORGETOWN SC 29440

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.430.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.430.**

**Nonpriority creditor's name and mailing address**

KENT NELSON
850 EAST ST
WAYNESVILLE NC 28786

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$2,645.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.431.**

**Nonpriority creditor's name and mailing address**

KERSHAW COUNTY CHAMBER/VIS CTR
PO BOX 605
CAMDEN SC 29021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$430.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.432.**

**Nonpriority creditor's name and mailing address**

KERSHAW NEWS-ERA
PO BOX 398
KERSHAW SC 29067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$212.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                                    Case number *(if known)* **18-05838**

| 3.433. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KEY APPROACH INC
PO BOX 20837
ROANOKE VA 24018

☐ Contingent
☐ Unliquidated
☐ Disputed

$221.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.434. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KEYMASTERS SAFE & LOCK
26 MO'S WAY
CANDLER NC 28715

☐ Contingent
☐ Unliquidated
☐ Disputed

$392.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.435. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KEYS INNOVATIVE SOLUTIONS
PO BOX 842307
BOSTON MA 02284-2307

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,156.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                           Case number *(if known)* **18-05838**

| 3.436. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KILO, LLC D/B/A ROTO-ROOTER
P.O. BOX 669
FAYETTEVILLE NC 28302

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.437. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KING'S LANDSCAPING & IRRIGATION
311 BOST ROAD
MORGANTON NC 28655

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.438. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KINGSPORT CHAMBER OF COMMERCE
400 CLINCHFIELD STREET
SUITE 100
KINGSPORT TN 37660

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,160.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

---

**3.439.**  **Nonpriority creditor's name and mailing address**

KINGSPORT HEATING
1905 BROOKSIDE LANE
KINGSPORT TN 37660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$450.00

---

**3.440.**  **Nonpriority creditor's name and mailing address**

KLEEN-CO
PO BOX 6592
WARNER ROBINS GA 31095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$865.00

---

**3.441.**  **Nonpriority creditor's name and mailing address**

KOLAGAPE PROMOTIONS INV
131 FRANKLIN PLAZA
SUITE 347
FRANKLIN NC 28734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$150.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

**3.442.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KOURY CORP
2275 VANSTORY ST
STE 200
GREENSBORO NC 27403

☐ Contingent
☐ Unliquidated
☐ Disputed

$165,066.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.443.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KOURY CORPORATION
CARRUTHERS & ROTH, P.A.
ROBERT N. YOUNG RICHARD L VANORE
NORMAN F KLICK JR
P.O. BOX 540
GREENSBORO NC 27402

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.444.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KOURY CORPORATION
2275 VANSTORY STREET
SUITE 200
GREENSBORO NC 27403

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,185.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                     Case number *(if known)* **18-05838**

**3.445.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

L..R PRICE EQUIPMENT CO, INC
PO BOX 16051
GREENSBORO NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

$261.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.446.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LAIL ELECTRIC SERVICE, INC
PO BOX 582
LINCOLNTON NC 28093-0582

☐ Contingent
☐ Unliquidated
☐ Disputed

$151.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.447.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LAMAR COMPANIES
PO BOX 96030
BATON ROUGE LA 70896

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,190.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.448. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | | |

LANE'S LAWN CARE
30 CHATHAM DRIVE
BLAIRSVILLE GA 30512

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,840.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.449. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LAURENS ELECTRIC
ATTN:MELODYE HINES
PO BOX 700
LAURENS SC 29360

☐ Contingent
☐ Unliquidated
☐ Disputed

$384.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.450. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LAWN MAINT. SERVICE, INC.
SHERYL FAMBROUGH
LAW OFFICE OF SHERYL FAMBROUGH
1104B SOUTH MADISON AVE.
MONROE GA 30655

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.451.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

LAWN MANAGEMENT SERVICE
PO BOX 902
MONROE GA 30655

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,740.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.452.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LAWNS BY GREG
3449 BANKS MILL RD
AIKEN SC 29803

☐ Contingent

☐ Unliquidated

☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.453.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LAZY LIFE UPHOLSTERY
4342 EVANS TO LOCKS RD
EVANS GA 30809

☐ Contingent

☐ Unliquidated

☐ Disputed

$572.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

**3.454.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.454.**    **Nonpriority creditor's name and mailing address**

LEGRAND'S LAWN CARE
1016 HUNTER VALLEY RD
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,105.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.455.**    **Nonpriority creditor's name and mailing address**

LEROY DYER SIGNS
PO BOX 14096
GREENVILLE SC 29610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,474.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.456.**    **Nonpriority creditor's name and mailing address**

LIGON PROPERTIES LLC
RICHARD LIGON
5159 PELHAM RD
GREENVILLE SC 29615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$73,417.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

**3.457.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|||

LIMESTONE ATHLETIC DEPT
BEN PRICE, SAINTS CLUB
1115 COLLEGE DRIVE
GAFFNEY SC 29340

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.458.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

LINCOLNTON PAINT AND GLASS
2190 HARTMAN ST
LINCOLNTON NC 28092

☐ Contingent
☐ Unliquidated
☐ Disputed

$555.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.459.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

LIQUID ASSETS PLUMBING
PO BOX 18502
GREENSBORO NC 27419

☐ Contingent
☐ Unliquidated
☐ Disputed

$112.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.460.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LOWE, BRADLEY J
363 GAP CREEK RD
DUNCAN SC 29334-9102

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.461.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LOWES
PO BOX 530954
ATLANTA GA 30353-0954

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,771.05

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.462.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LUTZ RESIDENTIAL GARAGE DOORS
359 HUFFSTETLER LAKE ROAD
DALLAS NC 28034

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,225.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

**3.463.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
---|---|---|---

**3.463.**

**Nonpriority creditor's name and mailing address**

LYNCHS COMMERCIAL REFRIGERATION
107 S BROAD ST
FAYETTEVILLE NC 28301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$599.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.464.**

**Nonpriority creditor's name and mailing address**

LYTTEN LOCKSMITH, INC
215 S COLUMBIA STREET
GASTONIA NC 28054-7141

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$90.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.465.**

**Nonpriority creditor's name and mailing address**

M & W OUTDOOR, LLC
PO BOX 1282
ORANGEBURG SC 29116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,180.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**3.466.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

M&R INVESTORS (JAMES B. ROGERS AND
LOUIS C. MANIOS)
340 NORTH MAIN ST.
GREENVILLE SC 29601

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.467.** **Nonpriority creditor's name and mailing address**

MANIOS, JAMES ROGERS AND LOUIS
340 NORTH MAIN ST
GREENVILLE SC 29601

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$191,781.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.468.** **Nonpriority creditor's name and mailing address**

MARKET FORCE INFORMATION
DEPT 0320
PO BOX 120320
DALLAS TX 75312-0320

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,115.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**3.469.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| MARS BLUFF SPECIALTY SERVICES | ☐ Contingent | $1,135.24
| 721 1/2 N. PRICE RD | ☐ Unliquidated |
| FLORENCE SC 29506 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.470.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| MARVINS PRODUCE | ☐ Contingent | $99.21
| 240 GENOBLE ROAD | ☐ Unliquidated |
| GREER SC 29651 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.471.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| MASSEY PLUMBING, INC | ☐ Contingent | $836.00
| 134 MCCULLY RD | ☐ Unliquidated |
| GASTONIA NC 28052 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

3.472.    **Nonpriority creditor's name and mailing address**

MASTER'S ELECTRICAL SERVICES
PO BOX 1610
BLAIRSVILLE GA 30514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $151.05 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.473.    **Nonpriority creditor's name and mailing address**

MASTERS MARK DRY CLEANING
PO BOX 2234
SPARTANBURG SC 29304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $85.56 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.474.    **Nonpriority creditor's name and mailing address**

MATHIS PLUMBING & HEATING CO, INC
PO BOX 716
GREENWOOD SC 29648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $964.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.475. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MCDOWELL CHEER MASTERS LLC
1219 ASHE BRIDGE RD
MARION NC 28752

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.476. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MCDOWELL COUNTY FINANCE
60 EAST COURT STREET
MARION NC 28752

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.477. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MCDOWELL SQUARE ASSOCIATES, LLC
455 FAIRWAY DR., STE. 301
DEERFIELD BEACH FL 33441

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**3.478.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.478.**

**Nonpriority creditor's name and mailing address**

MCGRADY-PERDUE HEATING AND COOLING, INC
690 NORTH FRANKLIN ST
CHRISTIANSBURG VA 24073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,075.00

---

**3.479.**

**Nonpriority creditor's name and mailing address**

MCT ENTERPRISES
PO BOX 51404
PIEDMONT SC 29673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,046.90

---

**3.480.**

**Nonpriority creditor's name and mailing address**

MEAN STEAM CARPET CLEANING
601 TUG CT
WARNER ROBINS GA 31088

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$360.80

---

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

3.481. **Nonpriority creditor's name and mailing address**

MEANS WELDING
2030 CENTER ST
SPARTANBURG SC 29303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $100.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.482. **Nonpriority creditor's name and mailing address**

MELTING POT MUSIC SOCIETY
104 A FRANKLIN AVE
PMB 178
SPARTANBURG SC 29301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $500.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.483. **Nonpriority creditor's name and mailing address**

MICHAEL D'S CARPET CLEANING
107 RESERVOIR ST
DARLINGTON SC 29532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $350.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

3.484.  **Nonpriority creditor's name and mailing address**

MICHAEL LANDRETH
124 COUNTRY LN
EASLEY SC 29642

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $251.19 |

---

3.485.  **Nonpriority creditor's name and mailing address**

MICHAEL LATTIMER
471 ROBINSON ST
ORANGEBURG SC 29115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $75.00 |

---

3.486.  **Nonpriority creditor's name and mailing address**

MICHELLE GITZINGER
1514 BRYANT RD
RANGER GA 30734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $168.27 |

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.487.   **Nonpriority creditor's name and mailing address**

MICROTEL INN & SUITES
171 H. MULLINS COURT
JASPER GA 30143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $180.98 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.488.   **Nonpriority creditor's name and mailing address**

MICROTEL INN & SUITES
1047 RIVERVIEW ROAD
ROCK HILL SC 29730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $92.08 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.489.   **Nonpriority creditor's name and mailing address**

MID-CAROLINA ELECTRIC
PO BOX 669
LEXINGTON SC 29071-0669

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $6,525.10 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                             Case number *(if known)* **18-05838**

---

3.490.   **Nonpriority creditor's name and mailing address**

MILESTONE PARTNERS III LP
555 EAST LANCASTER AVE
STE 500
RADNOR PA 19087

**Date or dates debt was incurred**

MARCH 21, 2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SENIOR SUBORDINATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $751,364.57 |

---

3.491.   **Nonpriority creditor's name and mailing address**

MILESTONE PARTNERS III LP 2
555 EAST LANCASTER AVE
STE 500
RADNOR PA 19087

**Date or dates debt was incurred**

MARCH 21, 2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SENIOR SUBORDINATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $281,190.37 |

---

3.492.   **Nonpriority creditor's name and mailing address**

MILLER DRILLING AND REPAIR
289 BERNHARDT DR
ELLIJAY GA 30536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $700.00 |

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**3.493.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

MONARCH CALENDAR
PO BOX 641
MORRISTOWN TN 37815

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.494.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MORGANTON HAMPTON INN
C/O IMIC HOTELS
ONE SURREY COURT
COLUMBIA SC 29212

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,778.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.495.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MORRIS MECHANICAL, INC
PO BOX 1215
DALLAS NC 28034-1215

☐ Contingent
☐ Unliquidated
☐ Disputed

$286.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                Case number *(if known)* **18-05838**

---

**3.496.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOUNTAIN EXPRESS SERVICES, INC
1620 OLD MURPHY ROAD
FRANKLIN NC 28734

☐ Contingent
☐ Unliquidated
☐ Disputed

$136.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.497.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOUNTAIN MECHANICAL SERVICES
762 KINGTOWN STREET
BLUE RIDGE GA 30513

☐ Contingent
☐ Unliquidated
☐ Disputed

$445.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.498.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MR ELECTRIC
710 CHEROKEE NATIONAL HWY
GAFFNEY SC 29341

☐ Contingent
☐ Unliquidated
☐ Disputed

$331.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

---

**3.499.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MR ROOTER PLUMBING
PO BOX 407
LEXINGTON SC 29071

☐ Contingent
☐ Unliquidated
☐ Disputed

$545.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.500.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MR. ROOTER
PO BOX 577
POOLER GA 31322

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,442.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.501.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MR. ROOTER PLUMBING
130 POWELL RD
ANDERSON SC 29625

☐ Contingent
☐ Unliquidated
☐ Disputed

$666.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.502. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MRB LLC
1249 S. PLEASANTBURG DR
GREENVILLE SC 29605

☐ Contingent
☐ Unliquidated
☐ Disputed

$47,687.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.503. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MRB LLC
1249 S. PLEASANTBURG DR
GREENVILLE SC 29605

☐ Contingent
☐ Unliquidated
☐ Disputed

$197,880.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.504. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MRB. LLC
1249 S. PLEASANTBURG DR.
GREENVILLE SC 29605

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                                 Case number *(if known)* **18-05838**

---

| 3.505. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MSPARK-DALLAS LOCKBOX
PO BOX 848469
DALLAS TX 75284-8469

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,873.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.506. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MY EMPLOYEES
312 CROWATAN RD
CASTLE HAYNE NC 28429

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,860.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.507. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NARGUIZIAN, JOHN
PAUL NARGUZIAN
13138 CHANDLER BLVD
SHERMAN OAKS CA 91401

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,313.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

**3.508.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.508.** **Nonpriority creditor's name and mailing address**

NATIONAL FOOD EQUIPMENT
PO BOX 26405
RALEIGH NC 27611-6405

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,919.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.509.** **Nonpriority creditor's name and mailing address**

NATIONAL WELDERS SUPPLY CO., INC
PO BOX 602792
CHARLOTTE NC 28260-2792

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,192.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.510.** **Nonpriority creditor's name and mailing address**

NC CHILD SUPPORT CENTRAL COLLE
PO BOX 900012
RALEIGH NC 27675-9012

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,022.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

| | |
|---|---|
| **3.511.** | **Nonpriority creditor's name and mailing address** |

**3.511.**

**Nonpriority creditor's name and mailing address**

NC DEPARTMENT OF TRANSPORTATIO
1514 MAIL SERVICE CENTER
RALEIGH NC 27699-1514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,500.00

---

**3.512.**

**Nonpriority creditor's name and mailing address**

NC DOR
ATTN: PAYMENT PROCESSING UNIT
PO BOX 27431
RALEIGH NC 27611-7431

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$9.35

---

**3.513.**

**Nonpriority creditor's name and mailing address**

NCR CORPORATION
PO BOX 198755
ATLANTA GA 30384-8755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$84,143.76

---

Debtor   **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

**3.514.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NCR CORPORATION
2142 EXECUTIVE HALL ROAD
CHARLESTON SC 29407

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$599.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.515.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NELSON BUCKET TRUCK SERVICES
360 NELSON CIRCLE
BLAIRSVILLE GA 30512

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$222.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.516.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NELSON, MULLINS, RILEY & SCARB
ATTN: ACCOUNTS RECEIVABLE
P.O. DRAWER 11009
COLUMBIA SC 29211-2000

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,129.54

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 241 of 347

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.517.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

NEW IMAGE LANDSCAPING SUPPLY
1380 SIMS STREET
ORANGEBURG SC 29115

☐ Contingent                          $3,200.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.518.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

NEW RIVER CARPET CLEANING , INC
PO BOX 400
MCCOY VA 24111

☐ Contingent                          $300.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.519.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

NEW RIVER VALLEY RESTAURANT SERVICES
6695 DUNKARD ROAD
DUBLIN VA 24084

☐ Contingent                          $2,452.70
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 3.520. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NIMBLE
1600 INDIAN BROOK WAY
NORCROSS GA 30093

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,036.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.521. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORRIS, AVERY
402 EAST SILVERLEAF ST
GREER SC 29650

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.522. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTH CAROLINA STATE EDUCATION
ATTENTION:ADMINISTRATIVE WAGE
PO BOX 14002
RESEARCH TRIANGLE PARK NC 27709

☐ Contingent
☐ Unliquidated
☐ Disputed

$83.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

**3.523.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NORTH CHARLESTON SEWER DISTRICT
PO BOX 63009
NORTH CHARLESTON SC 29419

☐ Contingent

☐ Unliquidated

☐ Disputed

$5.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.524.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NORTH GEORGIA NEWS
PO BOX 2029
BLAIRSVILLE GA 30514

☐ Contingent

☐ Unliquidated

☐ Disputed

$91.60

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.525.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NORTHLAND CABLE TELEVISION - GWD
PO BOX 790307
ST LOUIS MO 63179-0307

☐ Contingent

☐ Unliquidated

☐ Disputed

$97.78

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                           Case number *(if known)* **18-05838**

**3.526.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.526.** **Nonpriority creditor's name and mailing address**

NORTHLAND CABLE TELEVISION - SEN
PO BOX 790307
ST LOUIS MO 63179-0307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$92.16

---

**3.527.** **Nonpriority creditor's name and mailing address**

NUCO2 INC
PO BOX 417902
BOSTON MA 02241-7902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15,040.01

---

**3.528.** **Nonpriority creditor's name and mailing address**

NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15363
ALBANY NY 12212-5363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$19.29

---

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

3.529. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

OCONEE CHAMBER
PO BOX 8102
SENECA SC 29678

$250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.530. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

OHLANDT PROPERTIES LLC
197 RIVER RD
BARNWELL SC 29812

$87,081.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.531. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

OHMSTEAD PLUMBING CO., LLC
470 WASHINGTON STREET
FOREST CITY NC 28043

$1,037.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.532. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

OLD MILL STREAM LLC
WILLIAM H BURTON III
491 CONNECTICUT AVE
SPARTANBURG SC 29302

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,943,830.22

**Date or dates debt was incurred**

MARCH 21, 2014

**Basis for the claim:**

AMENDED & RESTATED SUBORDINATED
PROMISSORY NOTE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.533. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

OLD MILL STREAM LLC
WILLIAM H BURTON III
491 CONNECTICUT AVE
SPARTANBURG SC 29302

☐ Contingent
☐ Unliquidated
☐ Disputed

$166,258.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.534. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

OLD MILL STREAM LLC
WILLIAM H BURTON III
491 CONNECTICUT AVE
SPARTANBURG SC 29302

☐ Contingent
☐ Unliquidated
☐ Disputed

$159,725.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 3.535. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.535.

**Nonpriority creditor's name and mailing address**

OLD MILL STREAM LLC
WILLIAM H BURTON III
491 CONNECTICUT AVE
SPARTANBURG SC 29302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$158,650.61

---

3.536.

**Nonpriority creditor's name and mailing address**

OLD MILL STREAM LLC
WILLIAM H BURTON III
491 CONNECTICUT AVE
SPARTANBURG SC 29302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$178,773.30

---

3.537.

**Nonpriority creditor's name and mailing address**

OLD MILL STREAM LLC
WILLIAM H BURTON III
491 CONNECTICUT AVE
SPARTANBURG SC 29302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$194,681.40

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| 3.538. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.538.  **Nonpriority creditor's name and mailing address**

OLD MILL STREAM, LLC
ATTN: WILLIAM H. BURTON, III
491 CONNECTICUT AVE.
SPARTANBURG SC 29302

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.539.  **Nonpriority creditor's name and mailing address**

OLD MILL STREAM, LLC
ATTN: WILLIAM H. BURTON, III
491 CONNECTICUT AVE.
SPARTANBURG SC 29302

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.540.  **Nonpriority creditor's name and mailing address**

OLD MILL STREAM, LLC
ATTN: WILLIAM H. BURTON, III
491 CONNECTICUT AVE.
SPARTANBURG SC 29302

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.541.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OLD MILL STREAM, LLC
ATTN: WILLIAM H. BURTON, III
491 CONNECTICUT AVE.
SPARTANBURG SC 29302

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.542.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OLD MILL STREAM, LLC
ATTN: WILLIAM H. BURTON, III
491 CONNECTICUT AVE.
SPARTANBURG SC 29302

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.543.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ON CALL PLUMBING, HEATING & AC
3770 FERNANDINA ROAD
COLUMBIA SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

$345.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                                 Case number *(if known)* **18-05838**

---

**3.544.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.544.**

**Nonpriority creditor's name and mailing address**

ONE CALL PLUMBING, INC
336 EXCHANGE ST
SPARTANBURG SC 29306

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,038.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.545.**

**Nonpriority creditor's name and mailing address**

ONE SOURCE
PO BOX 641
ORANGEBURG SC 29118

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,360.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.546.**

**Nonpriority creditor's name and mailing address**

ORANGEBURG COUNTY CHAMBER
PO BOX 328
ORANGEBURG SC 29116-0328

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$295.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

**3.547.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

**Nonpriority creditor's name and mailing address**

ORANGEBURG COUNTY FAMILY COURT
P.O. BOX 9000
ORANGEBURG SC 29116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$32.17

---

**3.548.** **Nonpriority creditor's name and mailing address**

OSBORN, MARYANNE
866 MANNING GEN RD
MONROE GA 30620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.549.** **Nonpriority creditor's name and mailing address**

PAIR NETWORKS, INC
2403 SIDNEY ST
SUITE 210
PITTSBURGH PA 15203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$179.85

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

| 3.550. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMETTO HEATING & AIR, LLC
3974 HIGHWAY 153
GREENVILLE SC 29611

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,958.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.551. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMETTO HEATING & COOLING
3695 CLAUSSEN ROAD
FLORENCE SC 29505

☐ Contingent
☐ Unliquidated
☐ Disputed

$725.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.552. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMETTO RESTAURANT CLEANING
920 BOILING SPRINGS ROAD
LEXINGTON SC 29073

☐ Contingent
☐ Unliquidated
☐ Disputed

$775.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

3.553.   **Nonpriority creditor's name and mailing address**

PANDORA MEDIA
25601 NETWORK PLACE
CHICAGO IL 60673-1256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$21,704.31

---

3.554.   **Nonpriority creditor's name and mailing address**

PARKER, CHARNISE
3509 LAKE AVE
APT 2084
COLUMBIA SC 29206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | |
|---|---|
| *Check all that apply.* | |
| ☒ Contingent | |
| ☒ Unliquidated | |
| ☒ Disputed | |

**Basis for the claim:**

PRODUCTS CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.555.   **Nonpriority creditor's name and mailing address**

PATRIOT PRO TURF AND LANDSCAPE
PO BOX 3191
HICKORY NC 28603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,115.00

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.556.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

PATTON HIGH SCHOOL
701 ENOLA
MORGANTON NC 28655

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.557.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

PENSKE TRUCK LEASING CO.,L.P
PO BOX 532658
ATLANTA GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,406.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.558.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

PEPPER HAMILTON LLP
ATTN: ACCOUNTING DEPT
3000 TWO LOGAN SQUARE
PHILADELPHIA PA 19103-2799

☐ Contingent
☐ Unliquidated
☐ Disputed

$107,276.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 3.559. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEPSI-COLA GREENVILLE
P.O. BOX 3567
GREENVILLE SC 29608

☐ Contingent
☐ Unliquidated
☐ Disputed

$266.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.560. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEPSI-COLA NATIONAL
PO BOX 75948
CHICAGO IL 60675-5948

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,480.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.561. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PETER TELL
2749 OLD KNOXVILLE HWY
GREENEVILE TN 37743

☐ Contingent
☐ Unliquidated
☐ Disputed

$36.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

---

**3.562.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.562.**

**Nonpriority creditor's name and mailing address**

PHASE 3 MEDIA, LLC
DEPT 7052
PO BOX 740209
ATLANTA GA 30374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$24,836.09

---

**3.563.**

**Nonpriority creditor's name and mailing address**

PICKENS COUNTY CHAMBER
500 STEGALL DRIVE
JASPER GA 30143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$200.00

---

**3.564.**

**Nonpriority creditor's name and mailing address**

PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201-1246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$19,567.01

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.565.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PIERCE PARTS & SERVICE, INC
2422 ALLEN ROAD
MACON GA 31216

☐ Contingent
☐ Unliquidated
☐ Disputed

$342.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.566.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PINNACLE HEATING & COOLING
601 WATERSIDE STREET
NORTH MYRTLE BEACH SC 29582

☐ Contingent
☐ Unliquidated
☐ Disputed

$249.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.567.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PIONEER CLEANING SERVICES
716 FAIRFOREST DRIVE
GREENWOOD SC 29646

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

**3.568.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PLUM 4 U LLC
PO BOX 1463
LINCOLNTON NC 28093

☐ Contingent
☐ Unliquidated
☐ Disputed

$446.52

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.569.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PLUMBING MATTERS
4875 HWY 11
INMAN SC 29349

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.570.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PLUMBSMART
PO BOX 2200
WEAVERVILLE NC 28787

☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| | |
|---|---|
| **3.571.** | **Nonpriority creditor's name and mailing address** |

**3.571.** **Nonpriority creditor's name and mailing address**

POLK ELECTRIC LLC
PO BOX 10547
ROCK HILL SC 29731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$95.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.572.** **Nonpriority creditor's name and mailing address**

POP A LOCK
PO BOX 41241
CHARLESTON SC 29423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$340.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.573.** **Nonpriority creditor's name and mailing address**

POTEAT'S LOCK & KEY
1015 HIGHLAND AVE NE
PO BOX 2203
HICKORY NC 28603-2203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$180.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.574.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

PP GASTON MALL
JOE AND CHARLIE PEARSON
1422 BURTONWOOD DR
STE 200
GASTONIA NC 28054

☐ Contingent

☐ Unliquidated

☐ Disputed

$90,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.575.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

PP-COX ROAD
GRAY LAYTON KERSH SOLOMON FURR &
SMITH, P.A.
WILLIAM E. MOORE, JR.
516 S NEW HOPE RD.
GASTONIA NC 28054

☑ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.576.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

PP-GASTON MALL, LLC
1422 BURTONWOOD DRIVE
SUITE 200
GASTONIA NC 28054

☐ Contingent

☐ Unliquidated

☐ Disputed

$13,955.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 3.577. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRECISION ELECTRIC
2808 BLOOMINGDALE PIKE
KINGSPORT TN 37660

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,304.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.578. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRECISION LAWN CARE
312 PALOMINO LANE
WARNER ROBINS GA 31088

☐ Contingent
☐ Unliquidated
☐ Disputed

$225.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.579. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREMIER FIRE PROTECTION, INC
P.O. BOX 1103
BRISTOL TN 37621

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,813.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.580.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PREMIER GREASE INC
PO BOX 3535
ALPHARETTA GA 30023

☐ Contingent
☐ Unliquidated
☐ Disputed

$952.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.581.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRESBYTERIAN COLLEGE ATHLETICS
105 ASHLAND AVENUE
ATHLETIC DEPT
CLINTON SC 29325

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.582.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRESLEY MABUS
121 NORTHPOINTDE
APT 1208
LEXINGTON SC 29072

☐ Contingent
☐ Unliquidated
☐ Disputed

$533.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|

**3.583.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PRINT DEPOT
428 D HYATT STREET
GAFFNEY SC 29340

$37.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.584.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PROFESSIONAL CARPET CARE
117 FIDDLER DRIVE
MARION NC 28752

$2,695.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.585.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PROFESSIONAL PARTY RENTALS
647 CONGAREE RD
GREENVILLE SC 29607

$1,221.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

3.586.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
*Check all that apply.*

PROFLAME
PO BOX 910
BLAIRSVILLE GA 30514

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,381.98

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.587.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
*Check all that apply.*

PROLECTRIC
6606 ABERCORN ST. SUITE 120
SAVANNAH GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

$169.50

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.588.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
*Check all that apply.*

PRO-TECH FIRE SERVICES, LLC
1220 BROUGHTON BLVD
FLORENCE SC 29501

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,094.50

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                                      Case number *(if known)* **18-05838**

| 3.589. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.589.

**Nonpriority creditor's name and mailing address**

PROVIDENCE ENVIRONMENTAL CONCEPTS
AND SERVICES, LLC
PO BOX 3216
COLUMBIA SC 29230

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,315.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.590.

**Nonpriority creditor's name and mailing address**

PSA
PO BOX 998
PULASKI VA 24301-0998

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,616.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.591.

**Nonpriority creditor's name and mailing address**

PUBLIC SERVICE COMPANY OF N.C.
PO BOX 100256
COLUMBIA SC 29202-3256

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,956.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

**3.592.**    **Nonpriority creditor's name and mailing address**

PURIFIED AIR SERVICES, INC.
280 OLD CLAY STREET
MARIETTA GA 30060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,395.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.593.**    **Nonpriority creditor's name and mailing address**

PYE BARKER
13142 ALBEMARLE RD
MINT HILL NC 28227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,339.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.594.**    **Nonpriority creditor's name and mailing address**

PYE BARKER
PO BOX 503
PIEDMONT SC 29673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$154.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 3.595. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.595.    **Nonpriority creditor's name and mailing address**

QSR AUTOMATIONS, INC
2301 STANLEY GAULT PARKWAY
LOUISVILLE KY 40223

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,026.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.596.    **Nonpriority creditor's name and mailing address**

QUALITY GLASS
234 OLD EPPS BRIDGE ROAD
ATHENS GA 30606

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$758.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.597.    **Nonpriority creditor's name and mailing address**

QUALITY INN
177 W ATHENS ST
WINDER GA 30680

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,935.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

| 3.598. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | QUALITY INN<br>226 HITECH RD<br>SENECA SC 29678 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175.90 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.599. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | QUILL CORPORATION<br>PO BOX 37600<br>PHILADELPHIA PA 19101-0600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $525.31 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.600. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | R & R SERVICES<br>889 SUMMER SOUND ROAD<br>PINEY FLATS TN 37686 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $244.58 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| 3.601. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

R&G PLUMBING & SEWER SERVICE
PO BOX 60835
CHARLESTON SC 29419

**Amount of claim**

$1,261.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.602. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RAMAL LEASING COMPANY LLC
420 S HILL ST
BUFORD GA 30518

**Amount of claim**

$600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.603. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RAMSEY ENTERPRISES, LLC
PO BOX 294
REMBERT SC 29128

**Amount of claim**

$300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

3.604.    **Nonpriority creditor's name and mailing address**

RANDOLPH, DEBRAH
565 LIBERTY S RD
CHUCKEY TN 37641

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

AUTO LIABILITY CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.605.    **Nonpriority creditor's name and mailing address**

RANDY FINLEY
66 HEDGEWOOD DRIVE
MARION NC 28752

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$475.00

---

3.606.    **Nonpriority creditor's name and mailing address**

RAPID RESPONSE
160 WINKLER RD
SENECA SC 29678

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$151.00

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 271 of 347

Debtor   **CAFE ENTERPRISES, INC.**                                                     Case number *(if known)* **18-05838**

---

| 3.607. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAPID ROOTER INC
22 SUNNY HILLS DR
ATHENS GA 30601

☐ Contingent
☐ Unliquidated
☐ Disputed

$270.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.608. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAPIT ROOTER PLUMBING
68 LAKESIDE CIRCLE
FRANKLIN NC 28734

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,015.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.609. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RB LOCKSMITH
106 HERITAGE OAKS DR
BALL GROUND GA 30107

☐ Contingent
☐ Unliquidated
☐ Disputed

$939.70

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

**3.610.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RCC SHOPPES AT WEST MARKET
NEW LINK MANAGEMENT GROUP
PO BOX 17710
RICHMOND VA 23226

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$35,636.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.611.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RDK EQUIPMENT
2988 GILLESPIE ST
FAYETTEVILLE NC 28306

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,300.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.612.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RDK EQUIPMENT COMPANY, INC
PO BOX 64666
FAYETTEVILLE NC 28306

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,465.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**

Case number *(if known)* **18-05838**

---

| 3.613. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REA LANDSCAPE MANAGEMENT, LLC
2544 H ASHLEY RIVER RD
CHARLESTON SC 29414

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.614. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RED AND BLACK
540 BAXTER ST
ATHENS GA 30605

☐ Contingent
☐ Unliquidated
☐ Disputed

$480.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.615. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REDMOND, NATE
165 CUDDLES LANE
BOSTIC NC 28018

☐ Contingent
☐ Unliquidated
☐ Disputed

$56,515.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OP PAYOUT BALANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**

Case number *(if known)* **18-05838**

---

**3.616.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REECE HEATING AND AIR, LLC
252A LAKE JOY ROAD
PERRY GA 31069

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,493.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.617.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REGAL CARPET CLEANERS
22 SPRINGSIDE LN
FRANKLIN NC 28734

☐ Contingent
☐ Unliquidated
☐ Disputed

$650.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.618.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REGGIE FRYE
5211 SOUTH MAIN STREET
COWPENS SC 29330

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 275 of 347

Debtor    **CAFE ENTERPRISES, INC.**                                                            Case number *(if known)* **18-05838**

**3.619.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

RESTAURANT CARD CENTRAL, LLC
PO BOX 1192
WHITE HOUSE TN 37188

☐ Contingent                                                            $116.77

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

**3.620.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **Amount of claim**
*Check all that apply.*

RESTAURANT EQUIPMENT SERVICES, INC
5119 S ROYAL ATLANTA DR
TUCKER GA 30084

☐ Contingent                                                            $465.00

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

**3.621.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **Amount of claim**
*Check all that apply.*

RESTAURANT MAGIC
4010 W BOY SCOUT BLVD
SUITE 300
TAMPA FL 33607

☐ Contingent                                                            $17,656.94

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 3.622. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RESTAURANT TECHNOLOGIES, INC
12962 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent

☐ Unliquidated

☐ Disputed

$118,439.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.623. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RICE PLUMBING
112 WILLIAMS DRIVE
ATHENS GA 30606

☐ Contingent

☐ Unliquidated

☐ Disputed

$628.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.624. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RICHLAND COUNTY FINANCE
PO BOX 192
COLUMBIA SC 29202

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,474.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.625.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

RICHMOND COUNTY CHAMBER
2 MAIN STREET
SUITE 204
HAMLET NC 28345

☐ Contingent
☐ Unliquidated
☐ Disputed

$450.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.626.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

RIDGEWAY PLUMBING
428 CHILDERS ST
PMB 24211
PENSACOLA FL 32534

☐ Contingent
☐ Unliquidated
☐ Disputed

$959.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.627.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

RIVERS PLUMBING & ELECTRICAL
PO BOX 647
CHESTERFIELD SC 29709

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,626.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

**3.628.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RIVERVIEW OFFICE PARK
LEANN WEBER
PO BOX 616
TAYLORS SC 29687

☐ Contingent
☐ Unliquidated
☐ Disputed

$36,960.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.629.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RIVERVIEW OFFICE PARK, LLC
P.O. BOX 616
TAYLORS SC 29687

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.630.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RIZON RESTAURANT SERVICES, INC
103 SCHOOLSIDE DRIVE, STE 131
ROCK HILL SC 29730

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,294.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

| 3.631. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.631.  **Nonpriority creditor's name and mailing address**

ROBINSON, BRADSHAW & HINSON
101 N TRYON STREET
SUITE 1900
CHARLOTTE NC 28246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$96,781.88

---

3.632.  **Nonpriority creditor's name and mailing address**

ROCKINGHAM ABC
642 EAST BOARD AVE
ROCKINGHAM NC 28630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$30.00

---

3.633.  **Nonpriority creditor's name and mailing address**

RODGERS UPHOLSTERY SHOP
4490 COLUMBUS RD
MACON GA 31206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,599.50

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.634. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.634.   **Nonpriority creditor's name and mailing address**

RON'S CARPET CLEANERS
62 AIRVIEW DRIVE
GREENVILLE SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,427.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.635.   **Nonpriority creditor's name and mailing address**

ROOTER MAN
PO BOX 549
GUYTON GA 31312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$487.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.636.   **Nonpriority creditor's name and mailing address**

ROSSON SIGN COMPANY
3071 BROADWAY
MACON GA 31026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$782.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

3.637.  **Nonpriority creditor's name and mailing address**

ROTO ROOTER
136 TANNER ROAD
GREENVILLE SC 29607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $524.30 |

3.638.  **Nonpriority creditor's name and mailing address**

ROTO ROOTER-BRISTOL
PO BOX 454
BRISTOL VA 24203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $563.00 |

3.639.  **Nonpriority creditor's name and mailing address**

ROTO-ROOTER
PO BOX 577
ROEBUCK SC 29376

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,514.00 |

Debtor   **CAFE ENTERPRISES, INC.**                                                                 Case number *(if known)* **18-05838**

3.640.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROTO-ROOTER
PO BOX 2506
ROCK HILL SC 29732-2506

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$478.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.641.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROTO-ROOTER
PO BOX 652
HIGHLANDS NC 28741

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$425.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.642.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROTO-ROOTER ANDERSON
136 TANNER RD
GREENVILLE SC 29607

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$269.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.643. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROTO-ROOTER CHARLESTON
PO BOX 31237
CHARLESTON SC 29417

☐ Contingent
☐ Unliquidated
☐ Disputed

$182.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.644. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROTO-ROOTER OF GREENVILLE
136 TANNER RD
GREENVILLE SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

$269.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.645. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROTO-ROOTER OF GREENWOOD
PO BOX 3512
GREENWOOD SC 29648

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                                  Case number *(if known)* **18-05838**

**3.646.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ROTO-ROOTER PLUMBING
PO BOX 2834
IRMO SC 29063

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,138.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.647.** **Nonpriority creditor's name and mailing address**

ROTO-ROOTER SEWER SERVICE
P O BOX 488
GREENEVILLE TN 37744-0488

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,390.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.648.** **Nonpriority creditor's name and mailing address**

ROTO-ROOTER-FAYETTEVILLE
PO BOX 669
FAYETTEVILLE NC 28302

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,243.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

**3.649.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROTO-ROOTER-HICKORY
PO BOX 1508
HICKORY NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

$550.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.650.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RUSHTON GENERAL CONTRACTING
195 FOREST ROAD
LINCOLNTON NC 29092

☐ Contingent
☐ Unliquidated
☐ Disputed

$854.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.651.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RUTHERFORD HEATING & AIR, INC
737 EAST MAINT STREET
SPINDALE NC 28160

☐ Contingent
☐ Unliquidated
☐ Disputed

$942.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

---

3.652. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

SAFE GARD PRODUCTS
PO BOX 88043
CHICAGO IL 60680-1043

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,664.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.653. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

SANDY SPRINGS WATER DIST.
PO BOX 730
SANDY SPRINGS SC 29677

☐ Contingent
☐ Unliquidated
☐ Disputed

$133.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.654. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

SAWYERS PRODUCE
2350 EBENEZER RD
ROCK HILL SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

$84.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

**3.655.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SC DEPT OF LLR
PO BOX 11329
COLUMBIA SC 29211-1329

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.656.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SC DEPT. OF REVENUE
PO BOX 125
COLUMBIA SC 29214-0215

☐ Contingent
☐ Unliquidated
☐ Disputed

$29.81

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.657.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SCANA ENERGY
PO BOX 100157
COLUMBIA SC 29202-3157

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,624.91

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.658.   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:     **Amount of claim**
*Check all that apply.*

SCEPF                                                                                                    $1,200.00
PO BOX 2174
CAMDEN SC 29020                                            ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**

VARIOUS                                                    TRADE PAYABLE

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.659.   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:     **Amount of claim**
*Check all that apply.*

SCOTTS EQUIPMENT REPAIR                                                                                   $470.05
122 CHILDERS CIRCLE
PIEDMONT SC 29673                                          ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**

VARIOUS                                                    TRADE PAYABLE

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.660.   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:     **Amount of claim**
*Check all that apply.*

SEATING CONSULTANTS INC                                                                                   $90.50
323 PEIRCE STREET NE
MINNEAPOLIS MN 55413                                       ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**

VARIOUS                                                    TRADE PAYABLE

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

3.661.  **Nonpriority creditor's name and mailing address**

SELF OPPORTUNITY INC
PO BOX 292788
LEWISVILLE TX 75029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $2,990.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.662.  **Nonpriority creditor's name and mailing address**

SENECA LIGHT & WATER PLANT
PO BOX 4773
SENECA SC 29679

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $2,631.97 |

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.663.  **Nonpriority creditor's name and mailing address**

SERVICE PLUMBING
PO BOX 2031
BLAIRSVILLE GA 30514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $1,710.45 |

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                                    Case number *(if known)* **18-05838**

---

**3.664.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.664.** **Nonpriority creditor's name and mailing address**

SERVICES AND BEYOND
409 N GREEN STREET
MORGANTON NC 28655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$8,222.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.665.** **Nonpriority creditor's name and mailing address**

SFA FIRE PROTECTION INC
4809 S MAIN ST
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$391.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.666.** **Nonpriority creditor's name and mailing address**

SHEALY ELECTRICAL WHOLESALERS
120 SAXE GOTHA ROAD
WEST COLUMBIA SC 29172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$127.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

3.667. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

SHORE'S DOORS AND MOORE
60 MIDLOTHIAN DR
SOUTHERN PINES NC 28387

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,275.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.668. **Nonpriority creditor's name and mailing address**

SHRED-IT USA
28883 NETWORK PLACE
CHICAGO IL 60673-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,292.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.669. **Nonpriority creditor's name and mailing address**

SIB DEVELOPMENT & CONSULTING, INC
PO BOX 100199
COLUMBIA SC 29202-3199

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26,818.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.670. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.670.   **Nonpriority creditor's name and mailing address**

SIB FIXED REDUCTION
PO BOX 100199
COLUMBIA SC 29202-3199

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.671.   **Nonpriority creditor's name and mailing address**

SIGN SYSTEMS, INC
PO BOX 3767
HICKORY NC 28603

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,464.61

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.672.   **Nonpriority creditor's name and mailing address**

SINCLAIR BROADCAST
C/O WCYB
PO BOX 206270
DALLAS TX 75320-6270

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,425.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| 3.673. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.673.    **Nonpriority creditor's name and mailing address**

SINCLAIR BROADCAST GROUP
C/O WACH
PO BOX 206270
DALLAS TX 75320-6270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,092.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.674.    **Nonpriority creditor's name and mailing address**

SISSON, TRYON
TY SISSON
1279 WESTWIND CIR
WESTLAKE VILLAGE CA 91361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$124,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.675.    **Nonpriority creditor's name and mailing address**

SKIPPER, JAMES E
528 JAMESTOWN AVE
DARLINGTON SC 29532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.676.  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SMITH GLASS
64 BRACKETT'S WAY
BLAIRSVILLE GA 30512

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.677.  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SMITH,GARY AND MARGARET
123 PECAN LN
CAYCE SC 29033

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$150,176.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.678.  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SMOKY MOUNTAIN CENTER
1028 GEORGIA ROAD
FRANKLIN NC 28734

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.679.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SNAGAJOB/PEOPLEMATTER
32978 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0329

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,172.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.680.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTH CAROLINA DEPT REVENUE
POST BOX 2535
COLUMBIA SC 29202-2535

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$209.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.681.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTH CAROLINA ELECTRIC & GAS
PO BOX 100255
COLUMBIA SC 29202-3255

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$51,799.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 3.682. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN BAKING
419 THE PARKWAY
PMB 115
GREER SC 29650

☐ Contingent
☐ Unliquidated
☐ Disputed

$23.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.683. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN FILTER SERVICES,INC
PO BOX 44571
ATLANTA GA 30336

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,152.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.684. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN LIGHTING SERVICES
PO BOX 7599
OCEAN ISLE BEACH NC 28469-1599

☐ Contingent
☐ Unliquidated
☐ Disputed

$554.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**    Case number *(if known)* **18-05838**

| 3.685. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.685.**

**Nonpriority creditor's name and mailing address**

SPARTANBURG WATER SYSTEM
PO BOX 251
200 COMMERCE STREET
SPARTANBURG SC 29304

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,019.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.686.**

**Nonpriority creditor's name and mailing address**

SPECTANK
200 VICEROY ROAD, UNIT 15
VAUGHAN ON L4K 3N8
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.687.**

**Nonpriority creditor's name and mailing address**

SPENDIFFERENCE
SPENDIFFERENCE, LLC
C/O MARYANNE ROSE, CEO
2000 CLAY STREET
STE 300
DENVER CO 80211

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$115,605.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

SETTLEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.688. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STAIN-PRO CARPET CLEANING
5417 FLEMINGTON RD
ELLABELL GA 31308

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.689. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STANLEY STEEMER
3169 NATAL ST
FAYETTEVILLE NC 28306

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$422.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.690. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STANLEY STEEMER OF COLUMBIA
710 B BUCKNER RD
COLUMBIA SC 29203

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$596.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

---

**3.691.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STANLEY STEEMER OF TRI-CITIES
1171 SHIPP STREET
SUITE A
KINGSPORT TN 37660

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,244.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.692.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STAPLES BUSINESS ADVANTAGE
DEPT ATL
PO BOX 405386
ATLANTA GA 30384-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,134.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.693.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STATE DISBURSEMENT UNIT
PO BOX 5400
CAROL STREAM IL 60197-5400

☐ Contingent
☐ Unliquidated
☐ Disputed

$87.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

| 3.694. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.694.  **Nonpriority creditor's name and mailing address**

STATE DISBURSEMENT UNIT
PO BOX 17396
BALTIMORE MD 21297

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.695.  **Nonpriority creditor's name and mailing address**

STEAM SOURCE
3049 SALEM INDUSTRIAL DRIVE
WINSTON-SALEM NC 27127

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,292.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.696.  **Nonpriority creditor's name and mailing address**

STEAMASTER
553 SOUTH BOUNDARY
CAMDEN SC 29020

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,320.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                                 Case number *(if known)* **18-05838**

---

**3.697.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

STEVENS & STEVENS BRM, INC
PO BOX 388
PINELLAS PARK FL 33780-0388

☐ Contingent
☐ Unliquidated
☐ Disputed

$119.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.698.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

STORAGE 24/7
338 SUMTER HWY
CAMDEN SC 29020

☐ Contingent
☐ Unliquidated
☐ Disputed

$48.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.699.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

$90,469.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**3.700.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

$91,088.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.701.** **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$88,006.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.702.** **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$79,178.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                   Case number *(if known)* **18-05838**

**3.703.**  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $94,681.21 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.704.**  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $97,751.95 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.705.**  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $91,033.58 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.706. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

$84,482.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.707. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

$61,312.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.708. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

$74,042.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.709. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.709.  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$94,397.62

---

3.710.  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$92,112.98

---

3.711.  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$74,643.92

---

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.712. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.712.  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$86,933.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.713.  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING I LLC
MICHAEL T BENNETT
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$78,372.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.714.  **Nonpriority creditor's name and mailing address**

STORE MASTER FUNDING V LLC
8501 E. PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$64,277.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.715. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

| | *Check all that apply.* | |

SUMMIT MEDIA
DEPT #2409
PO BOX 11407
BIRMINGHAM AL 35246-2409

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.716. **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
*Check all that apply.*

SURE TEMP REFRIGERATION LLC
4912 AUGUSTA RD
SAVANNAH GA 31408

☐ Contingent
☐ Unliquidated
☐ Disputed

$562.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.717. **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
*Check all that apply.*

SUSO3 HOLDING
32738 COLLECTION CENTER DR
CHICAGO IL 60693-0327

☐ Contingent
☐ Unliquidated
☐ Disputed

$51,568.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

**3.718.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|||

SWAFFORD PLUMBING LLC
133B W FREEMAN RD
WESTMINSTER SC 29693

$135.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.719.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

T ALLEN ELECTRIC, INC
1466 UPPER BETHANY ROAD
BALL GROUND GA 30107

$397.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.720.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

T.P. HOWARD'S PLUMBING CO., INC
90 NUMBER NINE ROAD
FAIRVIEW NC 28730

$273.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

3.721.  **Nonpriority creditor's name and mailing address**

TAYLOR, JOHN M
1986 OLD BALSAM RD
WAYNESVILLE NC 28786

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.722.  **Nonpriority creditor's name and mailing address**

TAYLORS MINI WAREHOUSE
221 W MAIN ST
TAYLORS SC 29687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,545.00

---

3.723.  **Nonpriority creditor's name and mailing address**

TECH-TRONICS MICRAWAVE REPAIR
220 A THREE BROTHERS DRIVE
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,530.39

---

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

---

**3.724.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TED NICHOLS
413 BRIGHTON WOODS DRIVE
MOORE SC 29369

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,286.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OP PAYOUT BALANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.725.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TENNESSEE CHILD SUPPORT
P.O. BOX 305200
NASHVILLE TN 37229

☐ Contingent
☐ Unliquidated
☐ Disputed

$188.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.726.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE BARS PROGRAM
7112 WEST JEFFERSON AVE
LAKEWOOD CO 80235

☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                          Case number *(if known)* **18-05838**

| 3.727. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.727.   **Nonpriority creditor's name and mailing address**

THE BOELTER COMPANIES
PO BOX 8741
CAROL STREAM IL 60197-8741

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$76.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.728.   **Nonpriority creditor's name and mailing address**

THE JOURNAL
601 PENNSYLVANIA AVE NW STE 900
WASHINGTON DC 20004-3615

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$175.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.729.   **Nonpriority creditor's name and mailing address**

THE KNOT
11106 MOCKINGBIRD DRIVE
OMAHA NE 68137

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$735.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

3.730.   **Nonpriority creditor's name and mailing address**

THE PLUMBING EXPERTS
3307B NEW EASLEY HIGHWAY
GREENVILLE SC 29611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$407.00

---

3.731.   **Nonpriority creditor's name and mailing address**

THE SEALS
1914 J.N PEASE PLACE
CHARLOTTE NC 28262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,382.31

---

3.732.   **Nonpriority creditor's name and mailing address**

THE SEAT DOCTOR
110 HERNDON SPRINGS
GROVER NC 28073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$8,735.00

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

3.733.  **Nonpriority creditor's name and mailing address**

THE SHERWIN-WILLIAMS CO
234 E BLACKSTOCK RD
SPARTANBURG SC 29301-2607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,266.85 |

---

3.734.  **Nonpriority creditor's name and mailing address**

THE STATE MEDIA
RAUCH MILLIKEN, INC.
CORPORATE INVESTIGATOR
P.O. BOX 8390
METARIE LA 70011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.735.  **Nonpriority creditor's name and mailing address**

THE STATE NEWSPAPER
PO BOX 51878
LIVONIA MI 48151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,123.63 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 3.736. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE VANS STEENNIS FAMILY TRUST
PETER VAN STEENIS
202 KALKAR DR
SANTA CRUZ CA 95060

☐ Contingent
☐ Unliquidated
☐ Disputed

$65,395.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.737. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE WASSERSTROM COMPANY
477 SOUTH FRONT ST
COLUMBUS OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,098.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.738. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE WATER COMMISSION
PO BOX 368
GREENEVILLE TN 37744

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,595.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                     Case number *(if known)* **18-05838**

---

**3.739.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS & COMPANY
PO BOX 645555
CINCINNATI OH 45264-5555

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.740.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS & THORNGREN
PO BOX 280100
NASHVILLE TN 37228

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.741.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMPSON ELECTRICAL SERVICE
295 EASTERN STAR ROAD
KINGSPORT TN 37663

☐ Contingent
☐ Unliquidated
☐ Disputed

$608.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**3.742.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THRIFT BROTHERS
TUCK HYDRICK
PO BOX 1293
SENECA SC 29679

$89,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.743.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THRIFT BROTHERS, INC.
TRUST BROTHER
P.O. BOX 1293
SENECA SC 29579

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.744.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TIDEWATER LANDSCAPE MANAGEMENT
PO BOX 7571
GARDEN CITY GA 31418

$1,464.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

**3.745.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TIDWELL, GWENDOLIN
200 SPARGER RD
BRISTOL TN 37620

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.746.** | **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
PO BOX 70872
CHARLOTTE NC 28272-0872

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim
$1,469.22

---

**3.747.** | **Nonpriority creditor's name and mailing address**

TIMER WARNER CABLE
BOX 223085
PITTSBURGH PA 15251-2085

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim
$274.93

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

**3.748.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.748.**

**Nonpriority creditor's name and mailing address**

TIMES AND DEMOCRAT
PO DRAWER 1766
ORANGEBURG SC 29115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$277.89

---

**3.749.**

**Nonpriority creditor's name and mailing address**

TONYA SWARTHOUT
446 OLD HICKORY CIRCLE
MT CARMEL TN 37645

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$118.35

---

**3.750.**

**Nonpriority creditor's name and mailing address**

TONY'S PLUMBING & GAS PIPING
120 OLETA RD
HENDERSONVILLE NC 28792

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$331.00

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.751.

**Nonpriority creditor's name and mailing address**

TONY'S PLUMBING REPAIRS & SERVICES
107 MEEKS RD
BLAIRSVILLE GA 30512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,046.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.752.

**Nonpriority creditor's name and mailing address**

TOPSHELF
1545 WESTERN AVE
SUITE 210
KNOXVILLE TN 37921

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.753.

**Nonpriority creditor's name and mailing address**

TOSHIBA BUSINESS SOLUTIONS
9201 SOUTHERN PINE BLVD
SUITE J
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$68.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**3.754.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TOWN OF CHERAW WATER WORKS
PO BOX 219
CHERAW SC 29520

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,134.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.755.** **Nonpriority creditor's name and mailing address**

TOWN OF DUBLIN
PO BOX 1066
DUBLIN VA 24084

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,156.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.756.** **Nonpriority creditor's name and mailing address**

TOWN OF FOREST CITY
PO BOX 728
FOREST CITY NC 28043-0728

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,983.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.757.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.757.**

**Nonpriority creditor's name and mailing address**

TOWN OF FRANKLIN
PO BOX 1479
FRANKLIN NC 28744

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$583.81

---

**3.758.**

**Nonpriority creditor's name and mailing address**

TOWN OF LEXINGTON
PO BOX 397
LEXINGTON SC 29071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,874.61

---

**3.759.**

**Nonpriority creditor's name and mailing address**

TRI STATE UPHOLSTERY
2966 NC HWY 69
HAYESVILLE NC 28904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$480.00

---

Debtor    **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.760.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TRIANGLE SAFE & LOCK, INC.
1400 SUNSET BLVD
WEST COLUMBIA SC 29169

$412.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             TRADE PAYABLE

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.761.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

TRIPLE C LAWN CARE
PO BOX 523
FRANKLIN NC 28744

$450.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             TRADE PAYABLE

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.762.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

TROUBLESHOOTER
PO BOX 3416
WEST COLUMBIA SC 29171

$57,936.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             TRADE PAYABLE

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

3.763.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

TRUVISTA
PO BOX 189                                                             $481.87
CHESTER SC 29706-0189                                ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**

VARIOUS                                                                TRADE PAYABLE

**Last 4 digits of account number:**                    **Is the claim subject to offset?**

☑ No

☐ Yes

3.764.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

TWC SERVICES
PO BOX 1612                                                            $11,515.91
DES MOINES IA 50306-1612                             ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**

VARIOUS                                                                TRADE PAYABLE

**Last 4 digits of account number:**                    **Is the claim subject to offset?**

☑ No

☐ Yes

3.765.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

ULRICH JACOB
2133 TWIN BRIDGE DR                                                    $215.00
FLORENCE SC 29505                                    ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**

VARIOUS                                                                TRADE PAYABLE

**Last 4 digits of account number:**                    **Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                              Case number *(if known)* **18-05838**

---

| 3.766. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNICOI COUNTY CHAMBER OF COMMERCE
PO BOX 713
ERWIN TN 37650

☐ Contingent

☐ Unliquidated

☐ Disputed

$440.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.767. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNIFIED GOVERNMENT OF ATHENS-CLARKE
COUNTY
PO BOX 117096
ATLANTA GA 30368-7096

☐ Contingent

☐ Unliquidated

☐ Disputed

$38.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.768. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNITED STATES TRAFFIC NETWORK, LLC
PO BOX 639181
CINCINNATI OH 45263-9181

☐ Contingent

☐ Unliquidated

☐ Disputed

$13,260.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

| 3.769. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.769.  **Nonpriority creditor's name and mailing address**

UNITEDHEALTHCARE
22703 NETWORK PLACE
CHICAGO IL 60673-1227

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,079.54

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.770.  **Nonpriority creditor's name and mailing address**

UPSTATE EVENT SERVICES
1225 PENDLETON ST
SUITE 6
GREENVILLE SC 29611

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$629.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.771.  **Nonpriority creditor's name and mailing address**

UPWARD STAR CENTER
9768 WARREN H ABERNATHY HWY
SPARTANBURG SC 29301

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **CAFE ENTERPRISES, INC.**                                                                    Case number *(if known)* **18-05838**

| 3.772. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.772.  **Nonpriority creditor's name and mailing address**

URQUHART PLUMBING, INC
PO BOX 12063
FLORENCE SC 29504

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,292.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.773.  **Nonpriority creditor's name and mailing address**

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105081
ATLANTA GA 30348-5081

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.774.  **Nonpriority creditor's name and mailing address**

UTILITY AUDIT SOLUTIONS, LLC
405 GRAY FOX SQUARE
TAYLORS SC 29687-4074

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$112.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

**3.775.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

VALASSIS DIGITAL
MAXPOINT INTERACTIVE, INC
PO BOX 360668
PITTSBURGH PA 15251-6668

☐ Contingent
☐ Unliquidated
☐ Disputed

$138,735.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.776.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

VALLEY RENTALS
1401 MORGANTON BLVD
LENIOR NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

$683.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.777.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

VAN STEENIS FAMILY TRUST
PETER VAN STEENIS
202 KALKAR DR
SANTA CRUZ CA 95060

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

---

| | | |
|---|---|---|
| 3.778. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.778.** **Nonpriority creditor's name and mailing address**

VANDELAY
JIM MCLEAN
3578 ST MATTHEWS RD NE
ORANGEBURG SC 29118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$70,116.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.779.** **Nonpriority creditor's name and mailing address**

VAN'S ELECTRIC, INC
123 WEST PALMER STREET
SUITE 1
FRANKLIN NC 28734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$693.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.780.** **Nonpriority creditor's name and mailing address**

VELOSIO
5747 PERIMETER DR
SUITE 200
DUBLIN OH 43017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,873.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

| 3.781. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VERIZON
PO BOX 660108
DALLAS TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

$405.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.782. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VICTOR DURAN LAWN SERVICE
302 MOUNTAIN VIEW DR
SENECA SC 29678

☐ Contingent
☐ Unliquidated
☐ Disputed

$660.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.783. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VIKING FIRE PROTECTION, INC
PO BOX 527
HIGH POINT NC 27261

☐ Contingent
☐ Unliquidated
☐ Disputed

$660.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

3.784. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

W.A. RHYMER ELECTRIC
600 BRIDLEMAN RD
BRISTOL TN 37620

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$446.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.785. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WALDROP HEATING & AIR CONDITIO
PO BOX 369
REIDVILLE SC 29375

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,953.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.786. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WALKUP ELECTRICAL CONSTRUCTION, LLC
3233 SOUTH CASHUA DR
FLORENCE SC 29501

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$4,801.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

3.787. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WALT'S LOCK & KEY INC
3623 MAIDEN HWY
LINCOLNTON NC 28092

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$491.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.788. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WARNER ROBINS CHAMBER OF COMMERCE
1228 WATSON BLVD
WARNER ROBINS GA 31093

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$193.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.789. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WARNER ROBINS WESTGATE LLC
JACK JAMISON
550 SOUTH MAIN ST
STE 300
GREENVILLE SC 29601

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$160,081.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 332 of 347

Debtor   **CAFE ENTERPRISES, INC.**                                                Case number *(if known)* **18-05838**

---

3.790. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

WARNER, FRANCES
200 JACKSON RUN
MORGANTON NC 28655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.791. **Nonpriority creditor's name and mailing address**

WATTS & ASSOCIATES
PO BOX 21273
COLUMBIA SC 29221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$660.22

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.792. **Nonpriority creditor's name and mailing address**

WE CARE HEATING & AIR
924 S HOUSTON LAKE RD
WARNER ROBINS GA 31088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$178.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

---

3.793. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WHALEY FOODSERVICE REPAIRS
PO BOX 615
LEXINGTON SC 29071

☐ Contingent
☐ Unliquidated
☐ Disputed

$540.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.794. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WHITE HARBOUR PLUMBING INC
23306 WHITE HARBOUR ROAD
SENECA SC 29672

☐ Contingent
☐ Unliquidated
☐ Disputed

$117.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.795. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WILKERSON PLUMBING, LLC
214 MIDWAY TERRACE
GARRNEY SC 29341

☐ Contingent
☐ Unliquidated
☐ Disputed

$195.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **CAFE ENTERPRISES, INC.**                                                      Case number *(if known)* **18-05838**

---

3.796.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

WILLIAMSON SVU LLC                                                                      $8,912.50
6 GLENDA LANE
GREENVILLE SC 29607    ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

---

3.797.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

WINDS CROSSING                                                                          UNDETERMINED
BOB CHRISTL
7711 BRIARDENN DR    ☒ Contingent
SUMMERFIELD NC 27358
☒ Unliquidated

☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

_____    LITIGATION

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

---

3.798.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

WINDS CROSSING                                                                          $97,300.00
BOB CHRISTL
7711 BRIARDENN DR    ☐ Contingent
SUMMERFIELD NC 27358
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    LANDLORD CLAIM

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                        Case number *(if known)* **18-05838**

---

**3.799.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

WINDSTREAM
PO BOX 9001908
LOUISVILLE KY 40290-1908

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,548.21

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.800.** **Nonpriority creditor's name and mailing address**

WJHL
33096 COLECTION CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,367.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.801.** **Nonpriority creditor's name and mailing address**

WLON/AM 1050 RADIO
3312 W PETERSON AVE
CHICAGO IL 60659

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$360.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**

Case number *(if known)* **18-05838**

---

3.802. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WOLO
5807 SHKESPEARE RD
COLUMBIA SC 29223

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,802.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.803. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WOODS PLUMBING
PO BOX 502
PATTERSON NC 28661

☐ Contingent
☐ Unliquidated
☐ Disputed

$709.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.804. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WYYZ 1490AM & 102.7FM
268 HOOD RD
JASPER GA 30143

☐ Contingent
☐ Unliquidated
☐ Disputed

$816.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

**3.805.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

YAHNNIS COASTAL
1864 HUSTED RD
CONWAY SC 29526

$41.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.806.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

YELP INC
PO BOX 204393
DALLAS TX 75320-4393

$18,225.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.807.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

YORK COUNTY CHAMBER
PO BOX 590
ROCK HILL SC 29731

$398.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 3.808. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YORK COUNTY NATURAL GAS
PO BOX 11907
ROCK HILL SC 29731-1907

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,869.56

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.809. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZEROREZ
450 DEANNA LANE, STE C
CHARLESTON SC 29492-8526

☐ Contingent
☐ Unliquidated
☐ Disputed

$396.55

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.810. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZORN CONSULTING LLC
325 BANNING ST
COPE SC 29038

☐ Contingent
☐ Unliquidated
☐ Disputed

$95.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| AIKENS & DAVENPORT, PC<br>DANIEL J. DAVENPORT<br>P.O. BOX 923<br>BLAIRSVILLE GA 30514 | Part 2 line 3.539 | _____ |
| BROWN, MASSEY, EVANS, MCLEOD &<br>HAYNSWORTH, LLC<br>KNOX L. HAYNSWORTH, III<br>P.O. BOX 2464<br>GREENVILLE SC 29602 | Part 2 line 3.399 | _____ |
| BRUCE DRESSLER<br>DANIEL K FELKER ESQ<br>HUCKS AND FELKER PA<br>9610 TWO NOTCH RD STE 5<br>COLUMBIA SC 29223 | Part 2 line 3.266 | _____ |
| BUIST, BYARS, TAYLOR, LLC<br>G. HAMLIN O'KELLEY<br>652 COLEMAN BLVD., STE 200<br>MOUNT PLEASANT SC 29464 | Part 2 line 3.504 | _____ |
| BUIST, BYARS, TAYLOR, LLC<br>G. HAMLIN O'KELLEY<br>652 COLEMAN BLVD., STE 200<br>MOUNT PLEASANT SC 29464 | Part 2 line 3.466 | _____ |
| CAROLINA CHILD CARE PROPERTIES<br>RANDY DAVIS<br>887 JOHNNIE DODDS BLVD<br>MT. PLEASANT SC 29464 | Part 2 line 3.125 | _____ |
| CAROLINA CHILD CARE PROPERTIES<br>RANDY DAVIS<br>887 JOHNNIE DODDS BLVD<br>MT. PLEASANT SC 29464 | Part 2 line 3.124 | _____ |
| CAROLINA CHILDCARE PROPERTIES LLC<br>DENNIS E DREW<br>1630 AZTEC LANE<br>MT PLEASANT SC 29466-8863 | Part 2 line 3.125 | _____ |
| CARRUTHERS & ROTH, PA<br>J. PATRICK HAYWOOD RACHEL SCOTT DECKER<br>P.O. BOX 540<br>GREENSBORO NC 27402 | Part 2 line 3.797 | _____ |
| CITY OF ROCKINGHAM<br>SHANNON PANKEY<br>514 ROCKINGHAM ROAD<br>ROCKINGHAM NC 28379 | Part 2 line 3.190 | _____ |
| CRAIG LAW FIRM, PLLC<br>SAM B. CRAIG<br>PO.O. BOX 1861<br>ASHEVILLE NC 28802-1861 | Part 2 line 3.538 | _____ |

Debtor    **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| DEANE, EILLIAMS & DEANNE<br>KELLY G. WILLIAMS<br>P.O. BOX 1416<br>ROCKINGHAM NC 28380 | Part 2 line 3.343 | _____ |
| DERRICK RITTER WILLIAMS & MORRIS, PA<br>ANDREW K. HOLLIDAY<br>P.O. BOX 795<br>SENECA SC 29679 | Part 2 line 3.743 | _____ |
| EVANS & SHELLEY, PA<br>WESLEY R SHELLEY<br>P.O. DRAWER 1330<br>MARION NC 28752 | Part 2 line 3.477 | _____ |
| FISHBOWL INC<br>DOUGLAS POPPEN<br>PO BOX 740513<br>ATLANTA GA 30374-0513 | Part 2 line 3.315 | _____ |
| GRAYBILL, LANSCHE & VINZANI, LLC<br>JAKE BARKER AND BRETT D. BUDLONG<br>225 SEVEN FARMS DR., STE 207<br>CHARLESTON SC 29496 | Part 2 line 3.368 | _____ |
| HAMILTON CHASE CITADEL LLC<br>JUSTIN DEAN<br>PO BOX 468<br>SOLVANG CA 93464 | Part 2 line 3.368 | _____ |
| HAMILTON CHASECITADEL LLC<br>JUSTIN DEAN<br>PO BOX 468<br>SOLVANG CA 93464 | Part 2 line 3.367 | _____ |
| INFINITY MARKETING SOLUTIONS INC<br>TONY WILLIAMS<br>874 S PLEASNTBURG DR<br>STE A<br>GREENVILLE SC 29607 | Part 2 line 3.399 | _____ |
| KOURY CORP<br>ALEX MUNOZ<br>2275 VANSTORY ST<br>STE 200<br>GREENSBORO NC 27403 | Part 2 line 3.444 | _____ |
| KOURY CORP<br>ALEX MUNOZ<br>2275 VANSTORY ST<br>STE 200<br>GREENSBORO NC 27403 | Part 2 line 3.442 | _____ |
| KOURY CORP<br>ALEX MUNOZ<br>2275 VANSTORY ST<br>STE 200<br>GREENSBORO NC 27403 | Part 2 line 3.442 | _____ |
| KOURY CORPORATION<br>DOUGLAS M HEBERLE<br>2275 VANSTORY ST STE 200<br>GREENSBORO NC 27407 | Part 2 line 3.444 | _____ |
| KOURY CORPORATION<br>DOUGLAS M HEBERLE<br>2275 VANSTORY ST STE 200<br>GREENSBORO NC 27407 | Part 2 line 3.442 | _____ |
| MATTHEW W. PADGETT<br>7013 EVANS TOWN CENTER BLVD., STE. 502<br>EVANS GA 30809 | Part 2 line 3.541 | _____ |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| MCGRADY-PERDUE HEATING AND COOLING INC<br>CAROLYN PERDUE<br>690 N FRANKLIN ST<br>CHRISTIANSBURG VA 24073 | Part 2 line 3.478 | _____ |
| MELIAH BOWERS JEFFERSON<br>GREGORY J. ENGLISH<br>P.O. BOX 728<br>GREENVILLE SC 29602-0728 | Part 2 line 3.777 | _____ |
| MELIAH BOWERS JEFFERSON<br>GREGORY J. ENGLISH<br>P.O. BOX 728<br>GREENVILLE SC 29602-0728 | Part 2 line 3.736 | _____ |
| MELIAH BOWERS JEFFERSON<br>GREGORY J. ENGLISH<br>P.O. BOX 728<br>GREENVILLE SC 29602-0728 | Part 2 line 3.736 | _____ |
| MILESTONE PARTNERS III LP<br>555 EAST LANCASTER AVE<br>STE 500<br>RADNOR PA 19087 | Part 2 line 3.74 | _____ |
| MILESTONE PARTNERS III LP 2<br>555 EAST LANCASTER AVE<br>STE 500<br>RADNOR PA 19087 | Part 2 line 3.74 | _____ |
| MOORE & VAN ALLEN PLLC<br>DAVID B WHEELER;REID E DYER<br>78 WENTWORTH ST<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | Part 2 line 3.74 | _____ |
| MOORE & VAN ALLEN PLLC<br>DAVID B WHEELER;REID E DYER<br>78 WENTWORTH ST<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | Part 2 line 3.533 | _____ |
| MOORE & VAN ALLEN PLLC<br>DAVID B WHEELER;REID E DYER<br>78 WENTWORTH ST<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | Part 2 line 3.534 | _____ |
| MOORE & VAN ALLEN PLLC<br>DAVID B WHEELER;REID E DYER<br>78 WENTWORTH ST<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | Part 2 line 3.535 | _____ |
| MOORE & VAN ALLEN PLLC<br>DAVID B WHEELER;REID E DYER<br>78 WENTWORTH ST<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | Part 2 line 3.536 | _____ |
| MOORE & VAN ALLEN PLLC<br>DAVID B WHEELER;REID E DYER<br>78 WENTWORTH ST<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | Part 2 line 3.537 | _____ |
| MRB LLC<br>VALEEN BROWN<br>PO BOX 161413<br>BOILING SPRINGS SC 29316 | Part 2 line 3.504 | _____ |

Debtor    **CAFE ENTERPRISES, INC.**                                           Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| MRB LLC<br>VALEEN BROWN<br>PO BOX 161413<br>BOILING SPRINGS SC 29316 | Part 2 line 3.502 | _____ |
| NCR CORP<br>PO BOX 198755<br>ATLANTA GA 30384-8755 | Part 2 line 3.513 | _____ |
| OLD MILL STREAM LLC<br>PO BOX 24169<br>GREENVILLE SC 29616 | Part 2 line 3.538 | _____ |
| OLD MILL STREAM LLC<br>PO BOX 24169<br>GREENVILLE SC 29616 | Part 2 line 3.539 | _____ |
| OLD MILL STREAM LLC<br>PO BOX 24169<br>GREENVILLE SC 29616 | Part 2 line 3.540 | _____ |
| OLD MILL STREAM LLC<br>PO BOX 24169<br>GREENVILLE SC 29616 | Part 2 line 3.541 | _____ |
| OLD MILL STREAM LLC<br>PO BOX 24169<br>GREENVILLE SC 29616 | Part 2 line 3.542 | _____ |
| OLD MILL STREAM LLC<br>PO BOX 24169<br>GREENVILLE SC 29616 | Part 2 line 3.532 | _____ |
| OLD MILL STREAM LLC<br>WILLIAM H BURTON III<br>491 CONNECTICUT AVE<br>SPARTANBURG SC 29302 | Part 2 line 3.538 | _____ |
| OLD MILL STREAM LLC<br>WILLIAM H BURTON III<br>491 CONNECTICUT AVE<br>SPARTANBURG SC 29302 | Part 2 line 3.539 | _____ |
| OLD MILL STREAM LLC<br>WILLIAM H BURTON III<br>491 CONNECTICUT AVE<br>SPARTANBURG SC 29302 | Part 2 line 3.540 | _____ |
| OLD MILL STREAM LLC<br>WILLIAM H BURTON III<br>491 CONNECTICUT AVE<br>SPARTANBURG SC 29302 | Part 2 line 3.541 | _____ |
| OLD MILL STREAM LLC<br>WILLIAM H BURTON III<br>491 CONNECTICUT AVE<br>SPARTANBURG SC 29302 | Part 2 line 3.542 | _____ |
| PHIL D. DONNAN<br>4 ARBORLAND WAY<br>GREENVILLE SC 29615 | Part 2 line 3.629 | _____ |
| PLAYER MCLEAN, LLP<br>LONNIE M. PLAYER, JR.<br>P.O. BOX 88095<br>FAYETTEVILLE NC 28304 | Part 2 line 3.436 | _____ |
| PP GASTON MALL<br>CHARLIE PEARSON<br>1422 BURTONWOOD DR<br>STE 200<br>GASTONIA NC 28054 | Part 2 line 3.576 | _____ |

Debtor    **CAFE ENTERPRISES, INC.**                                                              Case number *(if known)* **18-05838**

PP GASTON MALL                          Part 2 line 3.574                    _____
CHARLIE PEARSON
1422 BURTONWOOD DR
STE 200
GASTONIA NC 28054

PP-GASTON MALL, LLC                      Part 2 line 3.574                    _____
PP GASTON MALL
CHARLIE PEARSON
1422 BURTONWOOD DR
STE 200
GASTONIA NC 28054

RESTAURANT TECHNOLOGIES INC              Part 2 line 3.622                    _____
DEREK ZSCHOKKE
12962 COLLECTIONS CTR DR
CHICAGO IL 60693

SMITH & HASKELL LAW FIRM RIVERS T. JENKINS,   Part 2 line 3.125               _____
III
WILLIAM MCBEE SMITH PAUL F. TECKLENBURG
218 E. HENRY ST.
SPARTANBURG SC 29306

SMITH & HASKELL LAW FIRM RIVERS T. JENKINS,   Part 2 line 3.125               _____
III
WILLIAM MCBEE SMITH PAUL F. TECKLENBURG
P.O. BOX 20667
CHARLESTON SC 29413

STORE MASTER FUNDING I LLC               Part 2 line 3.699                    _____
LYENA HALE
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

STORE MASTER FUNDING I LLC               Part 2 line 3.700                    _____
LYENA HALE
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

STORE MASTER FUNDING I LLC               Part 2 line 3.701                    _____
LYENA HALE
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

STORE MASTER FUNDING I LLC               Part 2 line 3.702                    _____
LYENA HALE
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

STORE MASTER FUNDING I LLC               Part 2 line 3.703                    _____
LYENA HALE
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

STORE MASTER FUNDING I LLC               Part 2 line 3.704                    _____
LYENA HALE
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

STORE MASTER FUNDING I LLC               Part 2 line 3.705                    _____
LYENA HALE
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.706 | _____ |
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.707 | _____ |
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.708 | _____ |
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.709 | _____ |
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.710 | _____ |
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.711 | _____ |
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.712 | _____ |
| STORE MASTER FUNDING I LLC<br>LYENA HALE<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | Part 2 line 3.713 | _____ |
| STORE MASTER FUNDING V LLC<br>LYENA HALE<br>8377 E HARTFORD DRIVE STE 100<br>SCOTTSDALE AZ 85255 | Part 2 line 3.714 | _____ |
| TAYLOR FOLEY, LLC<br>DAVID GLENN TAYLOR, LLM<br>171 CHURCH ST., STE. 330<br>CHARLESTON SC 29401 | Part 2 line 3.540 | _____ |
| TAYLOR FOLEY, LLC<br>DAVID GLENN TAYLOR, LLM<br>171 CHURCH ST., STE. 330<br>CHARLESTON SC 29401 | Part 2 line 3.542 | _____ |
| TAYLOR FOLEY, LLC<br>DAVID GLENN TAYLOR, LLM<br>171 CHURCH ST., STE. 330<br>CHARLESTON SC 29401 | Part 2 line 3.538 | _____ |
| TAYLOR FOLEY, LLC<br>DAVID GLENN TAYLOR, LLM<br>171 CHURCH ST., STE. 330<br>CHARLESTON SC 29401 | Part 2 line 3.539 | _____ |

Debtor   **CAFE ENTERPRISES, INC.**                                            Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| TAYLOR FOLEY, LLC<br>DAVID GLENN TAYLOR, LLM<br>171 CHURCH ST., STE. 330<br>CHARLESTON SC 29401 | Part 2 line 3.541 | _____ |
| THRIFT BROTHERS<br>TIM HYDRICK<br>PO BOX 1293<br>SENECA SC 29679 | Part 2 line 3.743 | _____ |
| THRIFT BROTHERS<br>TIM HYDRICK<br>PO BOX 1293<br>SENECA SC 29679 | Part 2 line 3.742 | _____ |
| THRIFT BROTHERS INC<br>TIM HYDRICK<br>1655 SANDIFIER BLVD<br>SENECA SC 29678 | Part 2 line 3.743 | _____ |
| TOWN OF GREENEVILLE<br>CAROLYN C SUSONG, RECORDER<br>200 N COLLEGE ST<br>GREENEVILLE TN 37745 | Part 1 line 2.193 | _____ |
| TOWN OF GREENEVILLE<br>CAROLYN C SUSONG, RECORDER<br>200 N COLLEGE ST<br>GREENEVILLE TN 37745 | Part 1 line 2.194 | _____ |
| TOWN OF GREENEVILLE<br>CAROLYN C SUSONG, RECORDER<br>200 N COLLEGE ST<br>GREENEVILLE TN 37745 | Part 1 line 2.195 | _____ |
| TOWN OF GREENEVILLE<br>CAROLYN C SUSONG, RECORDER<br>200 N COLLEGE ST<br>GREENEVILLE TN 37745 | Part 1 line 2.196 | _____ |
| TOWN OF GREENEVILLE<br>CAROLYN C SUSONG, RECORDER<br>200 N COLLEGE ST<br>GREENEVILLE TN 37745 | Part 1 line 2.197 | _____ |
| WINDS CROSSING<br>VINAY GUDENA<br>7711 BRIARDENN DR<br>SUMMERFIELD NC 27358 | Part 2 line 3.798 | _____ |
| WINDS CROSSING FC LLC<br>VINAY GUDENA<br>7711 BRIARDENN DR<br>SUMMERFIELD NC 27358 | Part 2 line 3.797 | _____ |

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $1,936,157.93 |
| **5b.** | **Total claims from Part 2** | 5b. + | $28,525,502.60 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $30,461,660.53 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** CAFE ENTERPRISES, INC. |
| **United States Bankruptcy Court for the:** District of South Carolina |
| **Case number (if known):** 18-05838 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.     **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1. | **Title of contract** SERVICES AGREEMENT | ADP RETIREMENT SVC INC 4 BECKER FARM RD MS 579 ROSELAND NJ 07068 |
| | **State what the contract or lease is for** 401K ADMINISTRATION | |
| | **Nature of debtor's interest** CONTRACT PARTY | |
| | **State the term remaining** N/A | |
| | **List the contract number of any government contract** _____ | |
| 2.2. | **Title of contract** EQUIPMENT LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** CO2 LEASE | |
| | **Nature of debtor's interest** LESSEE | AIRGAS NATIONAL WELDERS PO BOX 601985 CHARLOTTE NC 28260 |
| | **State the term remaining** _____ | |
| | **List the contract number of any government contract** _____ | |
| 2.3. | **Title of contract** SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** MUSIC SERVICE | |
| | **Nature of debtor's interest** CONTRACT PARTY | AMBIANCE RADIO 79 E DAILY DRIVE STE 263 CAMARILLO CA 93010 |
| | **State the term remaining** 06/15/19 | |
| | **List the contract number of any government contract** _____ | |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| | | | |
|---|---|---|---|
| 2.4. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNIFORMS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARAMARK UNIFORM SERVICES |
| | **State the term remaining** | 03/09/2020 | PO BOX 731676 DALLAS TX 75373 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.5. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ATLANTA SERIES OF LOCKTON |
| | **State the term remaining** | SERVICE AGREEMENT ONLY | 3280 PEACHTREE RD NE ATLANTA GA 30305 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.6. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOCATION # 0031, CONWAY, SC | |
| | **Nature of debtor's interest** | LESSEE | B AND T SAND COMPANY INC |
| | **State the term remaining** | 12/31/2021 | 715 BARRIER LN LEXINGTON SC 29073 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.7. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOCATION # 0018, LEXINGTON, SC | |
| | **Nature of debtor's interest** | LESSEE | BAILEY, GEORGE R. JR. |
| | **State the term remaining** | 03/31/2023 | 125 JETT FOREST CT NW ATLANTA GA 30327 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.8. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOCATION # 0048, AFTON RIDGE, NC | |
| | **Nature of debtor's interest** | LESSEE | BARNETT, BILL |
| | **State the term remaining** | 03/31/2034 | 11908 DARLINGTON AVE PH 2 LOS ANGELES CA 90049 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 2.9. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDE AUDIT FIRM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BDO USA, LLP |
| | **State the term remaining** | | PO BOX 642743 |
| | **List the contract number of any government contract** | | PITTSBURGH PA 15264 |

| 2.10. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CINNAMON APPLES, FIRECRACKER STICKS, POT PIE FILING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BLUE MOUNTAIN BZ, INC |
| | **State the term remaining** | 12/2018 | 1595 PEACHTREE PKWY |
| | **List the contract number of any government contract** | | CUMMING GA 30041 |

| 2.11. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOON INSURANCE AGENCY, INC. |
| | **State the term remaining** | 01/31/19 | PO BOX 671227 |
| | **List the contract number of any government contract** | | DALLAS TX 75267 |

| 2.12. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FULL SERVICE CATERING CONTRACT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOY SCOUTS OF AMERICA |
| | **State the term remaining** | N/A | PO BOX 1059 |
| | **List the contract number of any government contract** | | GASTONIA NC 28053 |

| 2.13. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUNGE |
| | **State the term remaining** | 12/31/2018 | 50 MAIN ST |
| | **List the contract number of any government contract** | | WHITE PLAINS NY 10606 |

Debtor   **CAFE ENTERPRISES, INC.**                                                              Case number *(if known)* **18-05838**

| 2.14. | **Title of contract** | GUARANTEE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | GUARANTEE AGREEMENT - FIRST LIEN DEBT | |
| | **Nature of debtor's interest** | BORROWER | |
| | **State the term remaining** | | CAFE HOLDINGS CORP |
| | | | ATTN ERIC EASTON |
| | | | 4324 WADE HAMPTON BLVD |
| | **List the contract number of any government contract** | | STE B |
| | | | TAYLORS SC 29687 |

| 2.15. | **Title of contract** | GUARANTEE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | GUARANTEE AGREEMENT - SECOND LIEN DEBT | |
| | **Nature of debtor's interest** | BORROWER | CAFE HOLDINGS CORP |
| | | | ATTN ERIC EASTON |
| | **State the term remaining** | | 4324 WADE HAMPTON BLVD |
| | | | STE B |
| | **List the contract number of any government contract** | | TAYLORS SC 29687 |

| 2.16. | **Title of contract** | GUARANTEE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | GUARANTEE AGREEMENT - MEZZANINE DEBT | |
| | **Nature of debtor's interest** | BORROWER | CAFE HOLDINGS CORP |
| | | | ATTN ERIC EASTON |
| | **State the term remaining** | | 4324 WADE HAMPTON BLVD |
| | | | STE B |
| | **List the contract number of any government contract** | | TAYLORS SC 29687 |

| 2.17. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0008, SOUTHPORT, SC | |
| | **Nature of debtor's interest** | LESSEE | CAROLINA CHILD CARE |
| | | | PROPERTIES |
| | **State the term remaining** | 03/31/2034 | RANDY DAVIS |
| | | | 887 JOHNNIE DODDS BLVD |
| | **List the contract number of any government contract** | | STE 208 |
| | | | MT. PLEASANT SC 29464 |

| 2.18. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0034, ELIZABETHTON, TN | |
| | **Nature of debtor's interest** | LESSEE | CDG REAL ESTATE TENNESSEE |
| | | | LLC |
| | **State the term remaining** | 03/31/2034 | GUO CHENG |
| | | | 9763 SCOTCH PINE DR |
| | **List the contract number of any government contract** | | SPRINGBORO OH 45066 |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.19.** **Title of contract**        GUARANTEE

State what the contract or     GUARANTEE AGREEMENT - FIRST LIEN DEBT
lease is for

Nature of debtor's interest    BORROWER

State the term remaining       _____

List the contract number of    _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CE SPORTZ LLC
ATTN ERIC EASTON
4324 WADE HAMPTON BLVD
STE B
TAYLORS SC 29687

---

**2.20.** **Title of contract**        GUARANTEE

State what the contract or     GUARANTEE AGREEMENT - SECOND LIEN DEBT
lease is for

Nature of debtor's interest    BORROWER

State the term remaining       _____

List the contract number of    _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CE SPORTZ LLC
ATTN ERIC EASTON
4324 WADE HAMPTON BLVD
STE B
TAYLORS SC 29687

---

**2.21.** **Title of contract**        GUARANTEE

State what the contract or     GUARANTEE AGREEMENT - MEZZANINE DEBT
lease is for

Nature of debtor's interest    BORROWER

State the term remaining       _____

List the contract number of    _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CE SPORTZ LLC
ATTN ERIC EASTON
4324 WADE HAMPTON BLVD
STE B
TAYLORS SC 29687

---

**2.22.** **Title of contract**        GUARANTEE

State what the contract or     GUARANTEE AGREEMENT - FIRST LIEN DEBT
lease is for

Nature of debtor's interest    BORROWER

State the term remaining       _____

List the contract number of    _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CES GASTONIA LLC
ATTN ERIC EASTON
4324 WADE HAMPTON BLVD
STE B
TAYLORS SC 29687

---

**2.23.** **Title of contract**        GUARANTEE

State what the contract or     GUARANTEE AGREEMENT - SECOND LIEN DEBT
lease is for

Nature of debtor's interest    BORROWER

State the term remaining       _____

List the contract number of    _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CES GASTONIA LLC
ATTN ERIC EASTON
4324 WADE HAMPTON BLVD
STE B
TAYLORS SC 29687

---

Debtor    **CAFE ENTERPRISES, INC.**

Case number *(if known)* **18-05838**

| 2.24. | **Title of contract** | GUARANTEE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | GUARANTEE AGREEMENT - MEZZANINE DEBT | |
| | **Nature of debtor's interest** | BORROWER | CES GASTONIA LLC |
| | **State the term remaining** | _____ | ATTN ERIC EASTON 4324 WADE HAMPTON BLVD STE B |
| | **List the contract number of any government contract** | _____ | TAYLORS SC 29687 |

| 2.25. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | RESTAURANT OPERATING PARTNER BONUS CONTRACT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHARLES REDMON |
| | **State the term remaining** | 07/03/2018 | 141 MISSED OAK DR FOREST CITY NC 28043 |
| | **List the contract number of any government contract** | _____ | |

| 2.26. | **Title of contract** | EQUIPMENT LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT/COPIER LEASE | |
| | **Nature of debtor's interest** | LESSEE | CIT |
| | **State the term remaining** | _____ | 21146 NETWORK PLACE CHICAGO IL 60673 |
| | **List the contract number of any government contract** | _____ | |

| 2.27. | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CLEMSON SPONSORSHIP | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CLEMSON TIGER SPORTS PROPERTIES |
| | **State the term remaining** | 2020 | PO BOX 843256 KANSAS CITY MO 64120 |
| | **List the contract number of any government contract** | _____ | |

| 2.28. | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PCI | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONTROL SCAN |
| | **State the term remaining** | _____ | 11475 GREAT OAKS WAY SUITE 300 |
| | **List the contract number of any government contract** | _____ | ALPHARETTA GA 30022 |

Debtor    **CAFE ENTERPRISES, INC.**                                                   Case number *(if known)* **18-05838**

| 2.29. | **Title of contract** | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BEVERAGE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DEMETRI'S GOURMET MIXES |
| | **State the term remaining** | PRICING AGREEMENT | 8230 5TH AVE. S SUITE A |
| | **List the contract number of any government contract** | _____ | SEATTLE WA 98108 |

| 2.30. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUGAR PRODUCTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DOMINO FOODS, INC |
| | **State the term remaining** | 06/30/2018 | 99 WOODS AVE S SUITE 901 |
| | **List the contract number of any government contract** | _____ | ISELIN NJ 08830 |

| 2.31. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOOD DELIVERY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DOORDASH |
| | **State the term remaining** | NA | 901 MARKET STREET SUITE 600 |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94103 |

| 2.32. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BEVERAGE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DR PEPPER SNAPPLE GROUP |
| | **State the term remaining** | 12/31/2018 | 5301 LEGACY DRIVE PLANO TX 75024 |
| | **List the contract number of any government contract** | _____ | |

| 2.33. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MARKETING MATERIAL FULLFILLMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DSI/DATA SOURCE INC |
| | **State the term remaining** | 02/04/2021 | 1400 UNIVERSAL AVENUE KANSAS CITY MO 64120 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **CAFE ENTERPRISES, INC.**                                                   Case number *(if known)* **18-05838**

| 2.34. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0011, HENDERSONVILLE, NC | |
| | **Nature of debtor's interest** | LESSEE | EAGLEWOOD PROPERTIES |
| | **State the term remaining** | 09/30/2019 | 12222 MERIT DR STE 1750 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75251 |

| 2.35. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0009, FOREST DRIVE, SC | |
| | **Nature of debtor's interest** | LESSEE | EAST FOREST PLAZA III LLC |
| | **State the term remaining** | 09/30/2020 | COLIERS KEENAN INC PO BOX 11610 |
| | **List the contract number of any government contract** | _____ | COLUMBIA SC 29211 |

| 2.36. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SEAFOOD | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EASTERN FISH COMPANY LLC |
| | **State the term remaining** | 07/31/19 | 300 FRANK W BURR BLVD SUITE 300 |
| | **List the contract number of any government contract** | _____ | TEANECK NJ 07666 |

| 2.37. | **Title of contract** | PRODUCT AND SERVICES SUPPLY AGREEMEMT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DISH MACHINES LEASE | |
| | **Nature of debtor's interest** | LESSEE | ECOLAB |
| | **State the term remaining** | _____ | PO BOX 32027 NEW YORK NY 10087 |
| | **List the contract number of any government contract** | _____ | |

| 2.38. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PEST ELIMINATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ECOLAB |
| | **State the term remaining** | _____ | 26252 NETWORK PLACE CHICAGO IL 60673 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| 2.39. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DISH MACHINE LEASES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ECOLAB INC |
| | **State the term remaining** | | ECOLAB CENTER ST PAUL MN 55102 |
| | **List the contract number of any government contract** | | |

| 2.40. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BACKGROUND AND DRUG TESTING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EMPLOYEMENT SCREENING SERVICE |
| | **State the term remaining** | 12/15/2019 | 2500 SOUTHLAKE PARK |
| | **List the contract number of any government contract** | | BIRMINGHAM AL 35244 |

| 2.41. | **Title of contract** | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHIPPING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FEDEX |
| | **State the term remaining** | | PO BOX 371461 PITTSBURGH PA 15250 |
| | **List the contract number of any government contract** | | |

| 2.42. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POSTAGE EQUIPMENT LEASE | |
| | **Nature of debtor's interest** | LESSEE | FIRST CLASS MAILING SOLUTIONS |
| | **State the term remaining** | | PO BOX 55 HICKORY NC 28603 |
| | **List the contract number of any government contract** | | |

| 2.43. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FRESHPOINT |
| | **State the term remaining** | 11/24/18 | 1200 OAKLEY INDUSTRIAL BLVD STE B |
| | **List the contract number of any government contract** | | FAIRBURN GA 30213 |

Debtor    **CAFE ENTERPRISES, INC.**                                                                 Case number *(if known)* **18-05838**

| 2.44. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POTATO/ONION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FRESHPOINT |
| | **State the term remaining** | 08/31/19 | 1200 OAKLEY INDUSTRIAL BLVD STE B |
| | **List the contract number of any government contract** | | FAIRBURN GA 30213 |

| 2.45. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOUTH CAROLINA SPONSORSHIP | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GAMECOCK SPORTS PROPERTIES |
| | **State the term remaining** | 06/30/2017 | PO BOX 16914 |
| | **List the contract number of any government contract** | | KANSAS CITY MO 64184 |

| 2.46. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PUBLIC RELATIONS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GATHALTER AND CO. LP |
| | **State the term remaining** | FEE AGREEMENT | 733 THIRD AVE. 16TH FLOOR |
| | **List the contract number of any government contract** | | NEW YORK NY 10017 |

| 2.47. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0047, POOLER, GA | |
| | **Nature of debtor's interest** | LESSEE | GEOFFREY S STUTCHMAN AND LEEHOUANG |
| | **State the term remaining** | 03/31/2034 | LEA STUCHMAN 16124 GREENWOOD LN |
| | **List the contract number of any government contract** | | MONTE SERENO CA 95030 |

| 2.48. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0032, MARION, NC | |
| | **Nature of debtor's interest** | LESSEE | GREAT MEADOWS LLC |
| | **State the term remaining** | 10/31/2020 | PO BOX 400 SPRUCE PINE NC 28777 |
| | **List the contract number of any government contract** | | |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| | | |
|---|---|---|
| 2.49. | **Title of contract** | SERVICE AGREEMENT |
| | **State what the contract or lease is for** | PR/BENEFITS SOFWARE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 06/30/2019 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREENSHADES SOFTWARE
7020 AC SKINNER PKWY
SUITE 100
JACKSONVILLE FL 32256

| | | |
|---|---|---|
| 2.50. | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | HEALTH INSURANCE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 2/1/2019 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GUARDIAN
P.O. BOX 677458
DALLAS TX 75267

| | | |
|---|---|---|
| 2.51. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOCATION # 0036, NORTH CHARLESTON, SC |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAMILTON CHASE CITADEL LLC
828 BALLARD CANYON RD
SOLVANIA CA 93463

| | | |
|---|---|---|
| 2.52. | **Title of contract** | SERVICE AGREEMENT |
| | **State what the contract or lease is for** | RESTAURANT RECOVERY INSURANCE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 07/01/19 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HCC SPECIALITY
37 RADIO CIRCLE DRIVE
MOUNT KISCO NY 10549

| | | |
|---|---|---|
| 2.53. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOCATION # 0019, FOREST CITY, NC |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 10/31/2024 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HILLTOP WAY LLC
BILL MATHIAS
504 NORTHWOOD RD
LEXINGTON SC 29072

Debtor    **CAFE ENTERPRISES, INC.**                                                        Case number *(if known)* **18-05838**

| 2.54. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PORK | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HORMEL FOODS SALES, LLC |
| | **State the term remaining** | 03/31/18 | 1 HORMEL PLACE |
| | **List the contract number of any government contract** | | AUSTIN MN 55912 |

| 2.55. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SEASONING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HOUSE-AUTRY |
| | **State the term remaining** | 07/31/2018 | PO BOX 460 |
| | **List the contract number of any government contract** | | FOUR OAKS NC 27524 |

| 2.56. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | WHOLESALE GIFT CARD SALES (SAM'S CLUB & BJ'S) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INCOMM |
| | **State the term remaining** | 7/1/2019 | 250 WILLIAMS ST |
| | **List the contract number of any government contract** | | 5TH FLOOR |
| | | | ATLANTA GA 30303 |

| 2.57. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IPFS CORPORATION |
| | **State the term remaining** | 07/01/2019 | LOCKTON |
| | **List the contract number of any government contract** | | 900 ASHWOOD PARKWAY |
| | | | SUITE 370 |
| | | | ATLANTA GA 30338 |

| 2.58. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FULL SERVICE CATERING CONTRACT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ISOTHERMAL COMMUNITY COLLEGE |
| | **State the term remaining** | N/A | THE FOUNDATION |
| | **List the contract number of any government contract** | | PERFORMING ARTS& CONFERENCE CENTER |
| | | | PO BOX 804 |
| | | | SPINDALE NC 28160 |

Debtor **CAFE ENTERPRISES, INC.** Case number *(if known)* **18-05838**

---

| 2.59. | **Title of contract** | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CORPORATE OFFICE CLEANING SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JANPRO OF THE WESTERN CAROLINA |
| | **State the term remaining** | _____ | 128 MILESTONE WAY GREENVILLE SC 29615 |
| | **List the contract number of any government contract** | _____ | |

| 2.60. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | KIDS MENU | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JUST 4 FUN LLC |
| | **State the term remaining** | 12/31/2018 | 318 SANDY SPRINGS CIRCLE ATLANTA GA 30328 |
| | **List the contract number of any government contract** | _____ | |

| 2.61. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALAD DRESSING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KEN'S FOODS INC |
| | **State the term remaining** | 12/31/2018 | PO BOX 849 MARLBOROUGH MA 01752 |
| | **List the contract number of any government contract** | _____ | |

| 2.62. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CLEMSON SPONSORSHIP | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KNOX SPORT |
| | **State the term remaining** | 6/30/2020 | 13063 WEST LINEBAUGH AVE TAMPA FL 33626 |
| | **List the contract number of any government contract** | _____ | |

| 2.63. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOCATION # 0053, GREENSBORO #2, NC | |
| | **Nature of debtor's interest** | LESSEE | KOURY CORP |
| | **State the term remaining** | 8/1/2026 | 2275 VANSTORY ST STE 200 GREENSBORO NC 27403 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

| 2.64. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0016, SHELBY, NC | |
| | **Nature of debtor's interest** | LESSEE | LIGON PROPERTIES LLC |
| | **State the term remaining** | 04/22/2024 | RICHARD LIGON 5159 PELHAM RD GREENVILLE SC 29615 |
| | **List the contract number of any government contract** | | |

| 2.65. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SENIOR MEAL PROGRAM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LINCOLNTON VOUCHER COUP |
| | **State the term remaining** | 06/30/2019 | 514 S ACADEMY ST LINCOLNTON NC 28093 |
| | **List the contract number of any government contract** | | |

| 2.66. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOOD BORNE ILLNESS LIABILITY / RESTAURANT RECOVERY | |
| | **Nature of debtor's interest** | INSURED | LLOYDS OF LONDON |
| | **State the term remaining** | 7/1/2019 | 42 WEST 54TH ST 14TH FLOOR NEW YORK NY 10019 |
| | **List the contract number of any government contract** | | |

| 2.67. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FULL SERVICE CATERING CONTRACT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MAGNOLIA PLANNING |
| | **State the term remaining** | 12/31/18 | CORPORATION 3550 ASHLEY RIVER ROAD CHARLESTON SC 29414 |
| | **List the contract number of any government contract** | | |

| 2.68. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0001, WACCAMAW, SC | |
| | **Nature of debtor's interest** | LESSEE | MANIOS, JAMES ROGERS AND |
| | **State the term remaining** | 07/31/2020 | LOUIS 340 NORTH MAIN ST GREENVILLE SC 29601 |
| | **List the contract number of any government contract** | | |

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.69. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHECK SURVEYS AND GUEST FEEDBACK | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARKETFORCE |
| | **State the term remaining** | 05/15/2020 | PO BOX 270355 LOUISVILLE CO 80023 |
| | **List the contract number of any government contract** | _____ | |

| 2.70. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BANK CONTRACT FOR PROVISION OF PAYROLL PROGRAMS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MONEY NETWORK |
| | **State the term remaining** | _____ | FIRST DATA 1 WESTERN MARYLAND PKWY HAGERSTOWN MD 21740 |
| | **List the contract number of any government contract** | _____ | |

| 2.71. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0005, EASLEY, SC | |
| | **Nature of debtor's interest** | LESSEE | MRB LLC |
| | **State the term remaining** | 12/31/2019 | 1249 S. PLEASANTBURG DR GREENVILLE SC 29605 |
| | **List the contract number of any government contract** | _____ | |

| 2.72. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0013, BOILING SPRINGS, SC | |
| | **Nature of debtor's interest** | LESSEE | MRB LLC |
| | **State the term remaining** | 03/01/2018; MONTH TOMONTH THEREAFTER | 1249 S. PLEASANTBURG DR GREENVILLE SC 29605 |
| | **List the contract number of any government contract** | _____ | |

| 2.73. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0045, JASPER, GA | |
| | **Nature of debtor's interest** | LESSEE | NARGUIZIAN, JOHN |
| | **State the term remaining** | 03/31/2034 | PAUL NARGUZIAN 13138 CHANDLER BLVD SHERMAN OAKS CA 91401 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

**2.74.** | **Title of contract** | LEASE | State the name and mailing address
| | | **for all other parties with whom the**
| | | **debtor has an executory contract or**
| **State what the contract or** | POINT OF SALE STORE EQUIPMENT | **unexpired lease**
| **lease is for** |
| **Nature of debtor's interest** | CONTRACT PARTY | NCR CORPORATION
| | | PO BOX 198755
| **State the term remaining** | _____ | ATLANTA GA 30384-8755
| **List the contract number of** | _____ |
| **any government contract** |

**2.75.** | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address
| | | **for all other parties with whom the**
| | | **debtor has an executory contract or**
| **State what the contract or** | CREDIT CARD PROCESSING AGREEMENT | **unexpired lease**
| **lease is for** |
| **Nature of debtor's interest** | CONTRACT PARTY | NCR CORPORATION
| | | PO BOX 198755
| **State the term remaining** | _____ | ATLANTA GA 30384-8755
| **List the contract number of** | _____ |
| **any government contract** |

**2.76.** | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address
| | | **for all other parties with whom the**
| | | **debtor has an executory contract or**
| **State what the contract or** | POS AND ONLINE ORDERING | **unexpired lease**
| **lease is for** |
| **Nature of debtor's interest** | CONTRACT PARTY | NCR CORPORATION LOCAL - THE
| | | CAROLINA
| **State the term remaining** | _____ | 2142 EXECUTIVE HALL RD
| **List the contract number of** | _____ | CHARLESTON SC 29407
| **any government contract** |

**2.77.** | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address
| | | **for all other parties with whom the**
| | | **debtor has an executory contract or**
| **State what the contract or** | CATERING ORDER | **unexpired lease**
| **lease is for** |
| **Nature of debtor's interest** | CONTRACT PARTY | NICOLE LOPEZ
| | | UNKNOWN
| **State the term remaining** | 05/04/2019 |
| **List the contract number of** | _____ |
| **any government contract** |

**2.78.** | **Title of contract** | EQUIPMENT LEASE | State the name and mailing address
| | | **for all other parties with whom the**
| | | **debtor has an executory contract or**
| **State what the contract or** | CO2 LEASE | **unexpired lease**
| **lease is for** |
| **Nature of debtor's interest** | LESSEE | NUCO2 INC
| | | PO BOX 417902
| **State the term remaining** | 11/13/15 | BOSTON MA 02241
| **List the contract number of** | _____ |
| **any government contract** |

---

Debtor   **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 2.79. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0020, IRMO, SC | |
| | **Nature of debtor's interest** | LESSEE | OHLANDT PROPERTIES LLC |
| | **State the term remaining** | 07/31/2030 | 197 RIVER RD |
| | **List the contract number of any government contract** | _____ | BARNWELL SC 29812 |

| 2.80. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0015, ASHEVILLE, NC | |
| | **Nature of debtor's interest** | LESSEE | OLD MILL STREAM LLC |
| | **State the term remaining** | 09/30/2030 | WILLIAM H BURTON III |
| | **List the contract number of any government contract** | _____ | 491 CONNECTICUT AVE SPARTANBURG SC 29302 |

| 2.81. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0024, LINCOLNTON, NC | |
| | **Nature of debtor's interest** | LESSEE | OLD MILL STREAM LLC |
| | **State the term remaining** | 09/30/2030 | WILLIAM H BURTON III |
| | **List the contract number of any government contract** | _____ | 491 CONNECTICUT AVE SPARTANBURG SC 29302 |

| 2.82. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0025, FLORENCE, SC | |
| | **Nature of debtor's interest** | LESSEE | OLD MILL STREAM LLC |
| | **State the term remaining** | 09/03/2030 | WILLIAM H BURTON III |
| | **List the contract number of any government contract** | _____ | 491 CONNECTICUT AVE SPARTANBURG SC 29302 |

| 2.83. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0026, EVANS, GA | |
| | **Nature of debtor's interest** | LESSEE | OLD MILL STREAM LLC |
| | **State the term remaining** | 09/30/2030 | WILLIAM H BURTON III |
| | **List the contract number of any government contract** | _____ | 491 CONNECTICUT AVE SPARTANBURG SC 29302 |

Debtor   **CAFE ENTERPRISES, INC.**                                      Case number *(if known)* **18-05838**

| 2.84. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0042, BLAIRSVILLE, GA | |
| | **Nature of debtor's interest** | LESSEE | OLD MILL STREAM LLC |
| | **State the term remaining** | 09/30/2030 | WILLIAM H BURTON III |
| | **List the contract number of any government contract** | _____ | 491 CONNECTICUT AVE SPARTANBURG SC 29302 |

| 2.85. | **Title of contract** | FEE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RECRUITING AGENCY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PATRICE AND ASSOCIATES |
| | **State the term remaining** | _____ | 10020 SOUTHERN MARYLAND BLVD STE 100 |
| | **List the contract number of any government contract** | _____ | DUNKIRK MD 20754 |

| 2.86. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | E CLUB MGMT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PAYTRONIX |
| | **State the term remaining** | 12/2020 | 80 BRIDGE ST |
| | **List the contract number of any government contract** | _____ | NEWTON MA 2458 |

| 2.87. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PR/BENEFITS SOFWARE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PEOPLE MATTER |
| | **State the term remaining** | 06/07/2019 | 4851 LAKE BROOK DR |
| | **List the contract number of any government contract** | _____ | GLEN ALLEN VA 23060 |

| 2.88. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PEPSI/LIPTON TEA | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PEPSI |
| | **State the term remaining** | 2019 | 700 ANDERSON HILL RD |
| | **List the contract number of any government contract** | _____ | PURCHASE NY 10577 |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

2.89.  | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | LOCATION # 3002, TAVERN 24, GASTONIA,NC |

| **Nature of debtor's interest** | LESSEE |

| **State the term remaining** | 11/01/2027 | PP GASTON MALL JOE AND CHARLIE PEARSON 1422 BURTONWOOD DR STE 200 GASTONIA NC 28054 |

| **List the contract number of any government contract** | _____ |

2.90.  | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | LOCATION # 0052, JOHNSON CITY, TN |

| **Nature of debtor's interest** | LESSEE |

| **State the term remaining** | 07/2021 | RCC SHOPPES AT WEST MARKET NEW LINK MANAGEMENT GROUP PO BOX 17710 RICHMOND VA 23226 |

| **List the contract number of any government contract** | _____ |

2.91.  | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | OIL |

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | 08/18/2020 | RESTAURANT TECHNOLOGIES, INC 2250 PILOT KNOB ROAD SUITE 100 MENDOTA HEIGHTS MN 55120 |

| **List the contract number of any government contract** | _____ |

2.92.  | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | PARKERHOUSE ROLL DOUGH |

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | 120 DAYS BEFORE DISCOINTNATION OF PRODUCT | RICH PRODUCTS CORPORATION HEADQUARTERS RICH'S ONE ROBERT RICH WAY BUFFALO NY 14240 |

| **List the contract number of any government contract** | _____ |

2.93.  | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | LEASE FOR CORP OFFICE, TYLERS, SC |

| **Nature of debtor's interest** | LESSEE |

| **State the term remaining** | 09/2019 | RIVERVIEW OFFICE PARK LEANN WEBER PO BOX 616 TAYLORS SC 29687 |

| **List the contract number of any government contract** | _____ |

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.94. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTE REMOVAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ROLL OFF SYSTEMS, INC |
| | **State the term remaining** | | C/O WASTE REVELATION PO BOX 241 |
| | **List the contract number of any government contract** | | VALAPRAISO IN 46384 |

| 2.95. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTE REMOVAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ROLL OFF SYSTEMS, INC |
| | **State the term remaining** | | C/O WASTE REVELATION PO BOX 241 |
| | **List the contract number of any government contract** | | VALAPRAISO IN 46384 |

| 2.96. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TEA | |
| | **Nature of debtor's interest** | CONTRACT PARTY | S&D COFFEE |
| | **State the term remaining** | | PO BOX 1628 |
| | **List the contract number of any government contract** | | CONCORD NC 28026 |

| 2.97. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTE REMOVAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SC WASTE |
| | **State the term remaining** | | C/O WASTE REVELATION PO BOX 241 |
| | **List the contract number of any government contract** | | VALAPRAISO IN 46384 |

| 2.98. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FRENCH FRIES/CHIPS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SIMPLOT |
| | **State the term remaining** | 11/30/2018 | PO BOX 9168 |
| | **List the contract number of any government contract** | | BOISE ID 83707 |

Debtor   **CAFE ENTERPRISES, INC.**                                         Case number *(if known)* **18-05838**

| 2.99. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0023, GREENEVILLE, TN | |
| | **Nature of debtor's interest** | LESSEE | SISSON, TRYON |
| | **State the term remaining** | 09/30/2030 | TY SISSON<br>1279 WESTWIND CIR<br>WESTLAKE VILLAGE CA 91361 |
| | **List the contract number of any government contract** | _____ | |

| 2.100. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0004, GAFFNEY, SC | |
| | **Nature of debtor's interest** | LESSEE | SMITH, GARY AND MARGARET |
| | **State the term remaining** | 01/31/2022 | 123 PECAN LN<br>CAYCE SC 29033 |
| | **List the contract number of any government contract** | _____ | |

| 2.101. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | APPLICANT TRACKING SYSTEM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SNAGAJOB |
| | **State the term remaining** | _____ | 4851 LAKE BROOK DR<br>GLEN ALLEN VA 23060 |
| | **List the contract number of any government contract** | _____ | |

| 2.102. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SC DOT SIGNS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SOUTH CAROLINA LOGOS, INC |
| | **State the term remaining** | _____ | 1221 ATLAS ROAD<br>COLUMBIA SC 29209 |
| | **List the contract number of any government contract** | _____ | |

| 2.103. | **Title of contract** | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OFFICE SUPPLIES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAPLES |
| | **State the term remaining** | N/A | 6600 EMBASSY ROW BLDG 600<br>SUITE 400<br>ATLANTA GA 30328 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.104. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0022, MORGANTON, NC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.105. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0027, ROCK HILL, SC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.106. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0028, BRISTOL, TN | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.107. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0029, WINDER, GA | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.108. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0030, ROCKINGHAM, NC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

Debtor    **CAFE ENTERPRISES, INC.**                                               Case number *(if known)* **18-05838**

| 2.109. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0033, AIKEN, SC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.110. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0035, ANDERSON, SC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.111. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0037, KINGSPORT, TN | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.112. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0038, CAMDEN, SC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.113. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0039, CLINTON, SC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

---

| 2.114. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0040, ATHENS, GA | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | | SCOTTSDALE AZ 85255 |

| 2.115. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0043, DUBLIN, VA | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | | SCOTTSDALE AZ 85255 |

| 2.116. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0046, CHERAW, SC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | | SCOTTSDALE AZ 85255 |

| 2.117. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0049, FRANKLIN, NC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | | SCOTTSDALE AZ 85255 |

| 2.118. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0050, LENOIR, NC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING I LLC |
| | **State the term remaining** | 03/31/2034 | MICHAEL T BENNETT 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | | SCOTTSDALE AZ 85255 |

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

| 2.119. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0007, GREENWOOD, SC | |
| | **Nature of debtor's interest** | LESSEE | STORE MASTER FUNDING V LLC |
| | **State the term remaining** | 03/31/2034 | 8501 E. PRINCESS DR STE 190 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85255 |

| 2.120. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O, EMPLOYMENT PRACTICES, FIDUCIARY, AND CRIME LIABILITY | |
| | **Nature of debtor's interest** | INSURED | STRATFORD INSURANCE COMPANY |
| | **State the term remaining** | 2/28/2019 | 300 KIMBALL DR STE 500 |
| | **List the contract number of any government contract** | _____ | PARSIPPANY NJ 07054 |

| 2.121. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CROUTONS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SUGAR FOODS CORPORATION |
| | **State the term remaining** | 12/31/2018 | 4930 AVOCET DR NORCROSS GA 30092 |
| | **List the contract number of any government contract** | _____ | |

| 2.122. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SUN LIFE ASSURANCE COMPANY OF CANADA |
| | **State the term remaining** | 01/31/2019 | PO BOX 7247-7184 PHILADEPHIA MA 19170 |
| | **List the contract number of any government contract** | _____ | |

| 2.123. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0012, GREER, SC | |
| | **Nature of debtor's interest** | LESSEE | SUSO3 HOLDING |
| | **State the term remaining** | 10/22/2017 | 32738 COLLECTION CENTER DR CHICAGO IL 60693-0327 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **CAFE ENTERPRISES, INC.**                                   Case number *(if known)* **18-05838**

| 2.124. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DISTRIBUTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SYSCO |
| | **State the term remaining** | 12/31/2020 | SYSCO COLUMBIA, LLC |
| | **List the contract number of any government contract** | _____ | 131 SYSCO COURT COLUMBIA SC 29290 |

| 2.125. | **Title of contract** | WAREHOUSE STORAGE LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WAREHOUSE STORAGE LEASE | |
| | **Nature of debtor's interest** | LESSEE | TAYLORS MINI WAREHOUSE |
| | **State the term remaining** | MONTH TO MONTH | DIVERSIFIED INVESTMENTS |
| | **List the contract number of any government contract** | _____ | 221 W MAIN ST TAYLORS SC 29687 |

| 2.126. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT BREAKDOWN / BOILER AND MACHINERY | |
| | **Nature of debtor's interest** | INSURED | THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY |
| | **State the term remaining** | 7/1/2019 | ONE STATE ST |
| | **List the contract number of any government contract** | _____ | PO BOX 5024 HARTFORD CT 06102-5024 |

| 2.127. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FULL SERVICE CATERING CONTRACT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE KNOT |
| | **State the term remaining** | 12/21/18 | 11106 MOCKINGBIRD DRIVE OMAHA NE 68137 |
| | **List the contract number of any government contract** | _____ | |

| 2.128. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0051, GREENSBORO #1, NC | |
| | **Nature of debtor's interest** | LESSEE | THE VANS STEENIS FAMILY TRUST |
| | **State the term remaining** | 03/31/2034 | PETER VAN STEENIS |
| | **List the contract number of any government contract** | _____ | 202 KALKAR DR SANTA CRUZ CA 95060 |

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 2.129. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETENTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THOMAS KELLY |
| | **State the term remaining** | 07/17/2019 | 4388 FULCHER RD |
| | **List the contract number of any government contract** | _____ | HEPZIBAH GA 30815 |

| 2.130. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0010, SENECA, SC | |
| | **Nature of debtor's interest** | LESSEE | THRIFT BROTHERS |
| | **State the term remaining** | 09/30/2019 | TUCK HYDRICK |
| | **List the contract number of any government contract** | _____ | PO BOX 1293 SENECA SC 29679 |

| 2.131. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETENTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TODD MASSIE |
| | **State the term remaining** | 08/20/2019 | UNKNOWN |
| | **List the contract number of any government contract** | _____ | |

| 2.132. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OFFICE PRINTERS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TOSHIBA BUSINESS SOLUTIONS |
| | **State the term remaining** | 12/29/2021 | 201-C PELHAM DAVIS CIRCLE |
| | **List the contract number of any government contract** | _____ | GREENVILLE SC 29615 |

| 2.133. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESTAURANT OPERATING PARTNER BONUS CONTRACT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRACY NESTER |
| | **State the term remaining** | 03/28/2021 | 5951 OLD GILES RD |
| | **List the contract number of any government contract** | _____ | DUBLIN VA 24084 |

Debtor    **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

**2.134.**  **Title of contract**          INSURANCE                        State the name and mailing address
                                                                           for all other parties with whom the
           **State what the contract or**  HEALTH INSURANCE                 debtor has an executory contract or
           **lease is for**                                                 unexpired lease

           **Nature of debtor's interest**  CONTRACT PARTY                  UNITED HEALTHCARE
                                                                           22703 NETWORK PLACE
           **State the term remaining**     01/31/19                        CHICAGO IL 60673

           **List the contract number of**  _____
           **any government contract**

**2.135.**  **Title of contract**          REAL PROPERTY LEASE              State the name and mailing address
                                                                           for all other parties with whom the
           **State what the contract or**  LOCATION # 0014, ORANGEBURG, SC  debtor has an executory contract or
           **lease is for**                                                 unexpired lease

           **Nature of debtor's interest**  LESSEE                          VANDELAY
                                                                           JIM MCLEAN
           **State the term remaining**     02/29/2020                      3578 ST MATTHEWS RD NE
                                                                           ORANGEBURG SC 29118
           **List the contract number of**  _____
           **any government contract**

**2.136.**  **Title of contract**          SERVICE AGREEMENT               State the name and mailing address
                                                                           for all other parties with whom the
           **State what the contract or**  FINANCIAL SOFTWARE              debtor has an executory contract or
           **lease is for**                                                 unexpired lease

           **Nature of debtor's interest**  CONTRACT PARTY                  VELOSIO
                                                                           5747 PERMIETER RD
           **State the term remaining**     06/30/2019                      SUITE 200
                                                                           DUBLIN OH 43017
           **List the contract number of**  _____
           **any government contract**

**2.137.**  **Title of contract**          SERVICE AGREEMENT               State the name and mailing address
                                                                           for all other parties with whom the
           **State what the contract or**  VA DOT SIGNS                    debtor has an executory contract or
           **lease is for**                                                 unexpired lease

           **Nature of debtor's interest**  CONTRACT PARTY                  VIRGINIA LOGOS
                                                                           10001 PATTERSON AVE
           **State the term remaining**     _____  STE 201
                                                                           RICHMOND VA 23238
           **List the contract number of**  _____
           **any government contract**

**2.138.**  **Title of contract**          SERVICE AGREEMENT               State the name and mailing address
                                                                           for all other parties with whom the
           **State what the contract or**  FOOD DELIVERY                   debtor has an executory contract or
           **lease is for**                                                 unexpired lease

           **Nature of debtor's interest**  CONTRACT PARTY                  WAITR
                                                                           1100 BERTRAND DR
           **State the term remaining**     N/A                             SUITE 2
                                                                           LAFAYETTE LA 70506
           **List the contract number of**  _____
           **any government contract**

Debtor   **CAFE ENTERPRISES, INC.**                                    Case number *(if known)* **18-05838**

---

**2.139.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | LOCATION # 0044, WARNER ROBINS, GA |
| **Nature of debtor's interest** | LESSEE | WARNER ROBINS WESTGATE LLC
| **State the term remaining** | 10/31/2023 | JACK JAMISON
550 SOUTH MAIN ST
STE 300
| **List the contract number of any government contract** | _____ | GREENVILLE SC 29601

**2.140.** | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | WASTE REMOVAL |
| **Nature of debtor's interest** | CONTRACT PARTY | WASTE CONNECTIONS OF THE CAROLINAS
| **State the term remaining** | _____ | C/O WASTE REVELATION
PO BOX 241
| **List the contract number of any government contract** | _____ | VALAPRAISO IN 46384

**2.141.** | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | WASTE REMOVAL |
| **Nature of debtor's interest** | CONTRACT PARTY | WASTE CONNECTIONS OF THE CAROLINAS
| **State the term remaining** | _____ | C/O WASTE REVELATION
PO BOX 241
| **List the contract number of any government contract** | _____ | VALAPRAISO IN 46384

**2.142.** | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | WASTE REMOVAL |
| **Nature of debtor's interest** | CONTRACT PARTY | WASTE CONNECTIONS OF THE CAROLINAS
| **State the term remaining** | _____ | C/O WASTE REVELATION
PO BOX 241
| **List the contract number of any government contract** | _____ | VALAPRAISO IN 46384

**2.143.** | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | WASTE REMOVAL |
| **Nature of debtor's interest** | CONTRACT PARTY | WASTE CONNECTIONS OF THE CAROLINAS
| **State the term remaining** | _____ | C/O WASTE REVELATION
PO BOX 241
| **List the contract number of any government contract** | _____ | VALAPRAISO IN 46384

---

Debtor    **CAFE ENTERPRISES, INC.**                                                          Case number *(if known)* **18-05838**

| 2.144. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTE REMOVAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | WASTE REVELATION<br>PO BOX 241<br>VALAPRAISO IN 46384 |
| | **List the contract number of any government contract** | _____ | |

| 2.145. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MARKETING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 02/17/19 | WEBFX<br>1705 N FRONT ST<br>HARRISBURG PA 17102 |
| | **List the contract number of any government contract** | _____ | |

| 2.146. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MARKETING DIRECTOR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | WINDI COOPER<br>101 WATERLOO CIRCLE<br>GREER SC 29650 |
| | **List the contract number of any government contract** | _____ | |

| 2.147. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION # 0041, CAROWINDS, NC | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 04/2025 | WINDS CROSSING<br>BOB CHRISTL<br>7711 BRIARDENN DR<br>SUMMERFIELD NC 27358 |
| | **List the contract number of any government contract** | _____ | |

| 2.148. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSOR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | WORLD PAY<br>201 17TH STREET<br>ATLANTA GA 30363 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **CAFE ENTERPRISES, INC.**                                          Case number *(if known)* **18-05838**

---

**2.149.** | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | TABLE TOP MEDIA |
| **Nature of debtor's interest** | CONTRACT PARTY | ZIOSK
| **State the term remaining** | TERMINATED BY ZIOSK | 12404 PARK CENTRAL SUITE 350
| **List the contract number of any government contract** | _____ | DALLAS TX 75251

**2.150.** | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | WORKERS' COMPENSATION |
| **Nature of debtor's interest** | INSURED | ZURICH
| **State the term remaining** | 7/1/2019 | ONE LIBERTY PLZ
165 BROADWAY
| **List the contract number of any government contract** | _____ | NEW YORK NY 10006

**2.151.** | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | GENERAL LIABILITY |
| **Nature of debtor's interest** | INSURED | ZURICH
| **State the term remaining** | 7/1/2019 | ONE LIBERTY PLZ
165 BROADWAY
| **List the contract number of any government contract** | _____ | NEW YORK NY 10006

**2.152.** | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PROPERTY LIABILITY |
| **Nature of debtor's interest** | INSURED | ZURICH
| **State the term remaining** | 7/1/2019 | ONE LIBERTY PLZ
165 BROADWAY
| **List the contract number of any government contract** | _____ | NEW YORK NY 10006

**2.153.** | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | AUTOMOBILE LIABILITY |
| **Nature of debtor's interest** | INSURED | ZURICH
| **State the term remaining** | 7/1/2019 | ONE LIBERTY PLZ
165 BROADWAY
| **List the contract number of any government contract** | _____ | NEW YORK NY 10006

---

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 31 of 32

Debtor    **CAFE ENTERPRISES, INC.**                                                    Case number *(if known)* **18-05838**

| 2.154. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UMBRELLA LIABILITY | |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 7/1/2019 | ZURICH ONE LIBERTY PLZ 165 BROADWAY NEW YORK NY 10006 |
| | **List the contract number of any government contract** | _____ | |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** CAFE ENTERPRISES, INC. |
| **United States Bankruptcy Court for the:** District of South Carolina |
| **Case number (if known):** 18-05838 |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1.  CAFE HOLDINGS CORP<br>ATTN ERIC EASTON | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC 29687 | ATALAYA ADMINISTRATIVE LLP AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  CAFE HOLDINGS CORP<br>ATTN ERIC EASTON | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC 29687 | BENEFIT STREET PARTNERS, AS AGENT | ☑ D<br>☑ E/F<br>☐ G |
| 2.3.  CE SPORTZ LLC<br>ATTN ERIC EASTON | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC 29687 | ATALAYA ADMINISTRATIVE LLP AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  CE SPORTZ LLC<br>ATTN ERIC EASTON | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC 29687 | BENEFIT STREET PARTNERS, AS AGENT | ☑ D<br>☑ E/F<br>☐ G |
| 2.5.  CES GASTONIA LLC<br>ATTN ERIC EASTON | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC 29687 | ATALAYA ADMINISTRATIVE LLP AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.  CES GASTONIA LLC<br>ATTN ERIC EASTON | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC 29687 | BENEFIT STREET PARTNERS, AS AGENT | ☑ D<br>☑ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

**Debtor name:** CAFE ENTERPRISES, INC.

**United States Bankruptcy Court for the:** District of South Carolina

**Case number (if known):** 18-05838

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/10/2018
              MM/DD/YYYY

x _____
Signature of individual signing on behalf of debtor

Eric Easton
Printed name

Chief Financial Officer
Position or relationship to debtor

---